# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

    Defendant.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

Saugat K. Thapa of Wells, Anderson & Race, LLC hereby enters his appearance on behalf of Tony Spurlock, individually, and in his official capacity as Douglas County Sheriff.  Mr. Thapa certifies he is a member in good standing of the bar of this Court.

Dated this 12th day of January, 2022.

                                                Respectfully submitted,

                                              *s/ Saugat K. Thapa*
                                              William T. O'Connell, III
                                              Saugat K. Thapa
                                              WELLS, ANDERSON & RACE, LLC
                                              1700 Broadway, Suite 1020
                                              Denver, CO  80290
                                              Telephone: 303-830-1212
                                              Email:  woconnell@warllc.com;
                                              sthapa@warllc.com

                                              **ATTORNEY FOR TONY SPURLOCK, INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY AS DOUGLAS COUNTY SHERIFF**

## CERTIFICATE OF SERVICE

   I hereby certify that on January 12, 2022, a true and correct copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system and/or sent via e-mail to the following e-mail addresses:

Felipe Bohnet-Gomez, Esq.
Matthew J. Cron, Esq.
Siddhartha H. Rathod, Esq.
**RATHOD MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, CO  80205
*fbg@rmlawyers.com*
*mc@rmlawyers.com*
*sr@rmlawyers.com*


          *s/ Joan E. Hoover*
          Joan E. Hoover

2