IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity of Douglas County Sheriff,

    Defendant.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Holly Kluth.

DATED at Denver, Colorado this 18th day of January, 2022.

    Rathod | Mohamedbhai LLC

    *s/ Matthew J. Cron*
    Matthew J. Cron
    2701 Lawrence St., Suite 100
    Denver, CO 80205
    (303) 578-4400 (t)
    (303) 578-4401 (f)
    mc@rmlawyers.com

    ATTORNEY FOR PLAINTIFF