**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:21-cv-3417-NYW

HOLLY KLUTH,

      Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

      Defendant.

---

**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**

---

Pursuant to Fed. R. Civ. P. 26(c) and 29, the parties through their undersigned counsel, having previously conferred, jointly request this Court to enter a Stipulated Protective Order between them concerning the discovery and/or dissemination of certain confidential information in this case or information that will improperly annoy, embarrass, or oppress any party, witness, or person providing discovery in this case in the form simultaneously tendered to the Court with this Motion. As grounds for this Motion, the parties state:

      1.      Discoverable information in this case includes certain confidential information and information that may improperly annoy, embarrass, or oppress a party, witness, or person providing discovery in this case.  Release of this information, including documents, in discovery without a protective order to limit its use, to continue its confidential status, and to prevent any improper annoyance, embarrassment, or oppression to any party, witness, or person providing discovery in this case will be injurious to the interests of the parties.

2. It is the parties' desire and objective to facilitate the smooth and timely production of discoverable information in this case. However, for the reasons described above, the production and subsequent use of some of that information needs to be subject to certain controls and restrictions.

3. The parties and their respective counsel have agreed to certain procedures and restrictions which they consider mutually acceptable for the purpose of resolving the above-described concerns. Those procedures and restrictions are recited in the Proposed Stipulated Protective Order which is being tendered to the Court with this Motion.

WHEREFORE, the parties jointly request the Court to enter the Stipulated Protective Order which is being tendered with this Motion.

Dated this 21st day of February, 2022.

| WELLS, ANDERSON & RACE, LLC: | RATHOD | MOHAMEDBHAI LLC: |
|---|---|
| *s/ William T. O'Connell, III*<br>William T. O'Connell, III<br>Saugat K. Thapa<br>1700 Broadway, Suite 1020<br>Denver, CO  80290<br>Telephone: 303-830-1212<br>Email:  woconnell@warllc.com;<br>sthapa@warllc.com<br><br>*ATTORNEYS FOR DEFENDANT TONY SPURLOCK* | *s/ Felipe Bohnet-Gomez*<br>Felipe Bohnet-Gomez<br>Matthew J. Cron<br>Siddhartha H. Rathod<br>2701 Lawrence Street, Suite 100<br>Denver, CO  80205<br>Telephone: 303-579-4400<br>Email: fbg@rmlawyers.com;<br>mc@rmlawyers.com;<br>st@rmlawyers.com<br><br>*ATTORNEYS FOR PLAINTIFF HOLLY KLUTH* |