IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 21-cv-3417-NYW | Date: | March 3, 2022 |
|---|---|---|---|
| Courtroom Deputy: | Camden Pommenville | FTR: | NYW-FTR* |

| Parties | Counsel |
|---|---|
| HOLLY KLUTH, | *Felipe S. Bohnet-Gomez* |
| **Plaintiff,** | |
| v. | |
| TONY SPURLOCK, | *William Thomas O'Connell , III* |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC SCHEDULING CONFERENCE**

Court in Session:  10:34 a.m.

Appearances of counsel.

Parties confirm they have exchanged Initial Disclosures.

Each side is allowed:
Ten (10) depositions; including experts, no deposition may exceed one day of seven hours.

Each side is allowed:
Twenty-five (25) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents; and
Twenty-five (25) requests for admissions, excluding those used for authentication of documents.

The court generally follows the advisory committee notes regarding 30(b)(6) depositions, which allows one day of seven hours regardless of the number of designees.  Parties should meet and confer regarding how the 30(b)(6) deposition(s) shall count against the discovery limits, the scope of topics, and length.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: August 12, 2022

Deadline for joinder of parties and amendment of pleadings: April 29, 2022.

Discovery deadline: September 23, 2022.

Rule 702 motions due: September 23, 2022.

Dispositive motion deadline: November 18, 2022.

Each side may designate two (2) expert witnesses.
All parties shall designate affirmative experts on or before: July 15, 2022.
All parties shall designate rebuttal experts on or before: August 15, 2022.

Magistrate Judge Nina Y. Wang's practice standards are available on the court's website.

A Final Pretrial Conference is set for January 19, 2023, at 11:00 AM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. The parties shall file their proposed pretrial order through CM/ECF and include a courtesy copy of the proposed order in Word format sent by email to Wang_Chambers@cod.uscourts.gov, seven days prior to the conference. Lead counsel shall appear in person for the conference. If parties wish to appear remotely, they shall file a motion no later than seven days prior to the conference.

Parties anticipate a five-day jury trial.

Parties are advised of the informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.COLO.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is determinable without briefing, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion unless the court rules during the informal conference.

Parties advised regarding COVID-19 pandemic procedures. Parties should adjust their practice to accommodate for limited travel, alternative methods for depositions, and appearing remotely if necessary. If parties seek an extension based on the pandemic, they will need to articulate good cause and set forth an updated discovery plan. Parties that have health concerns with appearing in person before this magistrate judge, may file a motion requesting to appear by remote means at least seven days prior to any hearing. Parties should be aware of the Court's COVID-19 guidance and public announcements located on our website at:
http://www.cod.uscourts.gov/CourtOperations/COVID-19Guidance.aspx

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess: 10:48 a.m.          Hearing concluded.          Total time in Court:  00:14

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.