**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

    Defendant.

---

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TONY SPURLOCK
TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
FIRST SET OF REQUESTS FOR PRODUCTION**

---

    Plaintiff Holly Kluth and Defendant Tony Spurlock, by and through their respective counsel, hereby stipulate and agree to the following:

    1.    Pursuant to D.C.COLO.LCivR 6.1(a), the parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to interrogatories and requests for production of documents.  The stipulation must be filed before the expiration of the original deadline to respond and shall be effective upon filing, unless otherwise ordered.

    2.    Defendant was served with Plaintiff's First Set of Interrogatories and First Set of Requests for Production on April 6, 2022.  Accordingly, Defendant's responses to same are currently due on or before May 6, 2022.

3. Plaintiff and Defendant stipulate and agree to a **14-day extension** of time (up to and including **May 20, 2022**) for Defendant to serve his responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production.

Pursuant to D.C.COLO.LCivR 6.1(c), this Stipulation has been served contemporaneously by undersigned counsel on their respective clients.

Respectfully submitted this 3rd day of May 2022.

| | |
|---|---|
| *s /Felipe-Bohnet-Gomez* | *s/ William T. O'Connell, III* |
| Felipe Bohnet-Gomez | William T. O'Connell, III |
| Matthew J. Cron | Saugat K. Thapa |
| Siddhartha H. Rathod | Wells, Anderson & Race, LLC |
| Rathod Mohamedbhai LLC | 1700 Broadway, Ste. 1020 |
| 2701 Lawrence Street, Suite 100 | Denver, CO  80290 |
| Denver, CO  80205 | (303) 830-1212 |
| (303) 578-4400 | *woconnell@warllc.com* |
| *fbg@rmlawyers.com* | *sthapa@warllc.com* |
| *mc@rmlawyers.com* | |
| *sr@rmlawyers.com* | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have this 3rd day of May 2022, filed the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TONY SPURLOCK TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION** with the Clerk of the Court using the CM/ECF system which will send notice to the following:

Felipe Bohnet-Gomez, Esq.
Matthew J. Cron, Esq.
Siddhartha H. Rathod, Esq.
**Rathod Mohamedbhai LLC**
2701 Lawrence Street, Suite 100
Denver, CO  80205
*fbg@rmlawyers.com*
*mc@rmlawyers.com*
*sr@rmlawyers.com*

*Attorneys for Plaintiff*

          *s/ Joan E. Hoover*
         Joan E. Hoover, Legal Assistant

         *[Original Signatures on File at the Office of*
         *Wells, Anderson & Race, LLC]*