## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

    Defendant.

---

### UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

---

Plaintiff Holly Kluth, by and through her attorneys, hereby submits this Unopposed Motion to Amend Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4) and D.C.COLO.LCivR 16.2, to amend the Scheduling Order (ECF No. 18) to extend the expert disclosure deadlines by **one week** as follows:

    a. That the expert disclosure deadline be extended from July 15, 2022 to **July 22, 2022.**

    b. That the rebuttal expert disclosure deadline be extended from August 15, 2022 to **August 22, 2022.**

Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel conferred with William T. O'Connell, counsel for Defendant, and Defendant does not oppose the relief sought herein.

A scheduling order will be amended only with good cause and consent of the Court. Fed. R. Civ. P. 16(b)(4). In support of the good cause required to amend the scheduling order, Plaintiff state as follows:

1. Plaintiff has retained an economics expert, who requires a brief extension of the expert disclosure deadline to enable him to finalize his report in conjunction with his work on other matters.

2. The parties previously stipulated to an extension of Defendant's time to respond to Plaintiff's discovery requests. ECF No. 19. No other extensions have been sought or granted in this case.

3. The requested one-week extension of expert disclosure deadlines will not affect any other deadlines in this case and will not prejudice any party.

4. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies that a copy of this motion will be contemporaneously served on Plaintiff Holly Kluth by email.

**WHEREFORE**, the Plaintiff respectfully requests that the Court enter an order Amending the Scheduling Order as detailed herein.

Respectfully submitted this July 8, 2022.

        RATHOD | MOHAMEDBHAI LLC

        *s/ Felipe Bohnet-Gomez*
        Felipe Bohnet-Gomez
        Matthew J. Cron
        Siddhartha H. Rathod
        2701 Lawrence St., Suite 100
        Denver, CO 80205
        (303) 578-4400
        fbg@rmlawyers.com
        mc@rmlawyers.com
        sr@rmlawyers.com

        *Attorneys for Plaintiff*