IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-3417-NYW-MEH

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK,
Individually and in his official capacity as Douglas County Sheriff,

    Defendant.

---

**NOTICE OF FIRM ADDRESS CHANGE**

---

Please take notice that Wells, Anderson & Race, LLC, has relocated its office. Effective August 1, 2022, all correspondence, pleadings and/or documents should be mailed to the new address listed below. Please take note that our telephone and fax numbers, as well as all email addresses, will remain the same.

    Wells, Anderson & Race, LLC
    1700 Broadway, Suite 900
    Denver, CO 80290

Respectfully submitted this 12th day of August, 2022.

    *s/ William T. O'Connell, III*
    William T. O'Connell, III
    Saugat K. Thapa
    WELLS, ANDERSON & RACE, LLC
    1700 Broadway, Suite 900
    Denver, CO  80290
    Telephone: 303-830-1212
    Email:  woconnell@warllc.com

sthapa@warllc.com

*Attorney For Tony Spurlock, Individually And In His Official Capacity As Douglas County Sheriff*

[Original Signature on File at the Office of Wells, Anderson & Race, LLC]

## CERTIFICATE OF SERVICE

  I hereby certify that on August 12, 2022, a true and correct copy of the above and foregoing **NOTICE OF FIRM ADDRESS CHANGE** was electronically filed with the Clerk of Court using the CM/ECF system and/or sent via e-mail to the following e-mail addresses:

Felipe Bohnet-Gomez, Esq.
Matthew J. Cron, Esq.
Siddhartha H. Rathod, Esq.
**RATHOD MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, CO  80205
*fbg@rmlawyers.com*
*mc@rmlawyers.com*
*sr@rmlawyers.com*

           *s/ Carolyn Boulette*
           Carolyn Boulette, Legal Assistant

           [Original Signature on File at the Office of
           Wells, Anderson & Race, LLC]