**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:21-cv-3417-NYW-MEH

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

    Defendant.

---

**DEFENDANT'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION**

---

Defendant Tony Spurlock (hereinafter "Sheriff Spurlock") by and through his counsel of record, William T. O'Connell and Saugat K. Thapa of Wells, Anderson & Race, LLC, hereby submits his Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Set of Requests for Production and states as follows:

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)**

Sheriff Spurlock's counsel conferred with Plaintiff's counsel regarding this Motion. Plaintiff's counsel does not object to the relief requested.  As such, this Motion is **unopposed**.

**MOTION**

1. This case concerns Plaintiff's claims of alleged First and Fourteenth Amendment violations and state-law claims under C.R.S. § 13-21-131 (Civil Action for Deprivation of Rights) and for alleged breach of implied contract.  This case is in the discovery stage.  Both parties have been deposed and Plaintiff has noticed depositions of many other individuals,

including multiple employees of the Douglas County Sheriff's Office. Each party has also responded to written discovery requests propounded by the other.

2. On August 12, 2022, Plaintiff served her Second Set of Requests for Production. Sheriff Spurlock's response to these requests is due on or before September 9, 2022. The Sheriff's Office has been working diligently on compiling responsive documents but due to work-obligations, a **seven-day extension** of time is required for the Sheriff to adequately prepare his responses to these requests. As such, Sheriff Spurlock respectfully requests an extension of time to respond to Plaintiff's Second Set of Requests for Production up to and including September 16, 2022.

3. This short extension is requested for good cause and not made for any improper or dilatory purpose. Plaintiff does not object to the extension and will not be prejudiced by it. The requested extension will also not prejudice the Court as it will not affect any case deadlines.

4. The Parties previously stipulated to an extension of time for Sheriff Spurlock to respond to Plaintiff's First Set of Interrogatories and Requests for Production. (*See* ECF No. 19). No other request for extension has been made by Sheriff Spurlock or granted by the Court.

5. Pursuant to D.C.COLO.LCivR 6.1(c), this Motion has been served contemporaneously by undersigned counsel on Sheriff Spurlock.

WHEREFORE, Sheriff Spurlock respectfully requests an extension of time up to and including September 16, 2022 to respond to Plaintiff's Second Set of Requests for Production.

Respectfully submitted this 31st day of August, 2022.

    *s/ William T. O'Connell, III*
William T. O'Connell, III
Saugat K. Thapa
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
T: 303-830-1212
Email: woconnell@warllc.com
Email: sthapa@warllc.com

**ATTORNEYS FOR DEFENDANT TONY SPURLOCK**

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I filed a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION** with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Felipe Bohnet-Gomez
Matthew J. Cron
Siddhartha H. Rathod
Rathod Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
303-578-4400
*fbg@rmlawyers.com*
*mc@rmlawyers.com*
*sr@rmlawyers.com*

*ATTORNEYS FOR PLAINTIFF*

*s/ Joan E. Hoover*
Joan E. Hoover, Legal Assistant

*[Original Signatures on File at the Office of Wells, Anderson & Race, LLC]*

4