**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:21-cv-3417-NYW-MEH

HOLLY KLUTH,

     Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

     Defendant.

---

**ORDER GRANTING DEFENDANT'S <u>UNOPPOSED</u> MOTION FOR
EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION**

---

The Court, being fully advised of the premises, hereby **GRANTS** Defendant's

Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Set of Requests for

Production (ECF No. 25).  Defendant's response to Plaintiff's Second Set of Requests for

Production is due on or before September 16, 2022.

Dated this ___ day of _____, 2022.

                         BY THE COURT

 

                         _____

                         United States District Court Judge