IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03417-NYW-MEH

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff**,**

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 2, 2022.**

    For good cause shown, Defendant's "Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Set of Requests for Production" [filed August 31, 2022; ECF 25] is **granted**. Defendant shall respond to Plaintiff's Second Set of Requests for Production on or before September 16, 2022.