# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3417-NYW-MEH

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

    Defendant.

## Joint Motion for Extension of Time and Leave to File Excess Pages

    The Parties, through their respective counsel, jointly move the Court for (1) a two-week extension of the dispositive motions deadline, through and including December 2, 2022, and for (2) leave to file motions for summary judgment, and any responses thereto, of up to thirty (30) pages in length, and replies, if any, of up to fifteen (15) pages in length. In support thereof, they state as follows:

    1.    The dispositive motion deadline in this case is currently November 18, 2022. ECF No. 18, at 10.

    2.    Defendant intends to file a motion for summary judgment, and Plaintiff intends to file a motion for partial summary judgment.

    3.    A brief extension of time is needed because Plaintiff's counsel must submit proposed findings of fact and conclusions of law on November 18, 2022 for a bench trial that recently concluded in Denver District Court. Prior deadlines in other matters have prevented Plaintiffs' motion from being completed ahead of the current deadline.

4.      In addition, the requested extension will help Defendant's counsel complete work on Defendant's motion for summary judgment as they also prepare for a jury trial scheduled to begin on December 19, 2022 before Chief Judge Brimmer

5.      The week following the current dispositive motions deadlines is Thanksgiving, and Plaintiff's counsel will be largely unavailable to work on this matter due to a previously-scheduled vacation.

6.      As such, the parties respectfully request that the dispositive motions deadline in this case be extended by two weeks, through and including December 2, 2022.

7.      This is the parties' first request for an extension of this deadline.

8.      There have been two other extensions in this case. First, a two-week extension of Defendant's deadline to respond to discovery was stipulated pursuant to D.C.COLO.LCivR 6.1(a). ECF No. 19. Second, the Court granted Plaintiff's unopposed request for a one-week extension of the expert disclosure deadline. ECF Nos. 20, 21.

9.      The case is currently set for a final pretrial conference on January 19, 2023 at 11:00 a.m., but no other deadlines have been set.

10.     As such, the requested extension to December 2, 2022 will not affect any other deadline in this case.

11.     The undersigned counsel certify that they have served a copy of this request for extension on their respective clients, pursuant to D.C.COLO.LCivR 6.1.

12.     In addition, the parties respectfully request leave to submit summary judgment briefing in excess of the limits set in the Court's Civil Practice Standards. In particular, the Parties request the following:

   a. Summary judgment motions and responses thereto: thirty (30) pages, and

   b. Any replies: fifteen (15) pages.

13. The excess pages are necessary because Plaintiff has asserted four distinct claims against Sheriff Spurlock, each of which requires extensive legal analysis. Moreover, the summary judgment briefing will include numerous references to the deposition testimony of eight witnesses and the approximate 70 deposition exhibits.

Respectfully submitted,

*s/ Felipe Bohnet-Gomez*
Felipe Bohnet-Gomez
Matthew Cron
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
fbg@rmlawyers.com
mc@rmlawyers.com

*Counsel for Plaintiff*


*s/ William T. O'Connell, III*
William T. O'Connell, III
Saugat K. Thapa
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
(303) 830-1212
woconnell@warllc.com
sthapa@warllc.com


*Counsel for Defendant*