# Douglas County Sheriff's Office
## Sheriff Tony G. Spurlock

*VISION:*   Dedicated to Serve

*MISSION:* To provide professional **SERVICE** through **EXCELLENCE** in our devotion to duty, personal integrity, collaboration, and community partnerships.

*VALUES:*   **J**udgment
**U**nity
**S**kill
**T**rust
**I**ngenuity
**C**ourage
**E**mpowerment

SPURLOCK Motion for Summary Judgment, Exhibit B          KLUTH 000001