IA 2020-0025

Introduction

On September 30, 2020, I was contacted by Chief Deputy Dave Walcher of the Douglas County Sheriff's Office. Chief Walcher asked if I would be interested in conducting an internal investigation for the Sheriff's Office, on a sensitive matter involving members of the Command Staff. I scheduled a meeting with Chief Walcher to discuss briefly the circumstances which precipitated his request. I agreed to do the investigation, and a meeting was scheduled at the Douglas County Sheriff's Office to get a more thorough briefing on October 5th. I met with Chief Walcher and Sheriff Tony Spurlock to discuss the investigation and the nature of the possible policy violations. At this meeting I was supplied with a written progress report authored by Sheriff Spurlock, detailing his actions and conversations preceding his decision to authorize an internal investigation. Additionally, I was given copies of several policies and procedures of the Douglas County Sheriff's Office, which may have been violated by the actions of some members of Command Staff.

Sheriff Spurlock stated he was contacted by Andrea Bradbury, a Victim Advocate for the Sheriff's Office with information she received from Detective Shannon Jensen. Andrea Bradbury told Sheriff Spurlock some members of his staff were asked to write letters, or make statements to the Douglas County Republican Party. The letters were to declare support for Republican candidates in the coming election. Andrea Bradbury advised Sheriff Spurlock, Chief Deputy Tim Moore contacted Captain Jim Jensen and requested he write a letter. Conversations and meetings regarding the request were done in part while the Command Staff members were on duty, and at the Douglas County Sheriff's Office. Sheriff Spurlock indicated after learning this information he realized the request to write such a letter was a reaction to his endorsement of Democrat candidate for County Commissioner.

Sheriff Spurlock, after the conversation with Andrea Bradbury, contacted a total of ten employees of the Sheriff's Office to inquire further about any other requests to write letters to the Douglas County Republican Party. His Progress Report is included in this file. Subsequent to these phone conversations, Sheriff Spurlock decided to do an Internal Investigation to determine whether or not any policies were violated by the actions of his Command Staff. Additionally, Sheriff Spurlock determined the actions of his Command Staff may have violated the Hatch Act, a federal law prohibiting certain political activity by government employees. A copy of the Hatch Act is included in this file, in addition to the policies and procedures provided to me during the meeting with Sheriff Spurlock and Chief Walcher. Based on the information received from Sheriff Spurlock, I conducted nine interviews with Douglas County Sheriff's Office Staff. Six of the interviews are Witness interviews and three interviews are Subject interviews.

**Andrea Bradbury**

Andrea Bradbury arrived for the interview on time and I escorted her into the interview room. After introductions, I advised Andrea she was considered a witness in this investigation and I presented her with

a Witness Admonition form and requested she read and sign the document before the interview began. She did sign the document, and was advised the interview would be audio and video taped.

I began the interview by advising Andrea I was aware of the phone conversation she had with Sheriff Spurlock on Friday September 25th. I requested her to share with me the details of the conversation, and how she became aware of the information she relayed to him.

Andrea stated the information had come from Detective Shannon Jensen. On Friday September 25th, Andrea and Detective Jensen were talking in Detective Jensen's office. Detective Jensen told Andrea she and her husband Jim Jensen, who is a Captain in the Douglas County Sheriff's Office, were having dinner the previous Monday evening (September 21st), when he received a phone call. Detective Jensen later learned the call was from Chief Tim Moore. Captain Jensen excused himself from the table to take the phone call and returned several minutes later. Detective Jensen told Andrea the phone call was a request from Chief Moore for her husband to "sign something to go against the Sheriff" (It should be noted in Sheriff Spurlock's Progress Report he states Andrea told him more specific information). Captain Jensen was asked to write a letter to the Douglas County Republican Party, stating his support for Republican candidates running for office in the November 2020 election). Andrea stated Sheriff Spurlock had endorsed a Democrat running for County Commissioner in Douglas County and "some of his staff was unhappy with that", which prompted the request.

Andrea stated she and Detective Jensen are colleagues as well as friends. She advised the information Detective Jensen shared with her was part of a larger conversation during their lunch hour. Andrea stated Detective Jensen has "been having some struggles with some of the command staff which were not shared with the Sheriff", and felt this situation was just one more example of something "happening behind the Sheriff's back". Andrea advised me she is very "pro-agency and pro-sheriff". Detective Jensen knows if "I felt someone was doing something to hurt him (Sheriff Spurlock), I probably would say something to him".

According to Andrea, Detective Jensen did not ask her not to tell the Sheriff, nor did Andrea state her intention to tell Sheriff Spurlock at the time of their conversation. Later, Andrea told Detective Jensen she had called the Sheriff, to which Detective Jensen replied "Oh Shit". Andrea explained she told Detective Jensen she was sorry she did not keep the information in confidence, but she felt it was unfair to the Sheriff and bad and embarrassing for the agency. Later, Andrea also relayed the information to Captain Kevin Duffy and Lieutenant Myra Buys. Andrea was told by Captain Duffy "good for you, I would have done the same thing". Shannon Jensen told Andrea she thought "they had been reaching out to other Captains", and she indicated that she thought the "Undersheriff and Chief Moore were trying to get signatures on whatever this was". Andrea stated whatever was happening "was behind the Sheriff's back". Andrea stated Shannon Jensen had been told the details of the phone conversation by her husband Captain Jensen. Andrea stated frankly, she was comfortable calling the Sheriff because she has known him for a long time.

Andrea stated she felt badly and was upset after hanging up with Sheriff Spurlock because "these people are his inner circle and they are stabbing him in the back". Later Sheriff Spurlock called Andrea back and asked her not to speak with anyone about this information. At that time she advised him she had told Captain Duffy and Lieutenant Buys and he requested her not to speak with anyone else.

**Detective Shannon Jensen**

Detective Shannon Jensen arrived for the interview on time and I escorted her into the interview room. After introductions, I advised Shannon she was considered a witness in this investigation and I presented her with a Witness Admonition form and requested she read and sign the document before the interview began. She did sign the document, and was advised the interview would be audio and video taped.

Shannon stated Captain Jim Jensen is her husband and Andrea Bradbury is a colleague who serves as a Victim Advocate and is also a friend. Shannon stated Andrea came into her office on Friday and they were having a general conversation, which included Shannon telling Andrea about a call her husband had received the previous Monday evening. Shannon told Andrea her husband, Captain Jim Jensen had received a phone call during dinner from Chief Tim Moore. Captain Jensen excused himself to take the call, and later told Shannon that Chief Moore had asked him to write a letter to the Douglas County Republican Party, stating he supported only Republican candidates in the coming election. Shannon stated this request was in response to Sheriff Spurlock endorsing a Democrat candidate for County Commissioner. Captain Jensen had stated "all hell was breaking loose" and the Republican Party was "up in arms". Captain Jensen advised Shannon that Chief Moore was contacting the District Captains and asking them to write letters "aligning themselves essentially with the Republican Party" and the Republican candidates for County Commissioner.

Shannon advised during the conversation with Andrea it "came up" that Sheriff Spurlock was upset, which prompted Shannon to share the information about the phone call to her husband. Shannon was specific in saying the letters to be written to the Republican Party would not contain the titles of the author just the name. However, once the letters were received by the party, titles and presumably photos would be added before the letters were made public. The published letters would state these members of the Douglas County Sheriff's Office support only Republican candidates for County Commissioner. Captain Jensen later told Shannon he did not feel comfortable and was not going to write a letter. Captain Jensen told Shannon the Sheriff was "pissed, super pissed about that stuff" and Shannon assumed it was because Chief Moore was asking people to write letters.

Shannon stated Andrea told her she was going to tell "Tony" and although Shannon believed he already knew about the letters she said "she had to do what she had to do". Later Andrea returned to Shannon's office and told her she had advised the Sheriff. Andrea told Shannon her motive for telling Sheriff Spurlock was she was very upset about people in the office "going behind the Sheriff's back". Shannon stated there were also text messages between her and Andrea which she agreed to provide to me.

**Captain Darren Weekly**

Captain Darren Weekly arrived for the interview on time and I escorted him into the interview room. After introductions, I advised Captain Weekly he was considered a witness in this investigation and I presented him with a Witness Admonition form and requested him read and sign the document before the interview began. Captain Weekly did sign the document, and was advised the interview would be audio and video taped. Captain Weekly is currently the Captain overseeing detentions.

Captain Weekly advised on September 21st he was at an FBI Command College in Castle Rock when he received a text from Chief Moore requesting him to give him a call. When he did call Chief Moore he was advised Sheriff Spurlock had endorsed a Democrat candidate for County Commissioner. Captain Weekly then stated he felt it was important to give some background information. Captain Weekly stated he was formerly very involved with the Republican Party in Douglas County, however he dropped out when he moved in March of 2019. He stated he felt there was going to be a conflict within the Republican Party, but did not explain further except to say the Sheriff's philosophy and the Douglas County Republican Party were not aligned. He further stated at some point "you have to pick a side". Captain Weekly stated he did not want to be involved in the Republican Party any longer.

Chief Moore told him, due to the Sheriff's decision to endorse the Democrat candidate, "several of us in the command staff" were going to write letters to the Douglas County Republican Party. Chief Moore told him the letter was going to say "we only endorse Republican candidates". Captain Weekly asked Chief Moore who in Command Staff was going to write a letter, and was advised Captain Brad Heyden, Captain Jim Jensen and Undersheriff Holly Nicholson-Kluth were going to write letters. Chief Moore further stated he was not going to ask Chief Johnson or Chief Walcher, who did not live in Douglas County. Chief Moore did tell Captain Weekly he was not being directed to write a letter, the choice to write the letter was up to him.

Later in the day Captain Weekly did text Chief Moore and asked him to call him, "because I wanted to hear more about it". Chief Moore did call Captain Weekly who stated he was thinking "this may not be such a good idea". Captain Weekly was led to believe during the conversation that Sheriff Spurlock was somehow aware of what they were doing and this was "some sort of opposing viewpoint with him". Captain Weekly asked Chief Moore to send him a draft of what he was going to write the Republican Party. Captain Weekly did provide the document authored by Chief Moore (see attachments) and read the letter into the record during the interview.

Captain Weekly did not know where the idea came from to write a letter, but believed somehow "the idea originated between him (Chief Moore) and the Undersheriff". He was also led to believe Brad Heyden and Jim Jensen were going to write letters. Captain Weekly contacted Jim Jensen the following day to ask him if he was going to write a letter. Captain Jensen stated he thought he was going to, but had not yet made up his mind. Captain Weekly stated he reached out to Jim Jensen because he was trying to decide what to do himself. He stated he has been in politics for a long time and been in command for a long time and "this just felt like a bad idea to me". Captain Weekly stated the Sheriff still has two years left in his term of office, and for the command staff to come together against the Sheriff is "probably not a good idea, whether or not I agree with him, it is not right to publically go against the Sheriff". Captain Weekly did contact Jim Jensen on September 23rd and advised him he was not going to write a letter. Captain Weekly believes the motive for writing the letters was to safeguard the future of the Sheriff's Office with the Republican Party. Captain Weekly said the concern was "what happens down the road when Sheriff Spurlock is out of office". Captain Weekly was on duty when he had the conversations with Chief Moore.

Captain Weekly did have a conversation with his wife about being approached to write the letter. He advised his wife is an employee of Douglas County in the Information Technology Department. Captain Weekly felt like he was put in a "bad position" having to support this Sheriff or the future of the organization.

**Captain Jim Jensen**

Captain Jim Jensen arrived for the interview on time and I escorted him into the interview room. After introductions, I advised Captain Jensen he was considered a witness in this investigation and I presented him with a Witness Admonition form and requested he read and sign the document before the interview began. He did sign the document, and was advised the interview would be audio and video taped.

Captain Jensen stated he was called by Chief Moore while having dinner on Monday evening (September 21st). Chief Moore asked Captain Jensen if he "was aware of all the hoopla going on with the Douglas County GOP because of the endorsement Tony made?" Captain Jensen told Chief Moore he knew nothing about what was happening. Chief Moore then explained Sheriff Spurlock had come out in support of a Democrat in the coming election for County Commissioner. Further, in response to the Sheriff's endorsement, Undersheriff Nicholson-Kluth had made a Facebook post coming out in support of the Republican "slate". Chief Moore then told Captain Jensen the purpose of the call was the Republican Party was asking through Chief Moore, to have District Captains write a letter supporting the Republican candidates. Captain Jensen was advised it was understood the letters could not have titles or reference to the authors being with the Douglas County Sheriff's Office, but would be added later by someone in the Republican Party. Captain Jensen believed in addition to himself others writing letters would be Brad Heyden, Darren Weekly, Holly Kluth and Tim Moore. All of these individuals are officers or former officers in the Republican Party and members of the Sheriff's Office Command Staff. Captain Jensen did not commit to writing a letter, because he believed support of Republican candidates was implied by virtue of the fact he was a District Captain in the Republican Party in Douglas County.

Captain Jensen said he was uncomfortable writing the letter because his "commission card is signed by the Sheriff". Captain Jensen stated he had follow-up conversations on Tuesday and Wednesday with Chief Moore and in one of those conversations Chief Moore told him the request had come from Stu Parker with the Douglas County Republican Party. Chief Moore stopped into Captain Jensen's office on two separate occasions during the next two days. According to Captain Jensen, one time Chief Moore was going to lunch when he stepped in and asked if Captain Jensen intended to write the letter the "GOP wanted". It was during this conversation Chief Moore said to Captain Jensen, "this is just Tim and Jim talking". The second meeting included Brad Heyden and Chief Moore. Both conversations were brief, both conversations were on duty and both conversations were specifically Chief Moore checking to see if Captain Jensen was going to write a letter. Chief Moore stated on both occasions "look the GOP needs us to do this for them, are you on board, are you going to do it?"

Captain Jensen stated he was given the impression by Chief Moore that Sheriff Spurlock was somehow aware of what was going on. During the phone conversation on Monday night, "the way Tim framed the conversation was, this is all very public". Captain Jensen stated "in fact he told me the Undersheriff had talked to the Sheriff about her Facebook post" and he (Chief Moore) told me he had talked to Tony (Sheriff Spurlock) and told him we have to do this because the bylaws of the Republican Party require us to support Republican candidates. Captain Jensen was adamant that Chief Moore had told him those things during the Monday night conversation. Captain Jensen was "a bit confused" and thought it "a bit weird" because when Sheriff Spurlock was elected to the second term, he told his command staff that he intended to "be the Sheriff until the last day of my term". The Sheriff went on to say, I expect you to support me until the last day of my term, and I am not going to "prop up" someone else to take this office. Captain Jensen stated he is aware of the Hatch Act and knows employees are not supposed to do anything on duty which

is "overtly partisan". Captain Jensen then stated "frankly the Undersheriff has been doing a lot of things which are political and give the impression or the appearance Tony is supporting her to be the next Sheriff".

Captain Jensen stated conversations which took place on duty are "borderline" violations of the Hatch Act, but are definitely policy violations, referring to the policy which prohibits political activity on duty. Captain Jensen spoke with Captain Weekly on Tuesday (September 22nd) and talked about the request to write the letter by Chief Moore. At that time, neither had decided to write a letter. Captain Jensen spoke with Captain Weekly a second time on Wednesday and told him he was not going to write a letter because "it is going to blow up in our faces". Captain Weekly also stated he was not going to write a letter. Captain Jensen never told Chief Moore he was not going to write a letter. Captain Jensen advised he did read the Facebook post by Under Sheriff Nicholson-Kluth and believed it was worded similarly to the letter Chief Moore had asked him and others to write.

**Captain Troy McCarty**

Captain Troy McCarty arrived for the interview on time and I escorted him into the interview room. After introductions, I advised Captain McCarty he was considered a witness in this investigation and I presented him with a Witness Admonition form and requested he read and sign the document before the interview began. He did sign the document, and was advised the interview would be audio and video taped.

Sheriff Spurlock noted in his Progress Report Captain McCarty told him he saw the Facebook Post by Undersheriff Nicholson-Kluth stating she would only support Republican candidates. Captain McCarty in this interview denied seeing the Facebook post, stating he did not recall seeing any post by the Undersheriff supporting Republican Candidates. Captain McCarty stated he sees a lot of Facebook posts, but does not recall the specific post by Undersheriff Nicholson-Kluth. Captain McCarty was not ask to write a letter by Chief Moore and denied having any conversations with anyone about a letter to the Douglas County Republican Party.

**Chief Steve Johnson**

Chief Deputy Johnson arrived for the interview on time and I escorted him into the interview room. After introductions, I advised Chief Johnson he was considered a witness in this investigation and I presented him with a Witness Admonition form and requested he read and sign the document before the interview began. He did sign the document, and was advised the interview would be audio and video taped.

Chief Johnson is the Chief Deputy of the Law Enforcement Bureau of the Douglas County Sheriff's Office. Chief Johnson was asked if he had heard a conversation between Chief Moore and Captain Heyden regarding a letter being written to the Douglas County Republican Party. Chief Johnson stated he did walk into Chief Moore's office on a business matter and hear Chief Moore telling Captain Heyden he had to get with the Captains (within the Republican Party) and discuss the Sheriff's endorsement "of a democratic candidate for County Commissioner". Chief Johnson went on to explain he had "unaffiliated" himself with the Republican Party after seeing what they tried to do to Sheriff Spurlock. He stated the party no longer

represented his beliefs. Chief Johnson did not hear anything about writing a letter, however the conversation he heard was specific to responding to Sheriff Spurlock's support for a democrat candidate for County Commissioner. Chief Johnson stated everyone was on duty at the time of the conversation.

**Captain Brad Heyden**

Captain Brad Heyden arrived for the interview on time and I escorted him into the interview room. After introductions, I advised Captain Heyden he was considered a subject in the investigation and I presented him with the Garrity Advisement form and requested he read along as I read the document to him. Captain Heyden was given the Garrity Advisement and subsequently signed the document before the interview began. Captain Heyden was also given a copy of the Notice of Complaint to read and advised he would be provided a copy electronically. After signing the Garrity Advisement he was advised the interview would be audio and video taped.

Captain Heyden stated he was contacted by Chief Moore who "passed a message" from the Douglas County Republican Party requesting him, and other District Captains to write a letter or statement saying "they support Republican candidates" in the upcoming election. This request was in response to Sheriff Spurlock endorsing a Democrat candidate for County Commissioner. Captain Heyden said the first conversation with Chief Moore took place after work "walking up to Douglas County High School". Captain Heyden advised Chief Moore before he wrote a letter he (Captain Heyden) wanted to "talk with the Sheriff about doing this, because I wasn't sure how he felt about it". Captain Heyden stated he went to the Sheriff's office (presumably the next day), however the Sheriff "had just left somewhere". Captain Heyden stated he then went to Chief Moore's office to wait for the Sheriff. He again told Chief Moore he wanted to speak with the Sheriff before he wrote the letter. Captain Heyden stated as he was sitting in Chief Moore's office, the Sheriff walked in. Captain Heyden said he specifically spoke with Sheriff Spurlock about writing the letter to the Republican Party. Captain Heyden stated when the Sheriff came in I explained to him, "Sheriff I want to talk to you about this letter, the Republican Party is concerned we are going to follow your leadership in supporting a Democrat". Captain Heyden went on to say to Sheriff Spurlock, the Republican Party wants us to write a letter saying we are only supporting Republican Candidates. The reason for this is other members of the Republican Party are thinking we are going to follow you in supporting a Democrat. Captain Heyden further stated he explained to the Sheriff the bylaws of the Republican Party require District Captains to support Republican Candidates. Captain Heyden stated this conversation took place in Tim Moore's office, everyone was on duty. He further told Sheriff Spurlock the "Republicans are going crazy, because you supported a Democrat".

Captain Heyden advised he has been a member of the Republican Party in Douglas County since 1994. He then read into the record emails which were sent to him by the Douglas County Republican Leadership, in reaction to Sheriff Spurlock's endorsement of a Democrat. Captain Heyden stated he showed these

emails to the Sheriff either the day before or the same day as the meeting in Chief Moore's office. Captain Heyden said Sheriff Spurlock told him "I didn't mean to put you in harm's way Brad…this is all politics". A short time later, while Captain Heyden and Chief Moore were still in the office, Sheriff Spurlock returned and said other people are going to support Lisa Graves (Democrat candidate) stating (Captain) Kevin Duffy is endorsing Lisa Graves. Captain Heyden said he told Chief Moore after Sheriff Spurlock left the room, "he is mad about this, I think he's mad about this". Captain Heyden advised he again spoke with Sheriff Spurlock on Thursday and asked him if he was "OK" with him writing a letter, to which Sheriff Spurlock replied "yah yah, it's just politics Brad". Captain Heyden said he felt like the Sheriff had blessed him to write the letter. Captain Heyden did write a letter and sent it to Stu Parker of the Douglas County Republican Party. Subsequently, Captain Heyden went to Chief Moore and told him not to use the letter, he wanted to retract it. Captain Heyden stated he did not know exactly who else Chief Moore had asked to write a letter to the Republican Party. He "assumed" it would be the other District Captains or Assistant District Captains which would include Captain Jensen, Undersheriff Nicholson-Kluth and Chief Moore. Despite saying he did not know for sure who was asked to write a letter, Captain Heyden stated he did speak to Captain Jensen "and asked him what he was going to do". This conversation took place in Captain Jensen's office while both were on duty. Captain Jensen apparently told him he was not going to write a letter because the bylaws require District Captains to support Republican Candidates and he felt it was unnecessary.

Captain Heyden works directly for Chief Moore, but stated he felt no pressure to write the letter, and in fact was told by Chief Moore he did not have to write a letter. Captain Heyden was asked if he recalled Chief Johnson coming into Chief Moore's office when they were talking about writing a letter. He stated he could not specifically remember Chief Johnson coming into Chief Moore's office, however he believes it could have happened, because Chief Johnson often comes into Chief Moore's Office.

Captain Heyden was resistant to my request to provide a copy of the letter he wrote the Republican Party, however did so after some insistence.

**Chief Deputy Tim Moore**

Chief Tim Moore arrived for the interview on time and I escorted him into the interview room. After introductions, I advised Chief Moore he was considered a subject in the investigation and I presented him with the Garrity Advisement form and requested he read along as I read the document to him. Chief Moore was given the Garrity Advisement and subsequently signed the document before the interview began. Chief Moore was also given a copy of the Notice of Complaint to read, and advised he would be provided a copy electronically. After signing the Garrity Advisement he was advised the interview would be audio and video taped.

Chief Moore came into the interview with a document which was entitled "Timothy Moore Conduct Statement 10/14/20". The four page document was presented to me at the beginning of the interview, and is an attachment to this investigation.

Chief Moore began the interview by saying he had approached Undersheriff Nicholson-Kluth, Captain Jensen, Captain Weekly and Captain Heyden with a request to write a letter to the Douglas County

Republican Party expressing support for Republican candidates in the coming election. He advised the request had come from the Douglas County Republican Party to him. Chief Moore further explained all the above individuals are either District Captains, former District Captains or Assistant District Captains in the Douglas County Republican Party. Chief Moore said he has been involved with the Douglas County Republican Party since 2002. He stated he and others have been encouraged to become involved in the Republican Party to participate at a "grass roots level" to work for the election of good elected officials. Douglas County is a very political county and we have become involved to "manage the political influences that come through the sheriff's office". Chief Moore stated he was encouraged by a former Sheriff to become involved in the Republican Party. Chief Moore went on to explain he, Captain Heyden and Captain Jensen are District Captains and Undersheriff Nicholson-Kluth is an Assistant District Captain in the DCGOP. Captain Weekly is a former District Captain and all are members of the Douglas County Sheriff's Office Command Staff.

Chief Moore recalled a conversation he had with the County Manager (Doug DeBord) in August where the rumor of Sheriff Spurlock endorsing a Democratic candidate for Commissioner was discussed. Mr. DeBord told Chief Moore "that (endorsement) is likely to have a negative impact on the Sheriff's Office down the road". Chief Moore explained, one of the issues important to the Sheriff's Department discussed with the County Manager, is the FPPA retirement program which the department wants to adopt. Mr. DeBord told Chief Moore he believed the Republican Candidate (Teal) is a supporter to the FPPA proposal, and suggested Chief Moore reach out to him. Chief Moore did contact Mr. Teal and was told he did support the FPPA retirement program, however, he said "I am not elected and can't guarantee anything until I see the details". Chief Moore stated after he spoke with Mr. Teal he talked to Sheriff Spurlock and shared with the Sheriff "there is (sic) some consequences we may have to navigate", referring to Sheriff Spurlock endorsing the Democratic candidate. He told the Sheriff, "we are likely to be punished if this guy (referring to Mr. Teal) is elected". Chief Moore said the Sheriff had been very open with his staff about his intention to support the Democratic candidate. These conversations took place at the end of August and beginning of September.

On Monday September 21st Chief Moore received a text from Undersheriff Nicholson-Kluth who was off duty on leave. The text was a screen shot of a photograph showing the public endorsement of the Democrat candidate by Sheriff Spurlock. Chief Moore advised there was no text with the photograph, so Chief Moore just assumed the Undersheriff was letting him know he (Sheriff Spurlock) "has come out and done this". Later that same evening, Chief Moore received a phone call from Stu Parker, who is Vice Chair of the Executive Committee with the Douglas County Republican Party. Mr. Parker told Chief Moore a lot of people in the Republican Party are very upset with the Sheriff for endorsing the Democrat and feel he is a traitor. Mr. Parker felt like the endorsement would "likely have a negative impact for the Sheriff's Office". Mr. Parker and Chief Moore discussed ways to "show the DCGOP that not all members of the Sheriff's Office were against Republican Candidates". Doing this was a way to avoid the possibility of the negative consequences and "harsh realities we would probably face from the current Board of County Commissioners" to the Sheriff's Office. Chief Moore told Mr. Parker, as a District Captain he would speak to the other DCSO leaders who were also GOP leaders, but that is all he could do. Chief Moore spoke with Undersheriff Nicholson-Kluth the evening of September 21st, because she is "my Assistant District Captain". Undersheriff Nicholson-Kluth told him she was likely going to have to take a personal position in support of the Republican candidates, but did not share any details of what she intended to do.

On Tuesday September 22nd Chief Moore met with Captain Heyden, who is also a District Captain in the Republican Party. The meeting took place in Chief Moore's office while both were on duty. During this meeting the conversation was about what Chief Moore termed a "dilemma caused by Sheriff Spurlock endorsing a Democrat candidate". The two discussed the situation they were in as District Captains in the DCGOP. As members of the Sheriff's Department command staff, they did not want to upset the Sheriff, however, the Bylaws of the Republican Party require them to support Republican candidates. Chief Moore disclosed as District Captains, they are not required to publicly support the Republican candidates, just required to vote for and promote those candidates. Chief Moore told Captain Heyden he felt it was appropriate for him (Chief Moore) to give a personal statement in support of the Republican candidates. Chief Moore advised he and Brad Heyden spoke several times about this issue over the course of several of days.

While Captain Heyden and Chief Moore were discussing the "dilemma", Sheriff Spurlock came into Chief Moore's office. According to Chief Moore they were "transparent" with the Sheriff about their political dilemma. The political dilemma Chief Moore referred to, was how to mitigate the negative consequence of the Sheriff endorsing a Democrat for County Commissioner. Chief Moore believed there would be retribution to the Sheriff's Department from the current County Commissioners and possibly through the Douglas County Republican Party. Chief Moore said Sheriff Spurlock listened to what they had to say, was "very kind", and said he understood and cautioned them about violating any rules. Initially, Chief Moore said nothing was mentioned to the Sheriff about writing letters or statements to the Republican Party supporting only Republican Candidates. Later however, he learned from Captain Heyden that he (Captain Heyden) did talk to Sheriff Spurlock about the letter in Chief Moore's office. Chief Moore advised me he did not hear that part of the conversation.

Chief Moore was asked if he considered the consequences of having these conversations while on duty. He replied it "crossed his mind at some point" but it is common practice to have conversations in the office of a political nature with a "work related nexus". Chief Moore stated in this case he should have recognized that these conversations could be a violation of policy. Chief Moore stated it was probably when Sheriff Spurlock warned them about violating rules that he began to think more about what they were doing. Chief Moore said it never occurred to him these conversations could have been construed as "me as a supervisor directing them to do something". Chief Moore said he was never directed to do anything, "I made my own decisions and take responsibility for my own actions".

Chief Moore went on to describe conversations he had with Darren Weekly and Jim Jensen about writing a letter to the Republican Party. Chief Moore received a phone call in his office from Captain Weekly on Tuesday. Captain Weekly was at a training class off site, when he heard about the endorsement and was concerned about the consequences of the Sheriff's endorsement. At that time Chief Moore asked him if he wanted to write a letter. Chief Moore recalled two conversations with Captain Jensen, the first a phone call around the noon hour on Tuesday where he requested him to write a letter. Later in the day he called him back and told him he was not being directed to write the letter, to which Captain Jensen replied "understood". The timing of these conversations conflicts with the information shared by both Detective Jensen and Captain Jensen. They both state the call(s) were on Monday.

Chief Moore stated he believes everyone was thinking about how to lessen the consequences we may feel "from the Commissioners down the road". He further stated, he in no way intended to undermine the Sheriff, however he recognizes now what they did could be perceived that way. He described how, as

emotions subside a bit, "you begin to think a little bit more clearly". Chief Moore said "Brad" was concerned about how the Sheriff would feel later on, and in fact Chief Moore said he and Undersheriff Kluth began to feel the same way. Chief Moore stated their concern reached a point where the Undersheriff went to speak with Sheriff Spurlock on either Wednesday or Thursday. They discovered that although the letters or statements of support sent to the Republican Party were sent with only their names, "we all knew their intent was to take our personal statements…go to some public forum, take our pictures off the website and use them". Chief Moore went on to say when Stu Parker sent a draft copy of what they were going to do to, Undersheriff Kluth "saw the pictures" and was uncomfortable with what they were doing. The Undersheriff shared her feelings with Chief Moore, she then went and spoke with Sheriff Spurlock. Subsequent to her conversation with the Sheriff, she contacted Stu Parker and asked him not to use the material. It was around this time the Undersheriff also deleted her Facebook post. Chief Moore noted, the Republican Party did take parts of Undersheriff Kluth's Facebook post and place it into the Republican Party Facebook page.

Captain Moore advised he spoke Undersheriff Nicholoson-Kluth the first time on the evening of September 21st when she advised him she was going to do a Facebook post. This was after Stu Parker had requested Chief Moore to provide a statement. The next conversation was on was Tuesday September 22nd when she sent a copy of her Facebook post. Later the same day, Captain Moore sent Stu Parker his statement and copied Undersheriff Nicholson-Kluth, Captain Heyden and Captain Weekly on the e-mail. Chief Moore next spoke with Undersheriff Nicholson-Kluth on the evening of the 22nd, when she called to discuss the details of the Facebook message "that Stu was working on". Undersheriff Nicholson-Kluth was uncomfortable with the language, specifically the word "endorse", referring to specific candidates. She did not want to support either Commissioner by name, just a message which says she supports conservative candidates. Chief Moore later contacted Stu Parker to share Undersheriff Nicholson-Kluth's specific concerns about the Republican Facebook post. On Wednesday September 23rd Undersheriff Nicholson-Kluth spoke with Sheriff Spurlock, which prompted her to contact Chief Moore and tell him what they were doing was not a good idea and say "I'm telling Stu we're not putting anything out".

Chief Moore does not believe he had any conversations personally with Sheriff Spurlock about the request from the Republican Party. The only conversation he recalls was in his office with Captain Heyden where the Sheriff warned them about not violating the Hatch Act. Chief Moore stated by the nature of the job, as an exempt employee, there is "leeway" in how our time is spent. Personal things, which come up during the work day are "intertwined" in the day's routine. Chief Moore went on to say that if political things came up during my work day or I feel it was not "ethical or appropriate", I always take vacation time, which he did that in this case. Chief Moore agreed to supply copies of the text messages he had with Undersheriff Nicholson-Kluth and Captains Jensen, Heyden and Weekly.

**Undersheriff Holly Nicholson-Kluth**

Undersheriff Nicholson-Kluth arrived for the interview on time and I escorted her into the interview room. After introductions, I advised Undersheriff Nicholson-Kluth she was considered a subject in the investigation and I presented her with the Garrity Advisement form and requested her to read along as I read the document to her. Undersheriff Nicholson-Kluth was given the Garrity Advisement and

subsequently signed the document before the interview began. Undersheriff Nicholson-Kluth was also given a copy of the Notice of Complaint to read and advised she would be provided a copy electronically. After signing the Garrity Advisement she was advised the interview would be audio and video taped.

Undersheriff Nicholson-Kluth began the interview by noting she was on leave the week of September 21st. Undersheriff Nicholson-Kluth stated she is an Assistant District Captain in the Douglas County Republican Party and Chief Tim Moore is a District Captain. On Tuesday September 22nd she was contacted by Stu Parker from the Douglas County Republican Party, who "wanted to make a positive statement" in response to Sheriff Spurlock's endorsement of the Democratic candidate for County Commissioner. This conversation took place on Tuesday, after Sheriff Spurlock Tweeted his endorsement the previous day. Stu Parker was hoping to get "quotes from people that were in the…GOP, who were also in Command Staff supporting the candidates". Undersheriff Nicholson-Kluth gave Stu Parker a quote as he had requested. She stated she did her quote to the Republican Party and did her Facebook post both the same morning (September 22nd).

Undersheriff Nicholson-Kluth advised she spoke with Chief Moore a couple of times that day and he told her he was talking to Brad Heyden and Jim Jensen about giving "some kind of a quote" as well. Undersheriff Nicholson-Kluth said in one of the phone calls with Chief Moore, she advised him to make sure you tell Jim Jensen this is not work related. She did not say anything about Captain Heyden, because she felt he would understand there was no work pressure to write a letter or quote, nor did she mention Captain Weekly

Undersheriff Nicholson-Kluth had known for "a month or two" the Sheriff intended to endorse the Democratic candidate for County Commissioner. She had conversations with the Sheriff where his intentions were discussed. She stated she "did not know for sure he was going to do it" until she saw the endorsement on Twitter on Monday September 21st. When she saw the endorsement, she texted it to Chief Moore to inform him of the development. On Wednesday September 23rd Undersheriff Nicholson-Kluth attempted to contact Sheriff Spurlock. She texted him several times with no response because, "he was very busy". She did not speak with the Sheriff until Thursday morning. She stated her intention was to speak with him about the letters or quotes and her Facebook post. Undersheriff Nicholson-Kluth realized during the conversation he (Sheriff Spurlock) was very upset, because it appeared publicly there "was a division between he and I", and gave the impression there was a "rift in the department". Undersheriff Nicholson-Kluth stated she had never "thought of it that way". When she discovered Sheriff Spurlock was so upset, she immediately called Chief Moore and told him "we are not doing this", took her Facebook post down and called Stu Parker and asked him not to use the material he had been provided. Undersheriff Nicholson-Kluth had not considered what they were doing was going to give the impression there was "a rift" between her and Sheriff Spurlock.

Undersheriff Nicholson-Kluth did not have any concerns about the political conversations taking place while the command officers were on duty, stating "I did not think about it". Undersheriff Nicholson-Kluth denied speaking with any other members of Command Staff about the request from the Republican Party, only Chief Moore. Undersheriff Nicholson-Kluth was aware Chief Moore was also communicating with Stu Parker.

Undersheriff Nicholson-Kluth stated "from a community perspective I didn't see a problem with it (the statement) because I wasn't identifying myself as an officer of the Sheriff's Office". Undersheriff Nicholson-Kluth clearly understood the partisan statements provided to Stu Parker and the Republican

Party were going to be attributed to each member of the Sheriff's Office who gave a statement. When she told Stu Parker not to use the quotes, she indicated he was disappointed because he had been "looking forward to being able to do something to put out that there was people in the law enforcement community who supported only conservative candidates". While the quote is a bit awkward, Undersheriff Nicholson-Kluth clearly understood, as did the others who supplied a statement, her photo and position with the Sheriff's Office would be included with her statement.

Undersheriff Nicholson-Kluth clearly understood the political conversations between herself and Chief Moore which took place during the week of September 21st were not work related business because she states during the interview "we also talked about work stuff". Additionally, she cautioned Chief Moore while discussing who would write a letter, to contact Captain Jensen and tell him this request "was not work related", and was "strictly off duty".

Undersheriff Nicholson-Kluth stated it was only after realizing Sheriff Spurlock was upset, that she decided not to move forward with any of the planned political activity. She stated it was only after the Sheriff had explained to her the outward appearance and implications to the Sheriff's Office by publically sharing the political differences did she understand, and said "it made total sense to me, yah you're right". It was at that time she also took down her Facebook post.

Undersheriff Nicholson-Kluth never advised Chief Moore not to conduct any political business on duty, stating "I didn't think about that".

**Summary**

There are discrepancies and inconsistencies in the version of events relayed during the interviews. Particularly the timing of, or number of phone calls and specifics of various conversations. The general sequence of events which transpired during the week of September 21st seem to be fairly consistent.

- Several members of the Douglas County Sheriff's Office Command Staff are also Captains, Assistant Captains or former Captains with the Douglas County Republican Party.
- Specific members of the Command Staff who are also involved with the DCGOP are Undersheriff Nicholson-Kluth, Chief Moore, Captain Jensen, Captain Heyden and (formerly) Captain Weekly. All of these individuals had prior knowledge that Sheriff Spurlock was likely to endorse the Democrat Candidate for County Commissioner. Sheriff Spurlock had been transparent about his intentions to endorse a Democrat for some time.
- Sheriff Spurlock, who is a Republican, endorsed a Democrat candidate for County Commissioner in the coming election. (September 21st)
- There was a severe reaction by the Republican Party to Sheriff Spurlock's endorsement, which precipitated Stu Parker, from the DCGOP to reach out to both Undersheriff Nicholson-Kluth and Chief Moore. Both of whom know Mr. Parker (GOP Executive Committee) from their association with the Republican Party. Undersheriff Nicholson-Kluth is "friends" with Stu Parker on Facebook.
- Stu Parker requested a letter or a statement be submitted to the Douglas County Republican Party by members of the Douglas County Sheriff's Office expressing support for Republican candidates

- in the coming election. This request was a direct response to the action Sheriff Spurlock had taken. (September 22nd)
- Undersheriff Nicholson-Kluth and Chief Moore communicated with each other both in texts and phone calls discussing this request. Chief Moore was on duty during some of these conversations, Undersheriff Nicholson-Kluth was on leave. (September 21st 22nd )
- Although Undersheriff Nicholson-Kluth is Chief Moore's direct supervisor, she did not caution him about doing political business on duty. She was aware Chief Moore was soliciting members of Command Staff to write statements.
- Undersheriff Nicholson-Kluth provided a statement to Stu Parker in which she stated she only supported conservative candidates and was a longtime Republican. She also made a post to her personal Facebook page which mirrored the statement she provided Stu Parker. (September 22nd)
- Chief Moore spoke with Captain Weekly and Captain Jensen and requested each write a letter or statement stating they supported Republican Candidates. (September 22nd)
- Chief Moore met with Captain Brad Heyden in his office and discussed providing a statement to the Republican Party expressing support for Republican Candidates. This conversation was in part heard by Chief Johnson. (September 22nd)
- Chief Moore and Captain Heyden discussed the "political dilemma" created by the Sheriff's endorsement of a Democrat. Both were concerned about the negative ramification to the Sheriff's Office from the existing County Commissioners. Chief Moore specifically cited the FPPA Retirement Program. Chief Moore felt the Sheriff's Office would be punished for the actions of the Sheriff. This conversation took place on duty. (September 22nd)
- Sheriff Spurlock came into Chief Moore's office while he and Captain Heyden were discussing giving a statement to the Republican Party. Sheriff Spurlock reportedly cautioned both of them to be careful not to violate any rules.
- Captain Heyden stated he asked the Sheriff about writing the statement and believed the Sheriff gave his approval. Chief Moore denies hearing that part of the conversation.
- Chief Moore had prior conversations with both the County Manager (Doug DeBord) and the Republican candidate (George Teal) as early as August about the rumors Sheriff Spurlock would endorse the Democrat candidate.
- Chief Moore had several conversations with Captains Weekly, Jensen and Heyden about submitting a statement to the DCGOP expressing support for the Republican Candidates. Several of the conversations took place while on duty either in person or over the phone. (September 22nd 23rd)
- Chief Moore stated he estimates he spent approximately three hours during the week of September 21st dealing with issues related to the DCGOP request.
- Chief Moore, realized the political conversations which he had on duty were inappropriate and took personal leave to account for the time he spent in political discussions.
- Undersheriff Nicholson-Kluth, Captain Heyden and Chief Moore all provided statements to the DCGOP expressing support for Republican candidates.
- There was an understanding that the statements provided to the DCGOP would not include information about the Sheriff's Office. It was assumed however, the DCGOP would take their images in uniform off the website and include those images along with the statement.

- When a copy of the proposed post was shared with Undersheriff Nicholson-Kluth, the statements all included photos of the Command Staff members in uniform. This gave the impression members of the Sheriff's department were submitting the statements.
- Captain Jensen and Captain Weekly declined to write a statement to the DCGOP, because both felt it was a bad idea to publicly oppose the Sheriff.
- Undersheriff Nicholson-Kluth, Chief Moore and Captain Heyden became increasingly uncomfortable with the idea of submitting the statement requested by the DCGOP.
- Undersheriff Nicholson-Kluth tried to contact the Sheriff to discuss the issue of her Facebook post and the statement on Wednesday. The Sheriff was busy and they did not speak until Thursday morning. (September 24th)
- When Undersheriff Nicholson-Kluth spoke with Sheriff Spurlock, she discovered he was upset with what appeared publically to be a split in the Sheriff's Department.
- Undersheriff Nicholson-Kluth called Stu Parker and asked him not to use any of the statements which had been supplied by members of the Sheriff's Office. She contacted Chief Moore and informed him they would not be moving forward with any of the statements because the Sheriff was upset and she took down her Facebook post. (September 24th)
- Undersheriff Nicholson-Kluth had not considered the negative consequence to the Sheriff's Office by publically sharing the political differences until after she had spoken to Sheriff Spurlock on Thursday September 24th. She said then "it made total sense to me, yah you're right".
- Sheriff Spurlock received the call from Andrea Bradbury who advised him Chief Moore had requested Captain Jensen to write a letter to the Douglas County Republican Party supporting only Republican candidates (September 25th)
- Sheriff Spurlock immediately called the members of his command staff and ask if they had been requested to write a letter to the Republican Party expressing support for only Republican candidates.

Sheriff Spurlock may want to consult with his legal staff regarding any potential Hatch Act violations and the reporting of any such potential violations. Douglas County Sheriff's Office policy does overlap relevant issues and prohibitions, addressed by the Hatch Act and pertinent to this investigation.