I received this from Stu Wednesday afternoon and sent it to Tim.



I had been texting the Sheriff to talk since Wednesday morning and after receiving this from Stu on Wed afternoon, Tim and I were both uncomfortable with the pics of us in uniform, I told Stu I wanted to talk to the Sheriff about it before doing anything. I texted back and forth with the Sheriff to talk until Thursday morning when we finally spoke. After speaking with him I told Stu we did not want anything going out and that this would do more harm than good and create an appearance of a rift between the Sheriff, I and command staff. He understood and scrapped the idea.

I called Tim sometime Thursday to tell him I told Stu not to put anything out like this.

Regarding the text messages with Tim Moore;

While out sick for the week after Surgery and after receiving a call from Stu Parker on Tuesday morning 9/22/2020, saying he wanted to do something positive regarding "what happened yesterday," I assumed he meant the Sheriff's endorsement of Lisa Neil-Graves he asked for a quote about support for republican candidates, he said they might get pictures of us off the internet. Tim sent me this later that day which is when I saw what Stu was doing with it.





Text String from Chief Moore.pdf

**Holly** — Mon, Sep 21, 9:37 AM

**ENDORSEMENT**

Lisa Neal-Graves is the BEST person running for Douglas County Commissioner.

Lisa wholeheartedly & genuinely supports law enforcement. Public safety in Douglas County is a paramount priority for our citizens. I trust that with Lisa's legal background & vast business experience she will advocate on behalf of the superior law enforcement services provided throughout Douglas County.

These are among the many reasons that I am endorsing Lisa Neal-Graves.

**Tony Spurlock**, Douglas County Sheriff

**Lisa Neal-Graves** · 27m

🚨 **ENDORSEMENT ALERT** 🚨

From combatting gun violence to advocating for mental health, Sheriff Tony Spurlock has fought to do what's right for Douglas County, regardless of party politics. I'm honored to receive his endorsement because that's exactly the kind of

Text String from Chief Moore.pdf

Sprint 10:50 AM 96%

**Holly** >

Tue, Sep 22, 11:03 AM

I posted this on FB today

In this tumultuous time in Douglas County and in our Country, for those that have been asking for the past couple days where I stand, I put this forth:

Text String from Chief Moore.pdf

Sprint 10:50 AM 96%

**Holly** >

couple days where I stand, I put this forth:

1) I've known Sheriff Tony Spurlock for over 30 years, I respect what he has sacrificed in his service to the citizens of Douglas County and I respect his desire to make the decisions he believes are right for the community and for his own life.

   
     

Sprint 10:51 AM 96%

**Holly** >

for the community and for his own life.
2) With that said, I have been a registered Republican and GOP volunteer in Douglas County for over two decades.
3) I will support and vote for conservative candidates that I think have the beliefs I do about public safety, government, rights,

Sprint — 10:52 AM — 96%

< **Holly** >

public safety, government, rights, the law, the constitution, and our Country.

4) In Douglas County, as it is in this nation, whoever is elected by the people, I will respect and keep my service about public safety, law and order, the rights of ALL people, and ensure equal protection under the law.

   
     

Text String from Chief Moore.pdf

Text String from Chief Moore.pdf

Sprint 10:52 AM 96%

< **Holly** >

protection under the law.
5) My husband and I have been LE Officers for a combined 70 years and I am proud of that service and proud of our children's desire to serve others in their life in the Ministry and Medical fields.
6) I respect each person's right to believe what they want, support who

   
     

Text String from Chief Moore.pdf

**Holly**

NEVER hold my association, friendship, or love over them for such reasons.
7) Mostly, I believe that there is only one King and I will try to model my life and leadership after His.

Tue, Sep 22, 4:17 PM

Lemme call you right back

SPURLOCK Motion for Summary Judgment, Exhibit E, Page 9

DCSO 000049



Not really comfortable with the word "endorse" especially next to

Text String from Chief Moore.pdf

Sprint 10:54 AM 96%

< Holly >

Not really comfortable with the word "endorse" especially next to pic, as it signifies an official stance, I'm ok with the back- I'd rather have something in the front like this: long time leaders in the Republican Party in Douglas County also happen to be leaders in our community, list our

Sprint 10:54 AM 96%

**Holly**

community, list our names and then positions in DCGOP, then if they get our pics off social media then they do but not super comfortable with the way it's layed out, and I DONT specifically endorse Lora or George so that's not true, I support Republican candidates in DC as a citizen

SPURLOCK Motion for Summary Judgment, Exhibit E, Page 12

DCSO 000052

Text String from Chief Moore.pdf

Sprint 10:55 AM 96%

< **Holly** >

And maybe he can put a little*under the pictures and say from Douglas County Sheriff's website

Tue, Sep 22, 6:18 PM

Can we trust stu will not do anything that will get us in trouble?

Tue, Sep 22, 8:17 PM

   
     

SPURLOCK Motion for Summary Judgment, Exhibit E, Page 13