I don't often post political things on Facebook, but in this tumultuous time in our County and Country, for those that have been asking for the past couple days where I stand, I put this forth:

1) I've known Sheriff Tony Spurlock for over 30 years, I respect what he has sacrificed in his service to the citizens of Douglas County and I respect his desire to make the decisions he believes are right for the community and for his own life.
2) With that said, I have been a registered Republican and GOP volunteer in Douglas County for over two decades.
3) I will support and vote for conservative candidates that I think have the beliefs I do about public safety, government, rights, the law, the constitution, and our Country.
4) In Douglas County, as it is in this nation, whoever is elected by the people, I will respect and keep my service about public safety, law and order, the rights of ALL people, and ensure equal protection under the law.
5) My husband and I have been LE Officers for a combined 70 years and I am proud of that service and proud of our children's desire to serve others in their life in the Ministry and Medical fields.
6) I respect each person's right to believe what they want, support who they want, and I will NEVER hold my association, friendship, or love over them for such reasons.
7) Mostly, I believe that there is only one King and I will try to model my life and leadership after His.