SPURLOCK Motion for Summary Judgment Exhibit H

Conventionally Submitted Video