SPURLOCK Motion for Summary Judgment Exhibit I

Conventionally Submitted Audio