SPURLOCK Motion for Summary
Judgment Exhibit J

Conventionally Submitted Audio