# Memorandum

## Office of the Sheriff

TO: Sheriff Tony Spurlock

FROM: Undersheriff Holly Nicholson-Kluth

DATE: November 16th, 2020

SUBJ: Internal Affairs Investigation 20-IA25

Sheriff,

Since I didn't have a chance to fully read the Internal Affairs Disposition and Findings before we met last week for the pre-disciplinary hearing, I wanted you to know several things;

First of all, I take full responsibility for my actions and inactions in this situation. I apologize for betraying your trust and allowing this to occur and have been honored to be trusted as your Undersheriff for the past 6 ½ years. I would like to note however, not for the purpose of submitting mitigating factors, but to clarify in the Findings and Disposition, that the "Evidence Supporting Synopsis," appears accurate, but in the "Summary" on the first page it makes several assumptions that I believe are inaccurate and I would like to clarify them, for you, and for the record. They are listed below:

1) "<u>As a result of</u> communications Undersheriff Nicholson-Kluth had with Stu Parker and Chief Tim Moore, <u>Undersheriff Kluth generated a FB post</u> in which she pledged support for <u>only republican candidates</u> in the <u>upcoming General Election</u>"

    My post on FB was not generated after talking to Stu and Tim, I had started it the night before I knew anything about any DCGOP literature or social media post and finished it sometime the next morning.

    My FB post said:
    *I will support and <u>vote for conservative candidates</u> that I think have the beliefs I do about Public Safety, Government, Rights, the law the constitution and our Country.*

2) "Undersheriff Nicholson-Kluth <u>knew that Chief Moore would reach out to Douglas County</u> Sheriff Command Personnel who are or were previously affiliated with the DCGOP...."

I did not know before he reached out to them to my recollection, he told me he was reaching out to them, I guess I took that as he had already, although I can't be 100% positive, I did not direct him, nor did I stop him though.

3) "Undersheriff Nicholson-Kluth had conversations with Chief Moore about this endeavor while Chief Moore was both on and off-duty and <u>also directed Chief Moore in the manner in which she believed a specific DCSO Captain should be contacted</u>."

I only directed him after the fact. He had already contacted Jim Jensen and since I was not aware of his personal relationship with Jim, I wanted to make sure Jim knew this was NOT related to work and warned him to make sure Jim knew that.

4) In reference to the findings of "Sustained" on the following unnumbered policy:

"Law Enforcement Code of Ethics"
*I will* keep my private life unsullied as an example to all and will behave in a manner that does not bring discredit to me or to my agency.
And
*I will* never act officiously or permit personal feelings, prejudices, political beliefs, aspirations, animosities or friendships to influence my decisions.

I would ask that this be overturned for the following reasons:

- I do not believe that I brought discredit to myself or the DCSO by my actions in my private life.
- I do not believe that my political beliefs, influenced my decisions as it appears that the intent of the paragraph is related to enforcement of laws, unnecessary force, or gratuities, as the whole paragraph reads:

*I will* never act officiously or permit personal feelings, prejudices, political beliefs, aspirations, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.

Additionally, I have never seen us use The Law Enforcement Code of Conduct, as a policy violation in any Internal Affairs Investigation I am aware of, and I believe the other 5 Sustained policy violations cover the issues sufficiently.

I respectfully as you to reconsider the finding of "Sustained" for Law Enforcement Code of Ethics.

With all that said, I am truly sorry.

Respectfully,
Holly