# Memorandum

## Office of the Sheriff



TO: Undersheriff Nicholson-Kluth

FROM: Sheriff Tony Spurlock  /s/ 8003

DATE: Monday, November 16, 2020

SUBJ: Discipline Ref: 20IA-0025

After reviewing all information prepared during the course of this internal investigation in conjunction with our conversations during the November 12, 2020 Pre-Disciplinary Hearing, it is my professional opinion that you violated the following Douglas County Sheriff's Office Policies & Procedures:

| | | |
|---|---|---|
| (1) | P&P C-101(II)(EE) | Participating in Election Campaigns |
| (2) | P&P C-101(II)(U) | On and off Duty Conduct |
| (3) | P&P C-101(II)(CC) | Exercising Discretion |
| (4) | P&P C-100(XV) | Responsibility for Conduct |
| (5) | P&P B-127(III) | Internet Social Networking and Personal Websites |
| ~~(6)~~ | ~~Law Enforcement Code of Ethics~~ Remove— | |

While serving as my appointed Undersheriff, you were contacted by a representative from a third party entity to use your position as a ~~Chief Deputy~~ *Undersheriff* of the Douglas County Sheriff's Office to influence your subordinates to vote in a particular manner, recruit others to do likewise, and publicly pledge support in direct contradiction to my positions and public statements. While you were fully aware that your actions would have the effect of publicly undermining my authority as the Douglas County Sheriff, you elected to accede to these third-party requests in violation of the same policies that you, as the Undersheriff, were obligated to enforce. You secretly engaged in multiple communications with one of your subordinates, Chief Deputy Tim Moore, to recruit specific Captains within my command staff to engage in willful misconduct for the purpose of undermining my authority and position as Douglas County Sheriff. Based on the totality of evidence and information related to this internal investigation, I conclude the following:

- As Undersheriff, the 2nd in command at the Douglas County Sheriff's Office, you prepared and delivered a written statement to the executive board of the DCGOP for the purposes of: (1) attempting to influence a political outcome in the 2020 Douglas County Commissioner election; and (2) publicly discrediting me as the Sheriff to gain personal political favor from the DCGOP.
- In your official and professional capacity as Undersheriff, you used your position of authority to influence your subordinate, Chief Deputy Tim Moore, to engage in political conduct that you knew was a direct violation of Douglas County Sheriff's Office Policies and Procedures. Further, you intentionally directed Chief Moore on the method in which

he should communicate with at least one of the Captains in my command staff to complete this task. You knowingly facilitated and assisted Chief Moore with acquiring "quotes" from my command staff that you knew were contrary to my public statements and opinions for the purpose of providing those quotes to the DCGOP so they could publicly attempt to undermine my authority as the duly elected Douglas County Sheriff.

- You intentionally withheld from me that you were not only facilitating but supervising the misconduct of Chief Moore while he engaged in soliciting written statements from my command staff for the purpose of publicly undermining my authority as Sheriff to gain political favor from the DCGOP. Your lack of leadership and supervision is a direct violation of your duties as my Undersheriff and should have been reported immediately to me.
- You abused your authority as Undersheriff by asserting your position and influence over employees under your direct command which is clearly a violation of the Douglas County Sheriff's Office Policies and Procedures. Moreover, you failed to stop Chief Moore from using his position of authority to influence employees that were under his command.
- While acting as my Undersheriff, you allowed your personal feelings, political beliefs, and aspirations to influence your decision-making which was in obvious conflict of the Douglas County Sheriff's Office Policies and Procedures.

On multiple occasions, we discussed the Douglas County Commissioners election. I repeatedly advised you to exercise caution to avoid violating any portions of the Hatch Act. When I appointed you to my Undersheriff's position, you expressly stated your agreement that as my Undersheriff you must fully support my vision, mission, and the best interests of Douglas County Sheriff's Office. As Undersheriff, you are the 2nd in command and I expect complete compliance with all state and federal laws, as well as all DCSO Policies and Procedures.

Based on all the above-stated reasons, along with my review of this internal investigation in its totality, you have more likely than not violated the Hatch Act, and certainly violated the six DCSO Policies and Procedures listed herein, and therefore I am demoting you to the rank of Captain effective immediately. Pursuant to Douglas County Sheriff's Office P&P: I - 102(VIII)(D) and (E), you may appeal this decision to me by requesting in writing an in-person hearing. You must address your written request to Chief Deputy Dave Walcher, Office of Professional Standards, within 5 business days from the date of this letter.

cc: Holly Nicholson-Kluth, Personnel File

*$150,000 Pay -* (handwritten)