KB 89-05

I took over as the Law Enforcement Bureau Chief on **November 19, 2020**. At the time of this promotion, I was put in charge of the Patrol, Investigation & Highlands Ranch Divisions. Some changes had been made in the Command Structure in two of the three divisions.

Patrol

- Captain James Jensen (was the current Captain)
- Captain Holly Nicholson-Kluth (was demoted from Undersheriff to Captain and reassigned as a second Patrol Captain)

Investigation

- Capt. Darren Weekly was transferred from Detentions to Investigation as the Captain, as my replacement in Investigations

Highlands Ranch

- Capt. Troy McCarty remained the Captain of the Highlands Ranch Division

I have outlined some examples of my supervision, challenges, and conflicts with Capt. Nicholson-Kluth and Capt. Jensen. This was the first time in the history of DCSO, that we had two Patrol Captains.

The first conflict arose when both Captains met with me on November 23, 2022. Capt. Nicholson-Kluth asked to make immediate changes in the structure of the division. Her three primary concerns were:

1. Changing the On-Call command structure for Command and questioning if she would have to be on-call as the captains were.
2. Having me take over her former role as the alternate for the Sheriff at the UMFCL and taking over the coordination of the quarterly board meetings
3. Wanting the two Captains on Patrol to be moved to a 4/10 schedule (A-side & B-side) and asked that the captains be reclassified as "essential" so they could be paid overtime.

Changes were made to the On-Call Command structure and only Captains impacted by a specific incident within their divisions would be expected to be notified and handle the situations. I did take over all duties and responsibilities at UMFCL that she was doing as the Undersheriff. I did agree to moving both Captains to a 4/10 schedule (with the Undersheriff and Sheriff's approval). Capt. Jensen was assigned to the B-side (Wednesday – Saturday) and Capt. Nicholson-Kluth was assigned to the A-side (Sunday – Wednesday)

On November 30, 2022, I met with the Sheriff, Undersheriff and Chief Johnson to discuss the restructuring of the office. At this meeting, the Undersheriff pointed out his concerns on the various "tweets" that have been going out of the office. He noted that, *"Capt.'s Jensen & Nicholson-Kluth have been doing a lot of tweeting the past week – it seems like a <u>twitter war</u>, trying to one up each other."* He wanted this addressed immediately because it was clear to him that the captains were not working well together. This was addressed with both Captains.

On December 1, 2020 I met with all four Captains of the LEB on a Teams Meeting (virtual). I went over the changes in the structure for the department and advised them that I have been soliciting input from

SPURLOCK Motion for Summary Judgment, Exhibit O

DCSO 002374

all the Lieutenants with the Bureau. I had gotten replies from four at this time and was still waiting to get responses from the remaining seven. I also advised them that Lt. Hanavan was being transferred to Training and we would NOT be replacing the Patrol Admin Lt. and those duties would have to be delegated to the remaining patrol Lt's. I was questioned by Capt. Nicholson-Kluth regarding SWAT and wanting to know if I expected her to go out on SWAT calls or if the Chief would be doing this. She also advised me she had no experience in SWAT calls and wanted to go to a SWAT Command School that was being offered on-line in Jan or Feb, 2021. I told her to put in a training request and I would consider her request. She also told me she felt Lt. McMillan should be reassigned back to Patrol as the Lt over Special Teams and he should report to one of the captains.

On December 3, 2020, I was advised in a meeting with the Undersheriff and both Bureau Chiefs, that Capt.'s Moore & Nicholson-Kluth would not be getting pay increases for 2021 due to their recent demotions. Capt. Heyden was also not getting a pay increase due to him being overly compensated (highest paid Captain) and the both the Undersheriff and I would not be getting pay raises for 2021 since we just had our salaries increased in November for our promotions

The one area of conflict I immediately recognized in the conflict between Capt.'s Nicholson-Kluth and Jensen was the management of the Patrol Division. Capt. Nicholson-Kluth seemed to go out of her way to find problems within the division and how things were being done. She immediately brought up her concerns on the pursuits the division was involved in and questioned if they were within policy.

On December 30, 2020, I notified all the Captains of the LEB of my findings in my personal meetings I had with all the Lieutenants over ways we can improved the LEB. I had prepared a detailed eleven (11) page report with all the suggestions and ideas. I sent them all a copy of their report to review before I set a meeting date to discuss. This will be an important aspect of what I detail in February 2021.

On January 14, 2021 she had sent me about six (6) pursuits from both sides of the week that she questioned and wanted me to review them. Prior to this, no pursuits had ever been reviewed by the previous LEB Bureau Chief unless the actions were egregious and rose to the level of an PCR or IA. Her questions were appropriate but didn't include the input from her fellow Captain (Jensen). This resulted in an overhaul of the pursuit policy and the way they were reviewed. This immediately caused more conflict and tension between her and Capt. Jensen and split the division in how these should be handled.

Another example in January of the same year was a conflict with Capt. Jensen she had in the way Axon video was viewed for GT, Blue Teams, UOF, etc. She took it upon herself to solicit input from all the supervisors who told her that that were unaware of how these videos could be viewed simultaneously, which was taking a lot of the time. She began to meet with IT and supervisors for solutions but didn't work with her fellow Captain on this project

On January 24, 2021, Capt. Nicholson-Kluth made another significant request for change to the division, wanting to change the SOP PAT-A-217 to reduce the mandatory minimum of staffing for each patrol shift. She wanted to reduce the current minimum from eleven (11) deputies to nine (9). She told me in her request that she, *"ran it by Capt. Jensen and he was fine with the changes."* This was a dramatic change for the department and division. Her request was made due to the manpower shortages and illness due to COVID that the division had been dealing with

SPURLOCK Motion for Summary Judgment, Exhibit O

DCSO 002375

On January 25, 2021 I had a meeting with Capt. Nicholson-Kluth to review some of the pursuits she had reviewed and approved. Many of them were questionable or as she put it in her narratives, *"On the bubble"* of being within policy. I had to meet with her to make her understand that as a Captain, she is expected to make decisions and stand by them.

If the pursuit was not within policy, she must say that and then resolve the issue. She couldn't just write *"on the bubble"* and not make a decision.

On January 24, 2021, Capt. Nicholson-Kluth sent an email to Undersheriff Walcher questioning an email that had been sent out by Capt. Jensen in November regarding the change in policy allowing officers to go back to wearing beards by uniformed personnel. She questioned the email and stated that, *"it seems that he or both of us, should have been the one to rescind it."* She went on saying that the suggestion that came to the Sheriff in the suggestion box should have been referred to the Patrol Captains since this is where the original mandate came from, and that they, *"should have been given the authority to make the decisions, or it appears that all a line level employee has to do is ask at the top to make things happen regardless of who gave the original mandate."*. The Undersheriff replied to her on January 25th, that the Sheriff, myself, and the Undersheriff were all in agreement to return to the existing policy and respectfully pointed out that, *"Although I appreciate your concern about going to the top to make things happen, I wonder if your line staff asked their Sergeant, Lieutenant and/or Captain about this and never received a response."*

On January 25, 2022, I sent an email to Capt. Nicholson-Kluth regarding one of her Sergeants who had taken it upon himself to send a demanding letter to Dispatch Supervisors and Trainers admonishing them for the manner in which they were handling calls. The cause a strong rebuttal from Chief Johnson and Capt. Heyden who oversaw Dispatch. Her only reply to me was, *"Wow, this seems crazy. I will meet with Lt. Jeff Engel in the morning about this as I'm sure he is sleeping now."* This was an example of the failure to keep her teams and supervisors under control.

On January 26, 2021, I was notified by Capt. Nicholson-Kluth that she (and Capt. Jensen) had chosen Lt. Lori Bronner to attend the DU Leadership/Command School. I had made several inquiries to both Captains to get me name(s) of who they would recommend and the only name given was Lt. Bronner, who everyone knows to be close friend of Capt. Nicholson-Kluth. This was an example to me to the favoritism she had shown in the past to Lt. Bronner when she was the Undersheriff and it continued with her new position as the Capt. of Patrol.

On January 28, 2021, I received an email from Capt. Nicholson-Kluth notifying me of her role and the CCSA by the CSOC when she was the Undersheriff. She outlined all her duties regarding HB 12-1224 and she had been voted in as the secretary for this group. Shou outlined all her duties and her role in this assignment and listed all the contributing partners. She was asking that I allow her to continue in this role. Because this was a critical component for the LEB, I did authorize her to continue in this role while she was assigned to the LEB as a Command Officer.

On February 1, 2021, Capt. Nicholson-Kluth asked to meet with me. It was at this time she informed that she will be filing her paperwork to run for Sheriff in 2022.

SPURLOCK Motion for Summary Judgment, Exhibit O

DCSO 002376

On February 2, 2021, Sgt. Wunderlich (who worked for Capt. Nicholson-Kluth) sent a terribly inaccurate Special Report that lacked any specific details on an accident one of his officers was involved in. I had to send this report back to Capt. Nicholson-Kluth to get clarification if the Officer struck a car or a person. I had been contacted by another Chief, the Undersheriff and the Captain of Professional Standards who all had the same question. She replied, *"Ha yea, I just saw that, didn't look that close since I got the call. Ill let him now."* This is an example of Capt. Nicholson-Kluth not being invested in the on-goings of her officers and being more concerned with the administration and changes she wanted made.

February 8, 2021 I met with Capt. Nicholson-Kluth to let her know that Capt. Jensen had been placed on paid Administrative Leave and that I had recommended that he be demoted and removed from Patrol. I advised her that she needed to prepare herself that she may become the only Captain of the Patrol Division and to advise me of any changes in SOP or Policy she feels needs to be made immediately. I also advised her that I was not pleased with the quality of work by the Patrol Lieutenants. They have been:

- Allowed too much freedom and discretion with their teams and functions.
- Patrol is not functioning consistently or cohesively from one side of the week to the other.
- There is way too much complaining & whining being allowed, starting at the Lieutenant rank.

On March 9, 2021 at a meeting with the Sheriff, Undersheriff and Chiefs, I was notified that of the tentative movements of Captains the Sheriff was contemplating. The Sheriff had tentatively laid out the following movements:

- Capt. Tim Moore — Transfer to the HRLETA
- Capt. Jensen — Transfer to Support Services (had been recommended by me to demoted to Lt and Transferred from Patrol)
- Capt. Brad Heyden — Transfer to Detentions
- Capt. Nicholson-Kluth — no change – remain in Patrol

February 17, 2021, I set a meeting with the Patrol Lieutenants to discuss the pending moves and transfers. My intention was outlined in the email where I wanted to talk to them privately. I wanted to encourage them that I was depending on their leadership, support, and counsel to keep Patrol focused on the mission and to make sure the line staff didn't get caught up in speculation and rumors.

I met with them at 3:30pm where I told them we were returning to a single Captain in Patrol. I wasn't 100% sure who the captain would be but we all needed to get behind the captain and support him/her and reminded them that it was their job to make sure the captain is successful in their assignment

On February 18, 2021, I received an email from Capt. Nicholson-Kluth where she accused me of violating policy with may asking to meet with the Lieutenants privately. She said she understood my previous meeting during my initial transition as the LEB Chief, but she said, *"However, I have been in my position for 3 months, and unless this is an internal investigation, I do not understand why a meeting with Lieutenants I supervise, privately, without notifying me, is appropriate."* She attached the dept policy on following chain of command.

SPURLOCK Motion for Summary Judgment, Exhibit O

DCSO 002377

She then went on and said, *"I have been respectful of chain of command up the chain to you and would not consider violating that without first discussing any issues with you, and I believe you should have the same respect to my subordinates. By going to them directly to give them information or gathering information in my opinion is a violation of policy. I respectfully ask to attend."*

I advised the Undersheriff of her allegations of my violation of policy and he asked me to forward her email to him. On February 18, 2022, the Undersheriff responded to her email and cc'd me. He replied:

> *Holly –*
>
> *I had asked Chief Duffy to send me your email after he had discussed the contents of your email with me...........*
>
> *Honestly, I'm dumbfounded at your suggestion that the Chief wanting to meet with a group of employees (in this case, lieutenants) violates this policy. I'm sure with your tenure at DCSO, you've met or communicated thousands of times with persons with whom you did not directly supervise. Additionally, I think it's good management to be able to speak with groups of employees, regardless of their rank / position / stature, within an organization. A manager can learn a lot, at times, when people feel free to speak and voice their opinion on whatever topic is being discussed.*
>
> *In my experience with Chief Duffy, it's my opinion that he very much respects the chain of command related to the operation of the Sheriff's Office. The policy goes on to say that forwarded information to a higher or lower level is necessary when it involves approvals, disapprovals, recommendations, or an action taken. In this case, there's no approvals, disapprovals, recommendations, or actions being taken (at this point) that would warrant or necessitate any input from the chain of command. Furthermore, I also see Chief Duffy's meeting with the lieutenants as a way for him to gather information about their role and relationships between the captain(s) and sergeants. I'm not sure if you or the Chief have been patrol lieutenants, but their role is critical and may be subject to change based on our changes in the management in Patrol (e.g. two captains vs. one captain and an administrative lieutenant). Sometimes, as a manager, you really need unfiltered information from subordinates.*
>
> *Based on your concerns or logic, I shouldn't go to Detention's briefings on Saturday night and visit with sergeants, deputies, and specialists. I always ask if they have any questions or concerns (in the absence of a Chief, Captain and / or Lieutenant), and I don't think it's necessary or required that I let the Chief, Captain or Lieutenant know to whom I am speaking.*
>
> *I'm not sure what your concern is about Chief Duffy meeting with your lieutenants, but I'm certainly supporting of him operating his Bureau as he sees fit. This would include speaking with any employees, of any rank / sworn / civilian status, with or without others within the chain of command. As I discussed at our first meeting with me, the chiefs, and the captains, we need to be working as a team, and supporting each other. Your allegation that Chief Duffy is violating policy is unfounded. Rather than trying to find ways to create divisiveness (allegations against your Chief Deputy because he wants to meet with a group of lieutenants), you should focus on your role as a Patrol Captain. Certainly, you are always entitled to report violations of policy to me or directly with Internal Affairs.*
>
> *I will let Chief Duffy handle your request (attending the meeting) as he sees fit............*
>
> *Dave*

SPURLOCK Motion for Summary Judgment, Exhibit O

DCSO 002378

On February 23, 2021, I attend a meeting with the Sheriff, Undersheriff & Chief Johnson. At this meeting, the new directive was given on movement of various officers within the entire department. In this meeting, I was advised that affective March 1, 2021:

- Captain James Jensen           Demoted 3/1   Appeal filed to the Undersheriff for 3/25
- Captain Nicholson-Kluth        Transferred to Detentions
- Captain Tim Moore              Transferred to HRLETA
- Capt. Brad Heyden              Remains as Captain of Support Services
- Lt. Paul Rogers                Moved to "Acting Captain of Patrol"

The official Memo was published on February 25, 2021 confirming the following:

- Captain Holly Nicholson-Kluth        Transferred to Detention
- Captain Tim Moore                    Transferred to the Academy

On February 28, 2021 I sent an email to Capt. Nicholson-Kluth with my concerns over a recent Blue Team on a Pursuit she reviewed. In her narrative she wrote, "*I was on the radio listening to this pursuit. There was confusion due to dispatch not coming back with the plate as stolen although another officer, Deputy Wolf, confirmed it was a steal. Lt. Trujillo had to ask dispatch if the plate had come back stolen to which they eventually said it was, but he had terminated the pursuit by then. There was a short period of time when there was a failure to yield, then a short pursuit, 1 min 20 se, while Cpl Tracy waited for confirmation of the plate's clearance, but I believe this amount of time was appropriate, base on the airing of the plate as stolen by Deputy Wolf. However, it appeared that this was not heard by either Lt. Trujillo or Cpl. Tracy as when Lt. Trujillo asked what the charges were to justify the pursuit. Cpl. Trac y stated "suspicious person" since dispatch had not yet cleared the plate. (They transposed numbers and therefore did not return that the plate was stolen.) It was immediately terminated, again, this occurred about 1 and ½ minutes into the pursuit.*"

I reminded her that the pursuit was initiated and only last this short period. However, this is a violation of policy as nothing had been confirmed before the pursuit was initiated and this is required by policy. I also reminded her that the report was poorly written by Cpl. Tracy and lacked a lot of details. I also had concerns about the Corporal justification to pursue and continuing pursuing, even though he knew his vehicle siren was not operating and his car camera and BWC didn't activate.

This is an example of lack of leadership on Capt. Nicholson-Kluth's part. She was making excuses for her team and officers, while in the past, quickly condemning other teams and officers who didn't work for her.  The thanked me for my feedback!

On March 1, 2021, Capt. Nicholson-Kluth sent and email to all officers that directly reported to her letting them know she would be in the office the coming week, transitioning things to Capt. Rogers and finishing up some projects she had been working on. She directed that in order to avoid any confusion, they could all start directing questions and updates to Lt. Rogers who will be the Acting Captain.

On March 2, 2021, I received an email from Chief Johnson, who was now the Bureau Chief of Detentions. He told me that he had to explain to Capt. Nicholson-Kluth about working regular business hours as the Captain of Detentions 8am to 5pm, Monday – Friday. He said, "*she got all sorts of snippy with me about this and stormed out of my office and acted very unprofessional...which I will not stand for.*"