# Incident Details Report
1/14/2022

## Douglas County Sheriff's Office

| **Employees:** | Nicholson-Kluth, Holly (8903) |
|---|---|

## Confidential Medical Files

**For:** Nicholson-Kluth, Holly (8903)   **Occurred:** 5/25/2021
**By:** Moreland, Kathleen (1640)   **Entered:** 5/25/2021

Hiring/Background medical documentation for Holly Nicholson-Kluth

## Personnel File

**For:** Nicholson-Kluth, Holly (8903)   **Occurred:** 5/25/2021
**By:** Moreland, Kathleen (1640)   **Entered:** 5/25/2021

Prior Yellow Files for Holly Nicholson-Kluth

## Personnel Action Forms

**For:** Nicholson-Kluth, Holly (8903)   **Occurred:** 3/1/2021
**By:** Bylin, Angela (0113)   **Entered:** 2/26/2021

PAF - Move from Patrol to Detentions

## Conduct / Demeanor

**For:** Nicholson-Kluth, Holly (8903)   **Occurred:** 2/15/2021
**By:** Duffy, Kevin (8905)   **Entered:** 2/22/2021

I (Chief Duffy) had set a meeting with the six patrol Lieutenants to have a private meeting with them. I wanted to stress to the Lieutenants that with a Captain being placed on admin



SPURLOCK Motion for Summary Judgment, Exhibit P

DCSO 000951

leave, that I wanted to ensure that they be the leaders of the teams and to keep their Sergeants and teams focused and not to get caught up in any rumors or speculation. I also wanted to just have an informal conversation with them regarding the upcoming promotions and transfers, that there would be a lot of changes being made, and again, not to get caught up in rumors. This meeting was set up via email between the Lieutenants and the myself. When Capt. Nicholson-Kluth learned of the meeting, she emailed the me stating, "I've been told you are holding a meeting with my Lieutenants and wanted to know if I can attend?"
I replied, "I'm meeting with them privately." She then sent a second email stating, "With all due respect, I understood meeting with all of the Lieutenants during the transition of Executive positions to get a feel for how the divisions were running prior to me being assigned to Patrol, however, I have been in my position for 3 months, and unless this is an internal investigation, I do not understand why a meeting with lieutenants I supervise, privately, without notifying me, is appropriated. I've attached our policy on chain of command.
I have been respectful of chain of command up the chain to you and would not consider violating that without first discussing any issues with you, and I believe you should have the same respect to my subordinates. By going to them directly to give them information or gathering information in my opinion is a violation of policy. I respectfully ask to attend."
I replied that that I do not have to ask permission to meet with Lieutenants. I scheduled a meeting with Captain N-Kluth to discuss her allegations that I had violated policy. She was respectful during the meeting, but she also believed that I had an obligation to notify her before the meeting. She was also upset that the patrol Admin. Secretary had been invited to the mtg with the lieutenants. I explained that I did this for her benefit, I wanted the secretary to take notes and instructed her to send her the copy of the notes as soon as the meeting was over. I also explained that this was not a violation of policy and her demeanor was improper, her allegation was unfounded and would not be tolerated this insubordination in the future.

## Accountability

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 2/9/2021

**By:** Duffy, Kevin (8905)    **Entered:** 2/22/2021

Captain Nicholson-Kluth sent an email directly to the Sheriff requesting to change an SOP involving the CSV's and changing the schedule and manner of doing the house watches. The proposed change was never discussed with the Chief of the LEB and it caught the Chief and Undersheriff off-guard. Chief Duffy did meet with her to advise her that this was not following the chain-of-command and that in the future, any suggestions she wants to be brought to the Sheriff, must first go through the proper chain of command.

## Unity

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 1/28/2021



SPURLOCK Motion for Summary Judgment, Exhibit P
DCSO 000952