# Kevin B. Duffy

**From:** David Walcher
**Sent:** Thursday, February 18, 2021 9:47 AM
**To:** Holly Nicholson-Kluth
**Cc:** Kevin B. Duffy
**Attachments:** 40379156 (1).doc

Holly –

I had asked Chief Duffy to send me your email after he had discussed the contents of your email with me...........

Honestly, I'm dumbfounded at your suggestion that the Chief wanting to meet with a group of employees (in this case, lieutenants) violates this policy. I'm sure with your tenure at DCSO, you've met or communicated thousands of times with persons with whom you did not directly supervise. Additionally, I think it's good management to be able to speak with groups of employees, regardless of their rank / position / stature, within an organization. A manager can learn a lot, at times, when people feel free to speak and voice their opinion on whatever topic is being discussed.

In my experience with Chief Duffy, it's my opinion that he very much respects the chain of command related to the operation of the Sheriff's Office. The policy goes on to say that forwarded information to a higher or lower level is necessary when it involves approvals, disapprovals, recommendations or an action taken. In this case, there's no approvals, disapprovals, recommendations or actions being taken (at this point) that would warrant or necessitate any input from the chain of command. Furthermore, I also see Chief Duffy's meeting with the lieutenants as a way for him to gather information about their role and relationships between the captain(s) and sergeants. I'm not sure if you or the Chief have been patrol lieutenants, but their role is critical and may be subject to change based on our changes in the management in Patrol (e.g. two captains vs. one captain and an administrative lieutenant). Sometimes, as a manager, you really need unfiltered information from subordinates.

Based on your concerns or logic, I shouldn't go to Detentions briefings on Saturday night and visit with sergeants, deputies and specialists. I always ask if they have any questions or concerns (in the absence of a Chief, Captain and / or Lieutenant), and I don't think it's necessary or required that I let the Chief, Captain or Lieutenant know to whom I am speaking.

I'm not sure what your concern is about Chief Duffy meeting with your lieutenants, but I'm certainly supporting of him operating his Bureau as he see fit. This would include speaking with any employees, of any rank / sworn / civilian status, with or without others within the chain of command. As I discussed at our first meeting with me, the chiefs and the captains, we need to be working as a team, and supporting each other. Your allegation that Chief Duffy is violating policy is unfounded. Rather than trying to find ways to create divisiveness (allegations against your Chief Deputy because he wants to meet with a group of lieutenants), you should focus on your role as a Patrol Captain. Certainly, you are always entitled to report violations of policy to me or directly with Internal Affairs.

I will let Chief Duffy handle your request (attending the meeting) as he sees fit...........

Dave

David C. Walcher, Undersheriff
Douglas County Sheriff's Office
4000 Justice Way, Castle Rock, CO 80109
dwalcher@dcsheriff.net
303-814-7031 (Office) 303-435-3366 (cell)

**From:** Holly Nicholson-Kluth <HKluth@dcsheriff.net>
**Sent:** Monday, February 15, 2021 1:34 PM
**To:** Kevin B. Duffy <KDuffy@dcsheriff.net>
**Subject:** RE: Patrol Lieutenants meeting

Chief,

With all due respect, I understood meeting with all of the Lieutenants during the transition of Executive positions to get a feel for how the divisions were running prior to me being assigned to Patrol, however, I have been in my position for 3 months, and unless this is an internal investigation, I do not understand why a meeting with lieutenants I supervise, privately, without notifying me, is appropriate. I've attached our policy on chain of command.

I have been respectful of chain of command up the chain to you, and would not consider violating that without first discussing any issues with you, and I believe you should have the same respect to my subordinates. By going to them directly to give them information or gathering information In my opinion is a violation of the policy.

I respectfully ask to attend.

Holly

Captain Holly Nicholson-Kluth
Patrol Division, Douglas County Sheriff
4000 Justice Way
Castle Rock, CO 80109
hkluth@dcsheriff.net
Follow me on twitter @hkluthdcso
303-660-7517

**I typically work Sunday – Thursday 6am-2pm**

*Are you a Victim or Victor?*

**From:** Kevin B. Duffy <KDuffy@dcsheriff.net>
**Sent:** Monday, February 15, 2021 1:19 PM
**To:** Holly Nicholson-Kluth <HKluth@dcsheriff.net>
**Subject:** Re: Patrol Lieutenants meeting

I'm mtg w them privately

Get Outlook for iOS

**From:** Holly Nicholson-Kluth <HKluth@dcsheriff.net>
**Sent:** Monday, February 15, 2021 12:12:54 PM
**To:** Kevin B. Duffy <KDuffy@dcsheriff.net>
**Subject:** Patrol Lieutenants meeting

Hi Chief,

I have been told that you are holding a meeting with my Lieutenants and wanted to know if I can attend. Holly

CONFIDENTIAL

Captain Holly Nicholson-Kluth
Patrol Division, Douglas County Sheriff
4000 Justice Way
Castle Rock, CO 80109
hkluth@dcsheriff.net
Follow me on twitter @hkluthdcso
303-660-7517

**I typically work Sunday – Thursday 6am-2pm**

*Are you a Victim or Victor?*

Captain Holly Nicholson-Kluth
Patrol Division, Douglas County Sheriff