| DOUGLAS COUNTY SHERIFF'S OFFICE | | Policy and Procedure |
|---|---|---|
| **General Administration** | | **P&P-A-101** |
| **Manuals and Authority** | | |
| Effective Date: 03-01-21<br>Supersedes: 09-14-20 | Approval: Sheriff | Number of Pages: 2 |
| References: GOP-A-802 | Reevaluation Date: Annually | Standards: CALEA LE 4.3.4, 12.2.1, 12.2.2, 33.7.1, 41.2.2, COM 2.1.5, 2.1.6, 4.3.10<br>ACA 2A-04, 7D-06, 7D-09 |

## I. MANUALS

The Policies and Procedures set forth in this manual are for the guidance and direction of all Douglas County Sheriff's office members. Additional procedure manuals (Division SOPs and the Sheriff's Office GOPs) will supplement and augment this manual and will be specific to office responsibilities. These guidelines are not intended to create, nor should they be construed to create a contract between the Sheriff's Office and its employees / officials. Employment with the County and Sheriff's Office is at will. Employees may leave employment with Douglas County at any time and for any reason, and the Sheriff retains an identical right. <LE 12.2.1f><LE 12.2.1h><<COM 2.1.5f><COM 2.1.5h>

## II. POLICY

Policy consists of principles and values, which guide the performance of an Office activity. A policy is a statement of guiding principles which should be followed in activities that are directed toward the attainment of Office objectives. <LE 12.2.1f> <COM 2.1.5f>

## III. PROCEDURE

A procedure is a method of performing an operation, or a manner of proceeding on a course of action. It differs from policy in that it directs action in a particular situation to perform a specific task within the guidelines of policy. Both policy and procedures are objective oriented; policy establishes limits of action, while procedures direct response within those limits. <LE 12.2.1h><COM 2.1.5h>

## IV. GENERAL UNDERSTANDING

Members of this Office must understand that policies and procedures cannot cover every situation that may arise. Officers must utilize good judgment and discretion when performing their assigned duties and tasks. Members should make certain that they are well informed as to the policies and procedures of this agency and to the particular job to which they are assigned.

The Douglas County Sheriff's Office will continually develop and maintain formal written and computerized directives in order to meet statutory requirements to keep Sheriff's Office members informed and meet the established goals of the organization. The purpose of this policy is to establish a consistent format for written directives, and to provide for proper preparation, indexing and distribution so that all employees are kept informed of all policies and procedures. <LE 12.2.2a><COM 2.1.6a>

KLUTH 000014
SPURLOCK Motion for Summary Judgment, Exhibit S, Page 1

The Sheriff's Office Policies and Procedures shall be available to all personnel. It is the responsibility of each employee to read and comply with all Policies and Procedures and with all Operations Manuals and other written directives applicable or directed to him. Unless specified otherwise, Office members will review any documents assigned to them within 30 calendar days and complete their electronic signature in the PowerDMS policy management software. <LE 4.3.4>

## V. OWNERSHIP / CARE

No members of this Office are required to maintain a paper copy of the office manuals; however, a member may do so if they wish. All written directives and forms will be available through the online policy management system. The Accreditation Unit will maintain backup copies of written directives and forms in the o: drive.<COM 2.1.6a> Changes in content of all guidelines, policies, and standard operating procedures may occur periodically and without notice. Every member of the office that is responsible for the content of the office manuals will be provided with a PowerDMS log-in. Once logged into PowerDMS, they will have full access to all office manuals, forms, memo's, standards, etc. <LE 4.3.4>< In addition, all members will have access to the Multi-Year Plan, which contains agency and divisional goals for the agency. <LE 12.2.1e><LE 12.2.2a><LE 12.2.2b> COM 2.1.6b>

All newly hired members will be also provided with a PowerDMS login. Once they log in, they will be required to review and acknowledge receipt of all agency policy manuals that pertain to them within 30 days. These agency policy manuals provide newly hired employees with the agency's role, purpose, policies, procedures, working conditions, regulations, responsibilities and rights of employees. Additionally, the agency's Multi-Year Plan, containing departmental and divisional goals and objectives, will be reviewed and signed for by the new employee through the PowerDMS program. <LE 4.3.4><LE 33.7.1a-c><COM 4.3.10a-c>

At least annually, division captains will ensure the written directives associated with their respective divisions are reviewed and updated as necessary. The Professional Standards Captain will ensure the Office's P&P manual and GOP manual are reviewed and updated as necessary. See GOP-A-802 *Office Manuals and Forms* for detailed procedures in reference to updating Office manuals. <LE 12.2.1i><LE 41.2.2l><2A-04><7D-06><7D-09>

When a new written directive or revision is approved, the Accreditation Unit will update the online policy management system and the backup file on the o: drive.

## VI. COVER SHEET

Each Policy and Procedure revision cover page shall be formatted as follows:

A. Policy Section Title, Subject and Number
B. Effective date
C. Approving authority
D. Number of pages
E. References
F. Reevaluation date
G. Standards affected <LE 12.2.1d>

By Order of the Sheriff

KLUTH 000015

| DOUGLAS COUNTY SHERIFF'S OFFICE | | Policy and Procedure |
|---|---|---|
| **General Administration** | | **P&P-A-102** |
| **Executive Authority** | | |
| Effective Date: 10-16-18<br>Supersedes: 06-02-15 | Approval: Sheriff | Number of Pages:3 |
| References: 30-10-504 CRS | Reevaluation Date: Annually | Standards: CALEA LE 11.1.1, LE 12.1.1, LE 12.1.2, LE 12.2.1, COM 1.1.1, 2.1.1, 2.1.5 ACA 7A-01, 7A-02, 7D-04, 7D-05, 7D-10 |

## I. THE SHERIFF <COM 1.1.1>

The Sheriff is the chief administrator and executive officer of the Office. Upon him rests final responsibility for determining office policies, together with full responsibility for the complete discharge of all duties imposed upon him by the laws of the State of Colorado. <LE 12.1.1><7A-01><7D-05>

As the chief executive, the Sheriff must officially sanction and approve any changes in office organization and written directives before the changes can be implemented. The original direction and final approval and adoption of any principles or written directives rest with the Sheriff. <LE 12.2.1b> <COM 2.1.1> <COM 2.1.5b>

In his capacity as chief executive, the Sheriff maintains administrative control and governs office activities through the other executives and command staff who also act in an advisory capacity in matters of general policy and procedure. The other command staff are:

- Undersheriff
- Deputy Chiefs of Law Enforcement, Administrative Services and Professional Standards Bureaus
- Division Captains of Support Services, Patrol, Detentions, Investigations, Highlands Ranch

## II. UNDERSHERIFF <COM 1.1.1>

In accordance with 30-10-504 C.R.S., the Sheriff is required to *'appoint some proper person undersheriff'*. The Sheriff will appoint the Office member who shall serve as undersheriff. In the absence of the Sheriff, the undersheriff has full responsibility and authority.

## III. CHIEF DEPUTY OF LAW ENFORCEMENT BUREAU

The Chief Deputy of Law Enforcement Bureau serves as an executive officer of the Office. He/she is assigned to supervise and direct Patrol, Special Operations and the Investigation Division.

The Chief Deputy of Law Enforcement Bureau is also responsible for the directing of crime related programs, budgeting, purchasing equipment, staffing, inter and intra-departmental relations, and other duties and responsibilities as assigned by the Sheriff.

Within respective bureau, hiring, terminations, and transfers are within the scope of responsibility, subject only to appeal by the Sheriff.

KLUTH 000016

SPURLOCK Motion for Summary Judgment, Exhibit S, Page 3

## IV. CHIEF DEPUTY OF ADMINISTRATIVE SERVICES BUREAU<COM 1.1.1>

The Chief Deputy of Administrative Services Bureau serves as an executive officer of the Office. He/she is assigned to supervise and direct Detentions, Support Services Division and all Information Technology Units.

The Chief Deputy of Administration Bureau is also responsible for office procedures, budgeting, purchasing equipment, staffing, inter and intra-departmental relations, and other duties and responsibilities as assigned by the Sheriff.

Within respective bureau, hiring, terminations, and transfers are within the scope of responsibility, subject only to appeal by the Sheriff.

## V. CHIEF DEPUTY OF PROFESSIONAL STANDARDS BUREAU

The Chief Deputy of Professional Standards Bureau serves as an executive officer of the Office. He/she is assigned to supervise and direct Internal Affairs, Training, Accreditation and Hiring/Personnel Units.

The Chief Deputy of Professional Standards Bureau is also responsible for office procedures, budgeting, purchasing equipment, staffing, inter and intra-departmental relations, and other duties and responsibilities as assigned by the Sheriff.

Within respective bureau, hiring, terminations, and transfers are within the scope of responsibility, subject only to appeal by the Sheriff.

## VI. DIVISION CAPTAIN<COM 1.1.1>

The division captain serves as the chief line officer of the respective assigned division, where he directs and supervises the line functions of the assigned division. There are division captains for Support Services, Patrol, Detentions, Highlands Ranch and Investigations Divisions.

The division captain is also responsible for the directing of crime related programs, budgeting, staffing, inter and intra-departmental relations, and other duties and responsibilities as assigned by the Sheriff. <7D-10>

## VII. EXECUTIVE STRATIFICATION IN ORDER OF SUCCESSION<COM 1.1.1>

Sheriff (Executive Officer)
Undersheriff (Executive Officer)
Chief Deputies (Executive Officers) by continuous service at the Sheriff's Office in that rank

The above executives are ranked as shown for purposes of administrative control. In the absence of the Sheriff, they will assume command of the entire Sheriff's Office in the order given, any one to assume command when all those named before him are absent. When the Sheriff and Undersheriff are present, Chief Deputies authority is equal,

KLUTH 000017
SPURLOCK Motion for Summary Judgment, Exhibit S, Page 4

respective to their command responsibility and assigned function. <LE 12.1.2a> <7D-04> <COM 2.1.2a>

## VII. LEGAL ASSISTANCE

Legal assistance related to the performance of their duties is available directly from the Office of the County Attorney to all Sheriff's Office executive officers and division captains. All other Office members requiring such legal assistance shall first obtain permission from an executive officer or division captain before contacting the County Attorney's Office. This permission may be limited to a particular situation or circumstance or may be an 'open' authorization based on the member's job function or duty assignment. <7A-02>

By Order of the Sheriff

KLUTH 000018

SPURLOCK Motion for Summary Judgment, Exhibit S, Page 5