IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

vs.

TONY SPURLOCK, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DOUGLAS COUNTY SHERIFF,

    Defendant.
_____

DEPOSITION OF LAURA LEARY

DATE TAKEN: SEPTEMBER 22, 2022

TIME: 10:02 a.m. to 1:03 p.m.

    (Based on Time Zone from Notice)

LOCATION:   RATHOD MOHAMEDBHAI, LLC
               2701 Lawrence Street, Suite 100
               Denver, Colorado 80205

Reported By:
JESSICA WHARTON,
Notary Public for the State of Colorado

1  Q. Okay. Anything else that you discussed about the
2  format of the severance agreement?
3  A. I don't believe so.
4  Q. Okay. Well, I think we got on to this topic. I was
5  asking if there were any other discussions that you had with
6  Sheriff Spurlock about Ms. Kluth's termination. And then you
7  mentioned these discussions about the severance. Are there any
8  other discussions that we haven't covered?
9  A. Not that I can recall. No.
10 Q. So you were at the May 25th meeting where Ms. Kluth
11 was informed she would be terminated, correct?
12 A. So I want to ask that you can confirm the date because
13 the date on Holly Kluth's severance agreement is May 21 and you
14 just said May 25th.
15 Q. Yeah. So I'll represent to you that the meeting
16 occurred on May 25th of 2021. Do you have any reason to believe
17 it occurred on some other day?
18 A. I don't know. The two dates are different.
19 Q. Yeah. I'm going to ask you more about --
20 A. So I, without -- without knowing I can't answer your
21 question.
22 Q. Okay. You don't recall the specific date, but
23 whatever day it was, you were at that meeting?
24 A. Correct.
25 Q. And what do you recall of the meeting? How did it

1 begin?

2     A.   So it was in the sheriff's conference room and Captain

3 Kennedy, myself and Sheriff Spurlock were there.  And Holly had

4 been contacted, I believe, by Steve Johnson, to come to the

5 sheriff's office, second floor, to the conference room.  And I

6 believe she was running a few minutes late because she was -- I

7 want to say, she was driving somewhere or she was at the car

8 wash, something like that.  I don't recall, exactly.

9     Q.   Okay.  And what did Sheriff Spurlock say at the

10 meeting?

11     A.   So when Holly came in and sat down, Sheriff Spurlock

12 said, Holly, nothings changed since the fall.  I don't believe

13 that you were meeting the mission, vision, values of my office

14 and that, difficult to say, but that, you know, at this point he

15 was planning on separating employment with her.

16     Q.   And what happened next?

17     A.   Holly asked if he would provide more information as to

18 why she wasn't meeting the mission, vision and values of the

19 office.

20     Q.   Did Sheriff Spurlock provide more information?

21     A.   He simply referred to, again, meeting the mission,

22 vision, values of the office.

23     Q.   And then what happened next?

24     A.   He indicated that I was there to provide a severance

25 agreement if she wanted to resign her position from the

1 sheriff's office.
2     Q.   And then what happened next?
3     A.   She indicated she did not want to resign her position
4 at the sheriff's office.
5     Q.   Was Sheriff Spurlock still in the room at this point?
6     A.   Yes.  I believe he was.
7     Q.   So if I understand this correctly, Sheriff Spurlock
8 indicated that you were there in the room to discuss the
9 severance offer and Ms. Kluth did not want to look at the
10 severance offer, correct?
11     A.   When Sheriff Spurlock was in the room, my recollection
12 is that he said, there is a severance agreement that Laura can
13 talk to you about that would allow you to resign your position,
14 and that Holly indicated she did not want to resign her position
15 and Sheriff Spurlock said, well, then today is your last day.
16     Q.   Okay.  What was said next?
17     A.   I believe he left at that point.
18     Q.   And then you were there with Ms. Kluth and Jason
19 Kennedy?
20     A.   Correct.
21     Q.   And what did -- what did you discuss at that point?
22     A.   I had some draft of this agreement in a folder.  And I
23 asked Holly if she wanted to talk about the severance agreement,
24 and I, I think, put the folder in front of her and she indicated
25 that she did not want to review the severance and she slid it

CERTIFICATE OF OATH FOR WITNESS

STATE OF COLORADO )
)
COUNTY OF DENVER )

I, JESSICA WHARTON, Notary Public, State of COLORADO and Certified Court Reporter, State of COLORADO, certify that LAURA LEARY personally appeared before me and was duly sworn on SEPTEMBER 22, 2022.

DATED this 10th day of October, 2022

_____
JESSICA WHARTON
Notary Public, State of Colorado
Commission No.: 20144020274

Commission Expires: July 8, 2026

```
1                CERTIFICATE OF REPORTER
2       STATE OF COLORADO                    )
                                             )
3       COUNTY OF DENVER                     )
4
5      I, JESSICA WHARTON, and Certified Court Reporter, State of
6  COLORADO, do hereby certify that I was authorized to and did
7  electronically report the deposition of LAURA LEARY; that LAURA
8  LEARY was duly sworn on the date indicated; that the questions
9  and answers thereto were reduced to typewriting under my
10 direction; that a review of the transcript was requested; and
11 that the foregoing is a true and accurate electronic recording
12 of the proceedings.
13     I FURTHER CERTIFY that I am not a relative, employee, or
14 attorney, or counsel of any of the parties, nor am I a relative
15 or employee of any of the parties' attorneys or counsel
16 connected with the action, nor am I financially interested in
17 the action.
               DATED this 10th day of October, 2022
19
20     _____
21     JESSICA WHARTON
22
23
24
25
```

| | |
|---|---|
| 1 | CERTIFICATE OF TRANSCRIPTIONIST |
| 2 | |
| 3 | I, MELISSA IADIMARCO, do hereby certify that I transcribed |
| 4 | the electronic recording produced by JESSICA WHARTON, and |
| 5 | Certified Court Reporter, State of COLORADO of the Deposition on |
| 6 | the record; and that the foregoing transcript is a true |
| 7 | transcript of said electronic recording. |
| 8 | I FURTHER CERTIFY that I am not a relative, employee, |
| 9 | attorney, or counsel of any of the parties, nor am I a relative |
| 10 | or employee of any of the parties' attorneys or counsel |
| 11 | connected with the action, nor am I financially interested in |
| 12 | the action. |
| 13 | DATED this 10th day of October, 2022. |
| 14 | |
| 15 | |
| 16 | _____ |
| 17 | MELISSA IADIMARCO |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Laura Leary
September 22, 2022

```
 1
                    E R R A T A   S H E E T
 2   Witness: LAURA LEARY
     RE: HOLLY KLUTH vs. TONY SPURLOCK
 3   Date of Proceeding: SEPTEMBER 22, 2022
     U.S. Legal Support Reference No.: 6192355-001
 4

 5        PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
               REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7        Page  /  Line  /    Change      /  Reason.

 8    __9__ / _1_ / _Phil Dominico_ / _Spelling of name_.

 9    __9__ / _3_ / _Phil Dominico_ / _spelling of NAme_.

10    _10_ / _22_ / _. (after Ms.)_ / _" . " NOT ' (period NOT apostrophe)_.

11    _11_ / _20_ / _ . _ / _" . " NOT ?_.

12    _12_ / _3_ / _"College" NOT "University"_ / _my mistake_.

13    _12_ / _7_ / _"1996" NOT "1995"_ / _my mistake_.

14    _12_ / _10_ / _"SHRM" NOT "SM"_ / _error_.

15    _15_ / _5_ / _"professional" NOT "correctional"_ / _error_.

16    _17_ / _15_ / _"range" NOT "end"_ / _error_.

17    _19_ / _15_ / _"too" NOT "to"_ / _error_.

18   Under penalties of perjury, I declare that I have
     read the foregoing transcript and that the facts stated in it
19   are true.
       [signature]                    _10/24/22_
20   LAURA LEARY                         Date

21

22   (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
     Sworn and subscribed to before me this _24_ day of
23   _OCTOBER_____, 20_22_.

24   [signature]_____        _____
25   Notary Public                     LAURA LEARY
```

TRACY D TORPY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194020206
MY COMMISSION EXPIRES MAY 30, 2023

SPURLOCK Motion for Summary Judgment, Exhibit T

E R R A T A  S H E E T

Witness: LAURA LEARY
RE: HOLLY KLUTH vs. TONY SPURLOCK
Date of Proceeding: SEPTEMBER 22, 2022
U.S. Legal Support Reference No.: 6192355-001

PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM

Page / Line / Change / Reason.

20 / 5 / "you're" not "your" / error
24 / 13 / "an" not "and" / error
24 / 25 / "is" not "it's" / error
25 / 14 / "staff" not "stuff" / error
25 / 22 / "exemption" not "exception" / error
29 / 11 / delete "Anyone" / error
32 / 7 / should be "commissioned" / error
32 / 15 / should be "Non-essential" / error
37 / 23 / should be "field" not "filed" / error
39 / 21 / should be "position" not "physician" / error

Under penalties of perjury, I declare that I have read the foregoing transcript and that the facts stated in it are true.

_____   10/24/22
LAURA LEARY              Date

(RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
Sworn and subscribed to before me this 24 day of OCTOBER, 2022.

_____   _____
Notary Public              LAURA LEARY

TRACY D TORPY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194020206
MY COMMISSION EXPIRES MAY 30, 2023

U.S. Legal Support | www.uslegalsupport.com        93

SPURLOCK Motion for Summary Judgment, Exhibit T

```
 1
 2              E R R A T A   S H E E T
    Witness: LAURA LEARY
 3  RE: HOLLY KLUTH vs. TONY SPURLOCK
    Date of Proceeding: SEPTEMBER 22, 2022
 4  U.S. Legal Support Reference No.: 6192355-001

 5       PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
              REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7          Page  /  Line  /     Change      /  Reason.

 8     44 / 2  / "PAF" NOT "PAS"      - error        .
 9     52 / 12 / "Their" NOT "the"    - error        .
10     52 / 16 / "it had" NOT "I had" - error        .
11     53 / 22 / "?" NOT "."          / error        .
12     54 / 7  / "ADVICE" NOT "ADVISE"  error        .
13     54 / 17 / "I believe we had"     error        .
14     57 / 10 / "who WAS" NOT "who IS" error         .
15     59 / 21 / "When do you"        /  error        .
16     65 / 4  / delete "AT"          /               .
17     67 / 25 / "And we couldn't"                    .

18  Under penalties of perjury, I declare that I have
    read the foregoing transcript and that the facts stated in it
19  are true.
                                        10/24/22
20  LAURA LEARY                         Date

21

22  (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
    Sworn and subscribed to before me this 24 day of
23  OCTOBER            , 2022.

24  [signature]

25  Notary Public              LAURA LEARY
```

TRACY D TORPY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194020206
MY COMMISSION EXPIRES MAY 30, 2023

SPURLOCK Motion for Summary Judgment, Exhibit T

```
                    E R R A T A   S H E E T
Witness: LAURA LEARY
RE: HOLLY KLUTH vs. TONY SPURLOCK
Date of Proceeding: SEPTEMBER 22, 2022
U.S. Legal Support Reference No.: 6192355-001


        PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
             REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM


        Page / Line /    Change      / Reason.
```

8  74 / 22 / NOT "compound" but "come from" .
9  82 / 7  / NOT "fairs" but / "pays" .
10 82 / 17 / ~~"NOT"~~ NOT "year" but "years" .
11 ___ / ___ / _____ / _____ .
12 ___ / ___ / _____ / _____ .
13 ___ / ___ / _____ / _____ .
14 ___ / ___ / _____ / _____ .
15 ___ / ___ / _____ / _____ .
16 ___ / ___ / _____ / _____ .
17 ___ / ___ / _____ / _____ .

Under penalties of perjury, I declare that I have read the foregoing transcript and that the facts stated in it are true.

_[signature]_     10/24/22
LAURA LEARY     Date


(RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
Sworn and subscribed to before me this 24 day of
OCTOBER , 20~~22~~

_[signature]_
Notary Public     LAURA LEARY

TRACY D TORPY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194020206
MY COMMISSION EXPIRES MAY 30, 2023

SPURLOCK Motion for Summary Judgment, Exhibit T