IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-3417-NYW-MEH

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK,
Individually and in his official capacity as Douglas County Sheriff,

    Defendant.

## NOTICE OF CONVENTIONALLY SUBMITTED MATERIALS

PLEASE TAKE NOTICE THAT Defendant Tony Spurlock, by and through his counsel, William T. O'Connell, III and Saugat K. Thapa of Wells, Anderson & Race, LLC, will submit the following media files conventionally via disc to the Clerk's Office. These files correspond to Exhibits H, I, and J to Defendant Spurlock's Motion for Summary Judgment [Doc. #30], as indicated below:

- The video recording previously produced to Plaintiff in association with Defendant Spurlock's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) as bates number DCSO 000245 is Exhibit H to Defendant Spurlock's Motion for Summary Judgment.

- The audio recording previously produced to Plaintiff in association with Defendant Spurlock's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) as bates number DCSO 000251 is Exhibit I to Defendant Spurlock's Motion for Summary Judgment.

- The audio recording previously produced to Plaintiff in association with Defendant Spurlock's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) as bates number DCSO 000248 is Exhibit J to Defendant Spurlock's Motion for Summary Judgment.

Dated this 2nd day of December, 2022.

                                  Respectfully Submitted,

                                  *s/William T. O'Connell III*
                                  William T. O'Connell, III
                                  Saugat K. Thapa
                                  Wells, Anderson & Race, LLC
                                  1700 Broadway, Suite 900
                                  Denver, CO 80290
                                  T: 303-830-1212
                                  Email: woconnell@warllc.com
                                  Email: sthapa@warllc.com

                                  **ATTORNEYS FOR DEFENDANT**
                                  **TONY SPURLOCK**

### CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2022, a true and correct copy of the above and foregoing **NOTICE OF CONVENTIONALLY SUBMITTED MATERIALS** was electronically filed with the Clerk of Court using the CM/ECF system which will cause electronic service of the same to the following e-mail addresses:

Felipe Bohnet-Gomez, Esq.
Matthew J. Cron, Esq.
Siddhartha H. Rathod, Esq.
**RATHOD MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, CO  80205
*fbg@rmlawyers.com*
*mc@rmlawyers.com*
*sr@rmlawyers.com*
***Attorneys for Plaintiff***

                                  *s/Barbara McCall*
                                  Barbara McCall, Legal Assistant