| DOUGLAS COUNTY SHERIFF'S OFFICE | Policy and Procedure Manual |
|---|---|
| **Table of Contents** | |

**CHAPTER A      GENERAL ADMINISTRATION**
- A-100   Office Structure
- A-101   Manuals and Authority
- A-102   Executive Authority
- A-103   Departmental Orders
- A-104   Employment and Selection
- A-105   Equal Opportunity / Affirmative Action
- A-106   Employment /Assignment of Relatives
- A-107   Ancillary Organizations
- A-108   Agency Jurisdiction / Mutual Aid
- A-109   Contractual Agreements
- A-110   Administrative Reporting Program
- A-111   Planning and Research
- A-112   Recruitment and Hiring
- A-113   Field Training Programs
- A-114   Fitness Program
- A-115   Physical Exams - Fitness for Duty
- A-116   Patrol Division Ride-Along Program
- A-117   Attendance/Participation at Agency Training Programs
- A-118   Executive Stay at Home Order

**CHAPTER B      SPECIFIC POLICIES**
- B-100   Physical Force / Deadly Physical Force
- B-101   Racial / Bias Based Profiling / Policing
- B-103   Criminal Process/Arrest Procedures (formerly Arrests)
- B-104   Detainee Transportation
- B-106   Use of Authorized Lethal Weapons (was Use of Firearms / Ranges / Training)
- B-107   Use of Authorized Less-Lethal Weapons (was Authorized Service Weapons)
- B-110   Pursuit Guidelines and Procedures
- B-111   Gratuities
- B-112   Emergency Response
- B-114   Office Member Exposure to Infectious Diseases
- B-115   Bias Motivated Crimes
- B-117   Agency Issued Property & Equipment
- B-118   Use of Restraints
- B-119   Use of Communication Technologies
- B-121   Budget & Logistics
- B-122   Automated External Defibrillators (AED's)
- B-123   Arrest of Illegal Immigrants
- B-124   Sheriff's Sales
- B-125   Civil Disobedience
- B-126   Active Threat Response

| | | |
|---|---|---|
| B-127 | Internet Social Networking and Personal Websites | |
| B-128 | Voicemail and E-Mail | |
| B-129 | EOC Operations | |
| B-130 | Subpoena Duces Tecum | |
| B-131 | Incident Command Protocol / All-Hazard Plan | |
| B-132 | Special Purpose Vehicles | |
| B-133 | CCIC & NCIC Usage | |
| B-134 | Gate Code Usage | |
| B-136 | Handling the Mentally Ill/CIT/CRT | |
| B-137 | Control of Fleet Keys | |
| B-138 | Victim Rights Legislative References | |
| B-139 | VIP/Special Events Plan | |
| B-140 | Crime Scene & Evidence Processing | |
| B-141 | Death Notifications | |
| B-142 | Juveniles/Juvenile Operations | |
| B-143 | Subpoenas and Court Appearances | |
| B-144 | Death Investigations and the Coroners Office | |
| B-145 | Justice Center Perimeter Security & Access | |
| B-146 | Notification Process in Emergency Situations | |
| B-147 | Warrantless Searches | |
| B-148 | LEIDS Database | |
| B-149 | Drug Endangered Children | |
| B-150 | Excited Delirium | |
| B-151 | Interviews, Interrogations and Miranda Advisements | |
| B-152 | Community Involvement | |
| B-153 | Witness Protection / Witness Services | |
| B-154 | Hard Drive Erase Procedures | |
| B-155 | DNA Evidence | |
| B-156 | Sheriff's Impound Yard | |
| B-157 | Emergency/Involuntary Commitments for Alcohol Drugs/Detox | |
| B-158 | Strategic Policing and Community Needs Assessment | |
| B-159 | Justice Center Evacuation | |
| B-160 | Questioning and Arrests of Deaf/Hard of Hearing Persons | |
| B-161 | Case Status Dispo Definitions | |
| B-162 | Senate Bill 13-197 Storing of Firearms or Ammunition | |
| B-163 | C.R.S. 18-1-711, "Drug and Alcohol Overdose Statute" | |
| B-164 | "U" Nonimmigrant Status Applications | |
| B-165 | Encounters with Dogs - Dog Protection Act | |
| B-166 | 911 Isolation Contingency Plan | |
| B-167 | Tracer Procedures | |
| B-169 | Inventory of Assets and the Electronic Inventory Control System | |
| B-170 | General Report Writing Guidelines | |
| B-171 | Flying While Armed | |
| B-172 | Warrant Service Procedure | |
| B-173 | Mobile Video Recorder, Audio Recording and Body Worn Camera | |
| B-174 | Show-Up Identifications | |
| B-175 | Unmanned Aircraft Systems (UAS) for Public Safety | |

| | | |
|---|---|---|
| | B-176 | EVOC Training Facility |
| | B-177 | Case Management |
| | B-178 | Special Reports Format and Requirements |
| | B-179 | Limited Commissions |
| | B-180 | Response to School Emergencies & Radio Procedures |
| | B-181 | Extreme Risk Protection Orders |
| | B-182 | Use of Medical Coverage Responsibility Form |
| | B-183 | Evidence Specific to Vaping Devices |
| | B-184 | Electronic Recovery and Access to Data (ERAD) |
| | B-185 | Law Enforcement Integrity/Demographic Profiling |
| | B-186 | Radio Procedures |
| | B-187 | AVL Proximity Dispatching |
| **CHAPTER C** | **CONDUCT** | |
| | C-100 | Code of Conduct |
| | C-101 | General Conduct |
| | C-102 | Sexual Misconduct |
| | C-103 | Conflict of Interest |
| | C-104 | Workplace Violence |
| | C-105 | Fundraising Activities |
| | C-106 | Inter-Office Dispute Mediation |
| **CHAPTER D** | **SPECIFIC PERSONNEL / ADMINISTRATIVE POLICES** | |
| | D-100 | Employee Evaluations |
| | D-101 | Line Inspections |
| | D-102 | Medal of Valor and Other Meritorious Awards |
| | D-105 | Reproduction / Possession of Badges and Insignia |
| | D-106 | Uniforms, Dress and Insignia |
| | D-107 | Suggestion Program |
| | D-108 | News Media Information |
| | D-109 | Promotions / Demotions |
| | D-110 | Probation |
| | D-111 | Badge Retention |
| | D-113 | Personnel Allocation and Distribution |
| | D-114 | Position / Division Transfer |
| | D-115 | Special Assignment/Special Duty Roster, Qualifications and Selection |
| | D-116 | Personnel Files & Records – Guardian Tracking |
| | D-117 | Grievance Procedures |
| | D-118 | Facility Access, Identification and Issuance of Proximity Cards |
| | D-119 | Specialized Training/Career Development/Succession Planning |
| | D-120 | Personnel Early Warning System |
| **CHAPTER E** | **ASSIGNMENTS OUTSIDE NORMAL DUTY** | |
| | E-100 | Emergency On-Call Administrator |
| | E-101 | Secondary and Extra-Duty Employment |

| | | |
|---|---|---|
| **CHAPTER F** | **COMMISSIONS, APPOINTMENTS AND PERMITS** | |
| F-100 | Commissions and Appointments | |
| F-101 | Concealed Weapons Permits | |
| F-102 | Transfer and Registration of Firearms | |
| | | |
| **CHAPTER G** | **CIVIL LITIGATION** | |
| G-100 | Federal Civil Rights Investigations | |
| G-101 | In Camera Hearings | |
| | | |
| **CHAPTER H** | **SAFETY** | |
| H-100 | General Safety | |
| | | |
| **CHAPTER I** | **PERSONNEL INVESTIGATIVE ISSUES** | |
| I-100 | Definition of Terms | |
| I-101 | Complaint Handling / Investigative Procedures | |
| I-102 | Disciplinary / Corrective Action | |
| I-106 | Traffic Accidents Involving Office Vehicles | |
| I-107 | Litigation | |
| | | |
| **CHAPTER L** | **EMPLOYEE LEAVE AND COMPENSATION** | |
| L-100 | Holiday, Vacation, Sick Time | |
| L-101 | All Other Leave (Excludes Holiday, Sick, Vacation) | |
| L-102 | County Government Definitions | |
| L-103 | Worker's Compensation | |
| L-104 | Snow Day / Delayed Start / County Closures | |
| L-105 | Compensation | |
| L-106 | Medical Leave | |
| L-108 | War Time and National Crisis | |
| L-109 | Benefits | |
| L-110 | Modified Duty | |
| L-111 | Payroll/JD Edwards Time Keeping/ FLSA and Overtime | |
| L-112 | Workplace Accommodations for Nursing mothers | |
| | | |
| **CHAPTER M** | **SPECIAL SERVICES** | |
| M-100 | Support Services to Surviving Families of Line-of-Duty Death | |
| | | |
| **CHAPTER N** | **ANCILLARY ORGANIZATIONS** | |
| N-100 | Deputy Sheriff's Association Bylaws | |
| N-101 | Explorer Program | |
| N-102 | Chaplain Unit | |
| N-104 | Community Safety Volunteer (CSV) Program | |
| N-105 | Reserve Deputy Unit | |
| N-106 | Student Intern Program | |
| N-107 | Peer Support Program | |
| N-109 | OEM Volunteers | |
| N-110 | Fallen Officer Fund Foundation Bylaws | |
| N-111 | Peer Support Therapy Dog | |

**CHAPTER O**     **PROGRAMS AND DIVISIONAL STRUCTURE**
- O-100     Organizational Structure
- O-101     Accreditation Unit

**CHAPTER R**     **RECORDS OPERATIONAL POLICIES**
- R-100     Records Retention / Destruction

**CHAPTER S**     **SPECIAL UNITS**
- S-100     Canine (K-9) Unit
- S-101     Douglas County Regional Special Weapons and Tactics Unit (SWAT)
- S-102     Special Operations Response Team (SORT)
- S-104     Crime Analysis Unit
- S-106     Bomb Squad
- S-107     First Responder for Tactical Operations
- S-108     Wildland Fire Hand Crew
- S-109     Bicycle Unit
- S-110     Mounted Patrol Unit
- S-111     Emergency Services Unit
- S-112     Financial Investigative Regional Strike Team (F.I.R.S.T)

**CHAPTER T**     **WELLNESS POLICIES**
- T-100     Self-Reporting and the Mental Health and Substance Abuse Program