**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-3417-NYW-MEH

HOLLY KLUTH,

     Plaintiff,

v.

TONY SPURLOCK,
Individually and in his official capacity as Douglas County Sheriff,

     Defendant.

---

**DEFENDANT TONY SPURLOCK'S RESPONSES TO
PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION**

---

Defendant Tony Spurlock, Individually and in his official capacity as Douglas County Sheriff, by and through his counsel, William T. O'Connell, III and Saugat K. Thapa of Wells, Anderson & Race, LLC, hereby submits his Responses to Plaintiff's Second Set of Requests for Admission as follows:

**MATTERS TO BE ADMITTED**

    3.    Plaintiff's Facebook post on or about September 21, 2020, produced at DCSO 000136, is protected speech or political activity under the First Amendment to the United States Constitution.

    **Response:**    Admit.

4. Discussions among the leadership of the Douglas County GOP relating to the organization's activities are protected speech or political activity under the First Amendment to the United States Constitution.

**Response:** Objection. This request is vague and ambiguous to the extent "discussions" and "the leadership of the Douglas County GOP" are not defined or further described.

5. Douglas County Sheriff's Office's policies conform to the statutory standards established by C.R.S. § 30-10-506.

**Response:** Admit.

6. When You terminated Plaintiff, You did not give her a written notice of her termination.

**Response:** Admit.

7. When You terminated Plaintiff, You did not give her any written reason for her termination.

**Response:** Admit.

8. When You terminated Plaintiff, You did not inform her as to why You were terminating her.

**Response:** Deny.

Dated this 9th day of September, 2022.

          Respectfully submitted,

          *s/ William T. O'Connell, III*
          William T. O'Connell, III
          Saugat K. Thapa
          WELLS, ANDERSON & RACE, LLC
          1700 Broadway, Suite 900
          Denver, CO  80290
          Telephone: 303-830-1212
          Email: woconnell@warllc.com
          Email: sthapa@warllc.com

**ATTORNEYS FOR DEFENDANT TONY SPURLOCK**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, a true and correct copy of the above and foregoing **DEFENDANT TONY SPURLOCK'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION** was electronically served via e-mail on the following e-mail addresses:

Felipe Bohnet-Gomez, Esq.
Matthew J. Cron, Esq.
Siddhartha H. Rathod, Esq.
**RATHOD MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, CO  80205
*fbg@rmlawyers.com*
*mc@rmlawyers.com*
*sr@rmlawyers.com*


  *s/ Joan E. Hoover*
Joan E. Hoover