```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3              CIVIL ACTION No. 1:21-CV-3417-NYW

 4

 5   HOLLY KLUTH,

 6           Plaintiff,

 7   vs.

 8   TONY SPURLOCK, individually and
     in his official capacity as Douglas
 9   County Sheriff,

10           Defendant.
     _____/
11

12              DEPOSITION OF DAVID WALCHER

13

14

15

16       DATE TAKEN:    August 26, 2022

17       TIME:          10:04 a.m. to 6:44 p.m.
                        MOUNTAIN TIME
18

19       LOCATION:      RATHOD MOHAMEDBAHAI, LLC
                        2701 Lawrence Street, Suite 100
20                      Denver, Colorado 80205

21

22   Reported By:
     Jessica Wharton, Reporter
23

24

25
```

U.S. LEGAL SUPPORT, INC
713-653-7100

1       A.      Generally, yes.

2       Q.      Have you taken any training on it?

3       A.      Yes.

4       Q.      What does it require, as far as you know?

5       A.      Well, it says a Sheriff shall adopt

6   personnel policies, including policies for review and

7   revocation of appointments.  And before revoking such

8   appointment, the Sheriff shall notify the deputy of

9   the reason for the proposed revocation, and shall give

10  the deputy an opportunity to be heard.

11      Q.      Okay.  So would you agree that it -- there's

12  a notice component, and an opportunity to be heard

13  component, to the statute?

14      A.      It says shall notify the deputy of the

15  reason, and shall give the deputy an opportunity to be

16  heard.

17      Q.      What do those mean to you?

18      A.      Well, that the Sheriff should notify the

19  reason for, for instance, a revocation, or -- and have

20  the -- give the employee -- the deputy an opportunity

21  to be heard.  But it's very generic.  It doesn't

22  describe what those are, but it's very generic.

23      Q.      Um-hum.  Do the Douglas County Sheriff's

24  Office policies implement these two requirements in

25  the statute?

1     A.   I'm -- I'm sure in some fashion they do.  I
2  don't have the policies in front of me to read exactly
3  what any policies say directly related to this CRS --
4     Q.   Um-hum.
5     A.   -- statute.
6     Q.   But the DCSO policies provide employees with
7  the right to know this before termination, right?
8     A.   In -- in some fashion, I'm sure they do.
9     Q.   And they provide that employees with an
10 opportunity to be heard before their termination?
11    A.   I don't have it in front of me.
12    Q.   Um-hum.
13    A.   I don't know if you have the policy.
14    Q.   It's based on your understanding of the
15 policy.  They generally provide an opportunity to be
16 heard before termination, correct?
17    A.   People know -- people know why they're being
18 revoked, and they're given an opportunity to be heard.
19    Q.   And the -- the Douglas County Sheriff's
20 Office policies conform to those --
21    A.   I -- I don't have the policy in front of me,
22 and how it reads, so I don't want to speculate exactly
23 how this fits, but I know, as a practice, people do
24 get notified of revocation, and they have an
25 opportunity to be heard by the Sheriff.

1     Q.   Um-hum.  And that generally proceeds along
2  the lines of the disciplinary policy, and the IA
3  policies that we've been talking about throughout the
4  day?
5     A.   Generally, sure.  Yes.
6     Q.   What do you believe is the purpose for -- to
7  giving employees notice, and opportunity to be heard?
8     A.   I think -- I think the purpose, in reading
9  this, is so a person knows why they're being relieved,
10 and an opportunity to be heard by the Sheriff.  And,
11 for instance, in a case where I do discipline, and I
12 recommend termination, they can appeal that.  They get
13 a -- they get a voice with the sheriff if they so
14 choose.  If the Sheriff chooses to terminate someone,
15 obviously, they have an opportunity to be heard by the
16 sheriff because the Sheriff takes certain actions.
17    Q.   Um-hum.
18    A.   So I think the goal is people know why
19 they're getting released, and they have that
20 opportunity for that face to face, or phone call, or
21 whatever may be of -- to be heard.  And whatever that
22 amounts for.  Or at least given the opportunity to be
23 heard.
24    Q.   Um-hum.
25    A.   Some people don't --