IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO.: 1:21-cv-3417-NYW

HOLLY KLUTH,

        Plaintiff,

vs.

TONY SPURLOCK, Individually and in his official capacity as Douglas County Sheriff,

        Defendant.
_____

DEPOSITION OF KEVIN DUFFY

DATE TAKEN:  September 19, 2022

TIME:  9:35 a.m. - 6:33 p.m. MT

LOCATION:    RATHOD MOHAMEDBHAI, LLC
             2701 Lawrence Street, Suite 100
             Denver, Colorado 80205

Reported By:

Jessica Wharton, Court Reporter

```
 1  County Sheriff's Office, can you say when that decision was
 2  first considered?
 3       A.   Going back to the 8th and 9th, we as -- as I've shown
 4  here, we --we were having discussions with the executive
 5  officers about different movements.  So in the period between
 6  the 8th and 23rd, there were discussions going on.  But, again,
 7  final decisions when it comes to movements of command officers
 8  is solely done by the sheriff and the undersheriff.  They can
 9  ask for our input, which they do, but the decision's theirs.
10       Q.   Okay.  So just so I understand, that the decision was
11  finalized on February 23rd, 2021, correct?
12       A.   That's correct.
13       Q.   But it would have been considered and discussed at
14  some point before that, among the executive staff?
15       A.   I believe we showed that it was.  There was
16  discussions about various movements of the -- of command
17  officers.
18       Q.   Right.  So my question.  Not just about the movements,
19  but about the specific transfer of Ms. Kluth to detentions.
20  That was also discussed in that period between February 9th and
21  February 23rd?
22       A.   I didn't document any my notes, so I don't recall if
23  her name came up as a movement to detentions.  Again, all I can
24  say is that the final move, again, is the decision of the
25  sheriff and the undersheriff.  On February 23rd, we were
```

Kevin Duffy
September 19, 2022

```
 1  notified of the final decisions that were made by the two
 2  highest executive officers.
 3       Q.   And, again, in your --in your 30(b)(6) capacity as the
 4  sheriff's office designee on this topic, why was the decision
 5  made to transfer Ms. Kluth to detentions, specifically?
 6       A.   Specifically, I think again, like I said, the
 7  detentions division is a critical division.  Critical.  I've
 8  spent four years down there.  It's hardest job I've ever done in
 9  my life.  You're running a city.  You need someone that would
10  have the experience and the knowledge and the leadership to --to
11  run that division.  And so if you're asking me why that decision
12  was made, it shows to me that the sheriff and the undersheriff
13  had confidence in Nicholson-Kluth to take on that very, very
14  demanding role.
15       Q.   And so that would be one reason, correct?
16       A.   That's the most important reason.
17       Q.   And then another reason would simply be there was a
18  vacancy in that role, correct?
19       A.   No.  We would not stick just any captain into that
20  critical assignment.  The patrol -- the captain detentions, as I
21  said, and I experienced four years, it's the hardest job I did
22  in the department.  I've served as a captain in investigations.
23  I served as captain in detentions.  And I can tell you that's a
24  critical role.  So when that decision was made to move her to
25  detentions, I felt that was a good decision based on the needs
```

1  of the department and that I felt strongly that she could do
2  that job.
3      Q.   Okay.  Any other reasons why that transfer was made?
4      A.   That's the reasons that I believe in that and believe
5  that I've stated very, very clearly.  It's a critical job.  She
6  got selected to be the captain in that division.  Quite frankly,
7  I think it was -- it's an -- it's an honor to be selected for
8  that critical assignment.
9      Q.   Okay.  Understood.  Just wanna make sure I'm not
10 missing any other reasons for why Ms. Kluth was transferred.
11     A.   Sheriff and the undersheriff made the decision to move
12 her as the captain of the --commander of that division.
13     Q.   And as far as you're aware, there are no other reasons
14 other than her fit for the demands of that role.
15     A.   I think she fit --would fit better as a captain in
16 that division being that she was once a chief over that
17 division, understanding that division versus being a captain on
18 patrol, which she had not had a lot of experience in.
19     Q.   And any other reasons for the transfer that you're
20 aware of?
21     A.   No.
22     Q.   Who was made captain of patrol after Ms. Kluth was
23 transferred?
24     A.   At that time, we rose the most senior and most
25 experienced lieutenant up to acting captain role, and that was