Laura Leary
September 22, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

vs.

TONY SPURLOCK, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DOUGLAS COUNTY SHERIFF,

    Defendant.
_____

DEPOSITION OF LAURA LEARY

DATE TAKEN:  SEPTEMBER 22, 2022

TIME:  10:02 a.m. to 1:03 p.m.

(Based on Time Zone from Notice)

LOCATION:  RATHOD MOHAMEDBHAI, LLC
2701 Lawrence Street, Suite 100
Denver, Colorado 80205

Reported By:
JESSICA WHARTON,
Notary Public for the State of Colorado

Laura Leary
September 22, 2022

1  begin?
2      A.  So it was in the sheriff's conference room and Captain
3  Kennedy, myself and Sheriff Spurlock were there.  And Holly had
4  been contacted, I believe, by Steve Johnson, to come to the
5  sheriff's office, second floor, to the conference room.  And I
6  believe she was running a few minutes late because she was -- I
7  want to say, she was driving somewhere or she was at the car
8  wash, something like that.  I don't recall, exactly.
9      Q.  Okay.  And what did Sheriff Spurlock say at the
10 meeting?
11     A.  So when Holly came in and sat down, Sheriff Spurlock
12 said, Holly, nothings changed since the fall.  I don't believe
13 that you were meeting the mission, vision, values of my office
14 and that, difficult to say, but that, you know, at this point he
15 was planning on separating employment with her.
16     Q.  And what happened next?
17     A.  Holly asked if he would provide more information as to
18 why she wasn't meeting the mission, vision and values of the
19 office.
20     Q.  Did Sheriff Spurlock provide more information?
21     A.  He simply referred to, again, meeting the mission,
22 vision, values of the office.
23     Q.  And then what happened next?
24     A.  He indicated that I was there to provide a severance
25 agreement if she wanted to resign her position from the

```
 1  sheriff's office.
 2       Q.   And then what happened next?
 3       A.   She indicated she did not want to resign her position
 4  at the sheriff's office.
 5       Q.   Was Sheriff Spurlock still in the room at this point?
 6       A.   Yes.  I believe he was.
 7       Q.   So if I understand this correctly, Sheriff Spurlock
 8  indicated that you were there in the room to discuss the
 9  severance offer and Ms. Kluth did not want to look at the
10  severance offer, correct?
11       A.   When Sheriff Spurlock was in the room, my recollection
12  is that he said, there is a severance agreement that Laura can
13  talk to you about that would allow you to resign your position,
14  and that Holly indicated she did not want to resign her position
15  and Sheriff Spurlock said, well, then today is your last day.
16       Q.   Okay.  What was said next?
17       A.   I believe he left at that point.
18       Q.   And then you were there with Ms. Kluth and Jason
19  Kennedy?
20       A.   Correct.
21       Q.   And what did -- what did you discuss at that point?
22       A.   I had some draft of this agreement in a folder.  And I
23  asked Holly if she wanted to talk about the severance agreement,
24  and I, I think, put the folder in front of her and she indicated
25  that she did not want to review the severance and she slid it
```

Laura Leary
September 22, 2022

1  partway, maybe, through that discussion.
2       Q.   And then you left the sheriff's office?
3       A.   I left the sheriff's office probably within -- yeah,
4  the next maybe 15 minutes.
5       Q.   Other than giving the sheriff an update on what
6  happened at the conclusion of Mr. Moore's separation meeting,
7  did you have any other discussions before you left the office?
8       A.   I spoke to the deputy county attorney.
9       Q.   He was also present in the office or did you dial him
10 on the phone?
11      A.   He has an office within the sheriff's office.
12      Q.   And other than any discussions with him, did you have
13 any other discussions before you left the sheriff's office that
14 day?
15      A.   I don't believe so.  I believe --let me --let me
16 rephrase.  Let me change that.  I believe at one point Captain
17 Kennedy may have come back upstairs and said that he was going
18 to be going out to the driving track with Tim Moore.
19      Q.   And any other discussions?
20      A.   No, not that -- not that I can recall.
21      Q.   Do you recall, at either Mr. Moore's meeting or Ms.
22 Kluth's meeting, whether there was any discussion regarding how
23 or whether the decision to separate their decision to sever
24 employment could be appealed?
25      A.   No, I don't.