Robert McMahan
August 30, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

vs.

TONY SPURLOCK
Individually and in his official capacity as Douglas County Sheriff,

    Defendant.

_____/

DEPOSITION OF ROBERT MCMAHAN

DATE TAKEN:    August 30, 2022

TIME:    10:06 a.m. - 1:19 p.m.

LOCATION:    RATHOD MOHAMEDBAHAI, LLC
    2701 Lawrence Street, Suite 100
    Denver, Colorado

Reported By:
JESSICA WHARTON
Notary Public for the State of Florida

1     A.   So there's been a couple where people would
2    leave to get away from us in IA.  Or they had quit or
3    were terminated, and we would find other stuff about
4    him along the way and investigate it.  But that wasn't
5    the normal, it was just a few outliers.
6     Q.   Okay.
7     A.   That -- that brings up -- I just remembered
8    something.  You asked me if anybody had been fired
9    before the conclusion of an IA, and I just -- I think I
10   remember one that I -- and I wasn't over IA at the
11   time, but there was an employee that sexually assaulted
12   an inmate.  There was a criminal investigation.  And he
13   was arrested and charged.  And I think he was fired
14   before the IA was complete.
15    Q.   I see.  So this is the -- the one time I suppose
16   where you recall an employee being fired before an IA
17   was completed on them?
18    A.   Yeah.  There might have been one other, I just
19   don't remember the -- the exact timeline.  That was a
20   investigation I conducted on Gary Butler, who we had
21   discovered had committed a murder, and was in his
22   previous life, before he was hired at the Sheriff's
23   Office.  That case was then expunged by the governor in
24   Utah for various reasons, and -- but he had lied on his
25   personnel application about his previous employment,

| | |
|---|---|
| 1 | and he was fired for that. |
| 2 | I think he got fired before we were completely |
| 3 | done, but I -- I'm not a hundred percent certain. |
| 4 | Q.   But with Gary Butler and the other employee |
| 5 | committed a sex assault, was there an IA investigation |
| 6 | at -- that had started with respect to those? |
| 7 | A.   Yes.  Well, I can't speak specifically to the |
| 8 | sex assault case, 'cause I wasn't in IA at the time, |
| 9 | but I saw a IA investigation when it was complete |
| 10 | later.  So I am certain and would be our practice and |
| 11 | custom at the Sheriff's Office to start I -- IA into |
| 12 | that immediately. |
| 13 | Q.   Okay.  Other than those two examples, do you |
| 14 | recall any other employee who was terminated without an |
| 15 | IA investigation? |
| 16 | A.   Well, they had IA investigations, they just -- I |
| 17 | don't think they were complete. |
| 18 | Q.   Okay. |
| 19 | A.   But I don't remember any other employees, no. |
| 20 | Q.   Gotcha, so those were the two that you -- you |
| 21 | recall who -- |
| 22 | A.   Yeah. |
| 23 | Q.   -- were terminated without the IA investigation |
| 24 | being finished? |
| 25 | A.   Correct. |