**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-3417-NYW

HOLLY KLUTH,

Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

Defendant.

---

**DEFENDANT TONY SPURLOCK'S INITIAL DISCLOSURES**
**PURSUANT TO FED. R. CIV. P. 26(a)(1)**

---

Defendant Tony Spurlock, (hereinafter "Sheriff Spurlock") by and through his counsel of record, William T. O'Connell and Saugat K. Thapa of Wells, Anderson & Race, LLC, hereby submits the following Fed. R. Civ. P. 26(a)(1) Disclosures:

**A. The name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. Plaintiff Holly Kluth will have knowledge and information regarding the allegations in her Complaint and her damages if any.

2. Sheriff Spurlock, must be contacted through undersigned counsel, may have knowledge and information regarding Plaintiff's employment at the Douglas County Sheriff's Office ("DCSO"), DCSO policies and procedures, Plaintiff's violations of DCSO policies and procedures, Internal Affairs investigations 20IA-025 and 21IA-024 and the criminal investigation related to Internal Affairs investigation 21IA-024.

3.     DCSO Law Enforcement Bureau Chief Deputy Kevin Duffy, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO.

4.     DCSO Captain of Professional Standards Jason Kennedy, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO and Internal Affairs investigations 20IA-025 and 21IA-024

5.     DCSO Victim Assistance Coordinator Andrea Bradbury, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO and statements she made for Internal Affairs investigation 20IA-025.

6.     DCSO Captain of Detentions Brad Heyden, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO and statements he made for Internal Affairs investigation 20IA-025.

7.     DCSO Deputy (School Resource Officer) Shannon Jensen, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO and statements she made for Internal Affairs investigation 20IA-025.

8.     DCSO Captain of Investigations Darren Weekly, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO and statements he made for Internal Affairs investigation 20IA-025.

9.     DCSO Captain of the Highlands Ranch Division Troy McCarty, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO and statements he made for Internal Affairs investigation 20IA-025.

10.     DCSO Detentions Services Chief Deputy Steve Johnson, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO and statements he made for Internal Affairs investigation 20IA-025.

11.     DCSO Administrative Assistant Kathleen Moreland, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO, statements she made for Internal Affairs investigation 21IA-024 and statements she made for the criminal investigation related to Internal Affairs investigation 21IA-024.

12.     DCSO Lieutenant Tommy Barrella, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO, Plaintiff's June 2021 records request, and statements he made for Internal Affairs investigation 21IA-024.

13.     DCSO Internal Affairs Lieutenant Phil Domenico, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO, Internal Affairs investigations 20IA-025 and 21IA-024 and the criminal investigation related to Internal Affairs investigation 21IA-024.

14.     DCSO Lieutenant Todd Tucker, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO and Internal Affairs investigation 20IA-025.

15.     DCSO Undersheriff Dave Walcher, who must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO and initiation of Internal Affairs investigation 20IA-025.

16.     DCSO Captain of Support Services Myra Buys, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the

DCSO, Plaintiff's June 2021 records requests and statements she made for Internal Affairs investigation 20IA-025.

17.    DCSO Lieutenant Laurie Anderson, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO, Internal Affairs investigation 21IA-024 and the criminal investigation related to Internal Affairs investigation 21IA-024.

18.    DCSO Administrative Assistant Susan Castellano, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's employment at the DCSO, Internal Affairs investigation 21IA-024 and the criminal investigation related to Internal Affairs investigation 21IA-024.

19.    DCSO Internal Affairs Sergeant Mike Joachim, must be contacted through the undersigned, may have may have knowledge and information regarding Plaintiff's employment at the DCSO, Internal Affairs investigations 21IA-024 and the criminal investigation related to Internal Affairs investigation 21IA-024.

20.    DCSO Internal Affairs Sergeant Anthony Arutunov, must be contacted through the undersigned, may have may have knowledge and information regarding Plaintiff's employment at the DCSO, Internal Affairs investigations 21IA-024 and the criminal investigation related to Internal Affairs investigation 21IA-024.

21.    DCSO Applications Specialist – Technology Support Anne Weekly, must be contacted through the undersigned, may have knowledge and information regarding the Guardian Tracker systems at the DCSO.

22.     DCSO Hiring Technician Taylor West, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's DCSO personnel file.

23.     DCSO CJRA Support Specialist Michelle Trujillo, must be contacted through the undersigned, may have knowledge and information regarding Plaintiff's June 2021 records request.

24.     Douglas County Human Resources Director Laura Leary may have knowledge and information regarding Plaintiff's employment at the DCSO.

25.     Robert McMahan, 1320 S. Desert Palm Lane, Broken Arrow, OK, 74012, 303-495-4128, may have knowledge and information regarding his employment at the DCSO, Plaintiff's employment at the DCSO, Internal Affairs investigation 21IA-024 and the criminal investigation related to Internal Affairs investigation 21IA-024.

26.     James Jensen, Chief of Police Keensburg, Colorado, may have knowledge and information regarding his employment at the DCSO, Plaintiff's employment at the DCSO and statements he made for Internal Affairs investigation 20IA-025.

27.     Timothy Moore, current contact information unknown, may have knowledge and information regarding Plaintiff's employment at the DCSO, his employment at the DCSO and Internal Affairs investigation 20IA-025.

28.     Lynn Johnson, former Deputy Chief of the Arvada Police Department, may have knowledge and information regarding Internal Affairs investigation 20IA-025.

29.     Chris Felton, Jefferson County Sheriff's Office, may have knowledge and information regarding the criminal investigation related to Internal Affairs investigation 21IA-024.

30.     Mitchell Puraty, Jefferson County Sheriff's Office, may have knowledge and information regarding the criminal investigation related to Internal Affairs investigation 21IA-024.

**B.     A copy--or a description by category and location--of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

1.     Documents and video/audio files generated or collected as evidence in Internal Affairs investigation 20IA-025, bates-numbered DCSO 000001-000252 and marked "CONFIDENTIAL," with privileged communications redacted.

2.     Documents and video/audio files generated or collected as evidence in the Internal Affairs investigation 21IA-024, bates-numbered DCSO 000253-000973 and marked "CONFIDENTIAL," including:

      i.      The polygraph, psychological exam, and yellow file associated with Plaintiff's personnel file found to have been deleted (DCSO 000253-000307, marked "CONFIDENTIAL").

      ii.      Documents and video/audio files associated with Jefferson County Sheriff's Office criminal investigation (DCSO 000308-000577, marked "CONFIDENTIAL").

      iii.      All other documents associated with Internal Affairs investigation 21IA-024 (DCSO 000578-000973, marked "CONFIDENTIAL", privileged information redacted).

3.     Documents associated with Plaintiff's personnel file, as prepared and redacted by the DCSO in response to Plaintiff's June 2021 records request following the conclusion of the

investigation into the deletion of records in Plaintiff's file, bates-numbered DCSO 000974-001658.

4. Douglas County Government Employee Handbook, bates-numbered DCSO 001659-001708.

5. Captain job description, bates-numbered DCSO 001709-001713.

6. Policies and procedures of the DCSO, not otherwise included in the Internal Affairs investigation files, bates-numbered DCSO 001714-001747.

**C. A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable to Sheriff Spurlock at this time, although Sheriff Spurlock reserves the right to seek attorney's fees and costs in defending this action.

**D. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Douglas County has a self-insured retention of $250,000, including attorney's fees incurred. Beyond that limit, Douglas County has $5,000,000 in excess insurance coverage with Atlantic Specialty Insurance Company and $10,000,000 in excess of the $5,000,000 with Navigators Insurance Company. A copy of the declarations for the excess insurance will be provided upon request.

These disclosures are made based on the information reasonably available to Sheriff Spurlock at this time. As additional information may be acquired through the discovery process,

Sheriff Spurlock hereby reserves the right to amend and/or supplement these disclosures pursuant to Fed. R. Civ. P. 26(e).

Dated this 1st day of March 2022.

Respectfully submitted,

*s/William T. O'Connell, III*
William T. O'Connell, III
Saugat K. Thapa
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290
T: 303-830-1212
Email: woconnell@warllc.com
Email: sthapa@warllc.com

**ATTORNEYS FOR DEFENDANT TONY SPURLOCK**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 1, 2022, a true and correct copy of the above and foregoing **DEFENDANT SPURLOCK'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES**, along with a link to documents bates-numbered DCSO 000001-001747, was electronically served to the following email addresses:

Felipe Bohnet-Gomez
Matthew J. Cron
Siddhartha H. Rathod
Rathod Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
303-578-4400
fbg@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com

*Attorneys for Plaintiff*

*s/Hannah Hibbs*
Hannah Hibbs
Email: hhibbs@warllc.com