IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3417-NYW-MEH

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

    Defendants.

## Declaration of Felipe Bohnet-Gomez

I, Felipe Bohnet-Gomez, declare under penalty of perjury as follows:

1. I am a member in good standing of the bar of this Court and an attorney at Rathod Mohamedbhai LLC, counsel to Plaintiff Holly Kluth. I make this declaration in support of Plaintiff's Motion for Partial Summary Judgment, to place before the Court information necessary for its determination of this motion.

2. Defendant Spurlock did not disclose or identify any documents regarding other suitable job positions under Rule 26(a)(1) in either his individual or official capacity.

3. Defendant Spurlock did not serve any expert disclosures in either his individual or official capacity.

Executed on December 2, 2022, in Denver, Colorado.

                                                                                              s/ Felipe Bohnet-Gomez

                                                                                              Felipe Bohnet-Gomez