IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

    Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SUMMARY JUDGMENT RESPONSE**

---

Plaintiff Holly Kluth, through her counsel, move the Court for a three-week extension of time to respond to Defendant's Motion for Summary Judgment [ECF # 30], through and including January 13, 2023. In support thereof, Plaintiff states as follows:

### Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1(a)

Plaintiff's counsel conferred with Defendant's counsel regarding this Motion. Defendant's counsel does not object to the relief requested. As such, this Motion is **unopposed**.

### Motion

1. The deadline to respond to Defendant's Motion for Summary Judgment is currently December 23, 2022. [ECF # 30]

2. An extension of time is needed due to work conflicts that have prevented Plaintiff's counsel from making substantial progress on her summary judgment

response. While Plaintiff's counsel has begun work on the response, Plaintiff's counsel does not believe they can come close to finishing the response by the current deadline.

3. A three-week extension is requested because Plaintiff's counsel has pre-scheduled holiday vacation plans over Christmas and New Year's that will prevent work between Dec. 23, 2022 and Jan. 2, 2022. As such, Plaintiff respectfully requests that her response to Defendant's Motion for Summary Judgment be extended by three weeks, through and including January 13, 2023.

4. This extension is requested for good cause and not made for any improper or dilatory purpose. Defendant does not object to the extension and will not be prejudiced by it.

5. This is Plaintiff's first request for an extension of this deadline.

6. There have been three other extensions in this case. First, a two-week extension of Defendant's deadline to respond to discovery was stipulated pursuant to D.C.COLO.LCivR 6.1(a). [ECF #. 19]. Second, the Court granted Plaintiff's unopposed request for a one-week extension of the expert disclosure deadline. [ECF ## 20, 21]. Third, the Court granted the Parties' Joint Extension of Time to file motions for summary judgment. [ECF # 29].

7. The case is currently set for a final pretrial conference on January 19, 2023 at 11:00 a.m., but no other deadlines have been set.

8. As such, the requested extension January 13, 2023 will not affect any other deadline in this case.

9. Undersigned counsel certify that they have served a copy of this request for extension on Plaintiff, pursuant to D.C.COLO.LCivR 6.1.

Respectfully submitted,

*s/ Matthew J. Cron*
Matthew Cron
Felipe Bohnet-Gomez
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
mc@rmlawyers.com
fbg@rmlawyers.com

*Counsel for Plaintiff*

### Certificate of Service

I hereby certify that on December 19, 2022, I filed a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

William Thomas O'Connell, III
Saugat K. Thapa
Wells Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80205
303-830-1212
*woconnell@warllc.com*
*sthapa@warllc.com*

*s/ Matthew J. Cron*
Matthew Cron

3