*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-3417-NYW

_____

DEPOSITION OF HOLLY NICHOLSON-KLUTH
July 7, 2022

_____

HOLLY KLUTH,

Plaintiff,

vs.

TONY SPURLOCK, Individually and in
his official capacity as Douglas County
Sheriff,

Defendant.

_____


APPEARANCES:

        RATHOD|MOHAMEDBHAI, LLC
              By Matthew J. Cron, Esq.
                 2701 Lawrence Street Suite 100
                 Denver, Colorado  80205
                   Appearing on behalf of Plaintiff

        WELLS, ANDERSON & RACE, LLC
              By William T. O'Connell, III, Esq.
                 1700 Broadway, Suite 1020
                 Denver, Colorado  80290
                   Appearing on behalf of Defendant

Also Present: Tony Spurlock

Defendant's Response to Plaintiff's Motion for Partial Summary Judgment Exhibit W

*AB Litigation Services*

1   to make a statement, as you refer to it in the

2   complaint, about distancing yourself from his

3   endorsement of Lisa Neal-Graves.

4           Is that accurate?

5   A       Yeah.

6   Q       How many conversations did you have

7   with the sheriff about that?

8   A       Maybe one or two.

9   Q       When was the first, if you recall?

10  A       I don't recall.

11  Q       Were there any witnesses to that

12  conversation other than the two of you?

13  A       I don't think so.

14  Q       Where did that conversation take place?

15  A       I believe one of them was in his

16  office, but I don't have a lot of recollection of

17  it.  I just remember us discussing it.

18  Q       What specifically do you recall the

19  sheriff stating?

20  A       What I told him?

21  Q       Well, yeah.  Let's just --  Let's take

22  it from the top, then.  What you told him.  What

23  he told you.  Let's start with what you told him.

24  A       Over the month or two before he made

25  it --  Sometime during the summer, maybe up until

Defendant's Response to Plaintiff's Motion for Partial Summary Judgment Exhibit W

1   the time he made the endorsement, he told me a

2   couple times that he was thinking about doing it.

3   And I just remember saying, "You know I can't have

4   anything to do with that.  I'm thinking about

5   running for sheriff," or something along those

6   lines.  I --  And I don't really recall the words,

7   but something to the effect of "I would have to

8   make a statement personally that I didn't agree

9   with that."

10        Q     Okay.  What was the sheriff's reaction?

11        A     I felt like he understood.

12        Q     Well, how did you arrive at that

13   feeling?

14        A     I don't remember his words, but it

15   wasn't negative.

16        Q     Okay.  Well, was it positive?

17        A     It was --  It --  To me --  From what I

18   recollect, it was more of just, "Yeah, right.  I

19   understand," or something to that effect.

20        Q     Did he actually say that?

21        A     I don't remember the words.

22        Q     Okay.  Did you memorialize that

23   conversation at any time?

24        A     No.

25        Q     Now, that conversation or those

1    appeal your termination.

2              What does that mean?

3       A      Whenever you give discipline, you're

4    always required to put that you have so many days

5    to appeal in writing and how to appeal and who to

6    appeal to, and I was given none of that

7    information.

8       Q      Well, you knew you could appeal

9    pursuant to --

10      A      Pursuant to policy, yeah.

11      Q      -- Exhibit 16, right?

12      A      But nothing that happened in that

13   meeting went by policy.

14      Q      Okay.  Well, that's your contention,

15   and I understand.  But, clearly, pursuant to the

16   policy you had a right to appeal?

17      A      That's right.

18      Q      And you didn't exercise that right?

19      A      No.

20      Q      Why not?

21      A      Because nothing in that meeting

22   followed policy.

23      Q      Okay.  So the fact that, in your

24   opinion, other portions of that meeting didn't

25   violate policy, then that made -- that caused you

1   hands of Sheriff Spurlock, allegedly?

2        A     I think that covers it.

3        Q     Have you been employed in any capacity

4   since your termination from the sheriff's office?

5        A     No.

6        Q     Have you sought employment in any

7   respect since your termination?

8        A     Yes.

9        Q     And what employment have you sought?

10       A     I have been --  And I applied for

11  unemployment.  During that time from about July on

12  or so, I was looking at LinkedIn boards at

13  Arapahoe Works! and Arapahoe public posting

14  boards, Arapahoe/Douglas Works!  I think that's

15  what it's called.

16             I applied at three -- one -- a job at

17  Metropolitan State College as an instructor, an

18  adjunct instructor, as well as a couple different

19  security divisions -- or companies that I felt

20  like I had the skills for.  And then I did some

21  job retraining and took my real estate courses

22  during the fall, and I recently passed my state

23  and national test.

24       Q     For real estate?

25       A     Yes.

Defendant's Response to Plaintiff's Motion for Partial Summary Judgment Exhibit W

1     Q     With respect to the security jobs, you

2   mentioned a job --  Did you say Metro State?

3     A     Uh-huh.

4     Q     Did you maintain records of those

5   applications?

6     A     They were through LinkedIn, so I don't

7   know if that's a record.  I did --

8     Q     Okay.

9     A     -- write the dates down and so forth

10  when I applied.

11    Q     All right.  Did you write those dates

12  down in some sort of journal?

13    A     Yeah, in a journal.

14    Q     Okay.  If you could produce those --

15  that -- those pages of that journal to reflect

16  your job search, I would appreciate it.  Again,

17  I'm not experienced on LinkedIn, but if there's

18  any way you can somehow print --

19    A     Yeah.  I don't know if I can, but I'll

20  see.

21    Q     -- the application.

22          All right.  So how many jobs in total,

23  then, do you think you've applied for?

24    A     Three during that time period.

25    Q     Three.  All right.  When was --  Do you

Defendant's Response to Plaintiff's Motion for Partial Summary Judgment Exhibit W

1    recall the rough dates of when you applied in

2    relation to your termination date?

3        A      Sometime in the fall -- or between fall

4    and December.  In late January or early February,

5    the campaign became full-time, so I stopped

6    applying and I stopped getting insurance --

7    unemployment insurance.

8        Q      Okay.  So the fall of 2021.  So we have

9    three jobs, the one job at Metro State and two

10   security related jobs?

11       A      I think it was two security related

12   jobs.

13       Q      Did you interview for any of those?

14       A      They never called me back.

15       Q      When did you pass your real estate

16   exam?

17       A      I think it was the beginning of June.

18       Q      Okay.  Of 2022?

19       A      Uh-huh.

20       Q      When did you start pursuing the real

21   estate license?

22       A      In September of -- late September or

23   early October.

24       Q      Of last year, obviously?

25       A      (Deponent nodded head.)

1    STATE OF COLORADO)

2                     )ss.    REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4        I, Tracy L. Harris, do hereby certify that I

5    am a Certified Realtime Reporter, Registered Merit

6    Reporter, within the State of Colorado; that

7    previous to the commencement of the examination,

8    the deponent was duly sworn to testify to the

9    truth.

10       I further certify that this deposition was

11   taken in shorthand by me at the time and place

12   herein set forth, that it was thereafter reduced

13   to typewritten form, and that the foregoing

14   constitutes a true and correct transcript.

15       I further certify that I am not related to,

16   employed by, nor of counsel for any of the parties

17   or attorneys herein, nor otherwise interested in

18   the result of the within action.

19       In witness whereof, I have affixed my

20   signature this 18th day of July, 2022.

21

22

23

24                     _____

                       Tracy L. Harris, CRR, RMR, RPR
                       216 - 16th Street, Suite 600
25                     Denver, Colorado 80202

Defendant's Response to Plaintiff's Motion for Partial Summary Judgment Exhibit W