Holly Anne Nicholson-Kluth

# DOUGLAS COUNTY SHERIFF'S OFFICE – 32 years
Positions Held
**Undersheriff**
Jul 2014 – November 2020 (6 yrs 5 mos)
Appointed Undersheriff in charge of all operations of the Douglas County Sheriff's Office including Office of Emergency Management, Budget, Public Information Office, and the Law Enforcement, Administrative Services and the Professional Standards Bureau.
**Chief - Administrative Services Bureau**
Jan 2010 – Jul 2014 (4 yrs 7 mos)
Dispatch, Detentions, Civil & Warrants, Records and Community Relations,
**Chief - Law Enforcement Bureau**
Sep 2005 – Dec 2009 (4 yrs 4 mos)
Investigations and Patrol
**Deputy-Patrol, Corporal-Patrol, Investigator, Sgt/Lt-Investigations, Captain-Patrol, Captain Investigations**
Jan 1989 – Sep 2005 (16 yrs 9 mos) Captain Patrol/Detentions, Courts Transports November 2020-May 2021
Special Assignments - Investigator: Crimes Against Persons, Children, Intelligence. Sgt. Investigations: High Tech Crime Unit, Internet Crimes Against Children. Lt. Investigations: Director of the Colorado Regional Computer Forensics' Lab.

## <u>Education</u>
**FBI National Academy Session #258**
Quantico, VA Fall 2014
**University of Virginia**
Certificate Criminal Justice Education 2014
**Colorado Christian University**
Graduate Level Leadership Studies 2012 – 2013
**Regis University**
Master's Degree, Psychology - Adult Learning, Organizational Psychology 1996-2004
**CompTIA**
A+ Computer Certification & Forensic Computer Examination Certification-various 2001-2003
**Metropolitan State University of Denver**
Bachelor of Arts (B.A.), Criminal Justice/Police Science Minor Psychology 1990-1996
**Arapahoe Community College**
Associate of Arts and Sciences (A.A.S.), Administration of Justice, 1988-1990 Police Academy 1988 (Overall Performance and Academic Performance award recipient)

## Boards, Committees and Appointments
- Colorado Department of Public Safety, Homeland Security Committee, Public Safety Communications Subcommittee, County Sheriffs of Colorado appointed Director – Secretary 2014-2021
- Unified Metropolitan Forensic Crime Laboratory – Sheriff Alternate 2017-2020
- Public Safety Advisory Committee – Sheriff's Liaison 2007-2020
- Douglas County Sheriff's Office Fallen Officer Fund Board Member
- Highlands Ranch Law Enforcement Training Foundation Board Member 2007-2020
- FBINAA 2023 Denver National Conference Planning Committee – Communications Committee and Women's Event Committee-Current

## Special Projects Lead
- State of Colorado Sex Equity Grant Recipient ACC – To assist training women in LE skills-1990
- State of Colorado Department of Human Services, Child Death Investigation Grant coordinator for Statewide LE, Coroner, and DA Training - 1995
- Creation of High-Tech Crime Unit and ICAC (Internet Crimes Against Children,) Recipient Undercover Operations - 2000
- Creation of Colorado Regional Computer Forensic Laboratory Task Force (first locally run computer forensic task force in the nation) Director 2002-2004
- Implementation of first Mobile Reporting in DC – 2006
- Led transition from DARE to Youth Education and Safety in Schools (curriculum is now taught in all 50 states and internationally.) - 2007
- Implementation of first Officer Physical Fitness Program at DCSO- 2007
- Implementation of Text-to-Tip – First in the state and nation by LE agency - 2008
- Feasibility study and formation of Unified Metropolitan Forensic Crime Laboratory– 2016-2019
- Emergency Vehicle Operations Center initial feasibility site visit study 2017-2018
- Initiated/Supervised and coordinated the DCSO Officer Wellness Program implementation – 2018 to 2021
- Appointed to post STEM shooting- Douglas County Board of County Commissioners Physical School Safety Funding Committee - 2019
- <u>Planning and Construction Liaison</u>
    - **Lincoln Hills Substation and Park Meadows Center** – 2000 Sheriff Zotos
    - **Highlands Ranch Substation** – 2009-2011 Sheriff Weaver
    - **County Radio Tower Expansion Project -** 2013-2014 Sheriff Weaver
    - **Detention Center Medical and Special Management Pods Expansion and Parking Garage Expansion** – Sheriff Weaver 2012-2014

**Awards and Recognitions**
- 1993 National Sheriff's Association Explorer Advisor of the Year
- 1994 Deputy of the Year
- 2002 Douglas County Commissioners Starr award
- 2005 International Association of Chiefs of Police Response to Computer Related Crime Award DCSO
- 2006 Douglas County Commissioners Starr Award
- 2017 National School Safety Award
- 2019 Youth Substance Abuse Coalition – Prevention Services Champion
- 2020 Modern Woodman Hometown Hero's Community Volunteer Award

Volunteer

DCGOP – 2003 to 2021
    District 7 – Served many years as Delegate, Precinct Person, and Assistant District Captain and volunteered in candidate campaigns, GOTV and assisted in Caucus data documentation
Roxborough Metro District – Initial Recreation Center Feasibility Study group