Laura Leary
September 22, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 1:21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

vs.

TONY SPURLOCK, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DOUGLAS COUNTY SHERIFF,

    Defendant.
_____

DEPOSITION OF LAURA LEARY

DATE TAKEN: SEPTEMBER 22, 2022

TIME: 10:02 a.m. to 1:03 p.m.

(Based on Time Zone from Notice)

LOCATION:   RATHOD MOHAMEDBHAI, LLC
              2701 Lawrence Street, Suite 100
              Denver, Colorado 80205

Reported By:
JESSICA WHARTON,
Notary Public for the State of Colorado

1   back to me in the file.  It was not opened.
2        Q.   And what happened after that?
3        A.   That was the conclusion of it.  At that point, I
4   believe Holly and Jason -- Holly may have left just a, you know,
5   a couple seconds before Jason and then I think Jason left, right
6   after her.  I think they were going to go downstairs.  Jason's
7   role in the separation that morning, I think, really just to
8   help sort of provide the, you know, getting Holly back to her
9   office, if she needed to collect things, those kind of things.
10       Q.   And then you went to inform Sheriff Spurlock, along
11  with Undersheriff Walcher, about the conclusion of the meeting?
12       A.   I didn't know that the Undersheriff Walcher was in
13  Tony's office.  But when I opened the door -- his office door
14  was closed.  They were both in his office.  And so I spoke to
15  both of them and said exactly what happened, that Holly did not
16  want to respond and she was not interested in reviewing the
17  severance document, and that she and Jason had left to collect
18  her belongings.
19       Q.   And then you left to go back to your office, or was
20  there some more discussion?
21       A.   No.  I stayed because the next individual was --that
22  was going to be spoken to was Tim Moore.
23       Q.   And did that happen immediately after the meeting with
24  Ms. Kluth concluded?
25       A.   I want to say there was maybe a 15-minute delay,

Laura Leary
September 22, 2022

1  something like that.
2       Q.   And Undersheriff Walcher may have been in the
3  sheriff's office?
4       A.   Excuse me?
5       Q.   As far as you know, Undersheriff Walcher may have been
6  in the sheriff's office next door for that meeting as well?
7       A.   I don't know where Undersheriff Walcher was in the
8  meeting with Tim Moore.
9       Q.   He was not in the actual meeting with Tim Moore?
10      A.   No, he was not.
11      Q.   And well, tell me about the meeting with Tim Moore.
12 How did -- how did that meeting unfold?
13      A.   So Tim Moore was brought into the same conference
14 room.  The sheriff, Captain Kennedy and myself were there.  Tim
15 Moore was told virtually the exact same type of thing that the
16 sheriff conveyed to Holly, that things hadn't changed since the
17 fall, that he did not believe Tim was meeting the mission --
18 mission and/or values of the organization, and that I was
19 here -- I was here to provide information on the severance
20 package if he wanted to resign.
21      Q.   Did Mr. Moore ask for clarification on why he was
22 being let go?
23      A.   He did.
24      Q.   And what did Sheriff Spurlock say?
25      A.   He said that he was being let go because he was not