| Date | Medium | Application/Networking/Retraini |
|---|---|---|
| 7/9 | Colorado Connect | jobs review |
| 7/12 | Colorado Advance | Interview |
| 7/13 | NW Chamber Event | Networking |
| 7/14 | NW Chamber Zoom | Networking |
| 7/20 | Colorado Connect | jobs review |
| 7/21 | LinkedIn | jobs review |
| 7/22 | ADCO Emails | jobs review |
| 7/23 | LinkedIn | jobs review |
| 7/25 | LinkedIn | Open Positions |
| 7/28 | CRJobs.org | jobs review |
| 8/1 | LinkedIn | jobs review |
| 8/5 | Colorado Connect | jobs review |
| 8/10 | LinkedIn | jobs review |
|  | Colorado Connect | jobs review |
| 8/12 | LinkedIn | jobs review |
| 8/13 | LinkedIn | jobs review |
| 8/16 | LinkedIn | jobs review |
|  | Colorado Connect | jobs review |
| 8/18 | Arap Doug Works | jobs review |
| 8/23 | Colorado Connect | Redo Profile |
| 8/23 | Colorado Advance | Education/Networking |
| 8/26 | LinkedIn | jobs review |
| 8/27 | Arap Doug Works | emails |
| 8/27 | LinkedIn | jobs review |
| 8/30 | Colorado Advance | Education/Networking |
| 9/3 | Connecting Colorado | jobs review |
|  | Colorado Workforce | jobs review |
|  | LinkedIn | jobs review |
|  | Arap Doug Works | emails |
| 9/6 | Colorado Advance | Education/Networking |
| 9/7 | Colorado Advance | Education/Networking |
| 9/10 | Colorado Non-Profit | jobs review |
|  | Connecting Colorado | jobs review |
| 9/11 | LinkedIn | jobs review |
| 9/13 | cotrainingproviders.org | jobs review |
|  | Colorado Advance | Education/Networking |
|  | Colorado Real Estate School | Education Re-training |
| 9/14 | Modern Woodman | Job Enquiry |
| 9/18 | Colorado Real Estate School | Education Re-training |
| 9/20 | Colorado Advance | Education/Networking |
| 9/21 | Colorodo Real Estate School | Education Re-training |
| 9/27 | Colorado Advance | Education/Networking |

| Date | Activity | Type |
|---|---|---|
| 9/29 | LinkedIn | jobs review |
| 9/29 | CO Dept. Labor and Empl site | jobs review |
| 9/30 | NW Chamber Event | Networking |
| 10/2 | LinkedIn | jobs review |
| 10/4 | Arrow Electrionics | Job review |
| 10/5 | Colorado Real Estate School | Education Re-training |
| 10/6 | Arrow Electrionics | Application on-line |
| 10/6 | Colorado Real Estate School | Education Re-training |
| 10/11 | Arap Doug Works | emails |
|  | LinkedIn | jobs review |
| 10/12 | Colorado Real Estate School | Education Re-training |
|  | LinkedIn | jobs review |
| 10/13 | Arap Doug Works | emails |
| 10/18 | Colorado Real Estate School | Education Re-training |
| 10/19 | Colorado Real Estate School | Education Re-training |
| 10/20 | Colorado Workforce | jobs review |
| 10/21 | fbinaa | Networking |
| 10/27 | LinkedIn | jobs review |
| 10/29 | Colorado Real Estate School | Education Re-training |
| 10/31 | Colorado Real Estate School | Education Re-training |
| 11/1 | LinkedIn | jobs review |
| 11/2 | LinkedIn | jobs review |
| 11/6 | Colorado Real Estate School | Education Re-training |
| 11/9 | LinkedIn | jobs review |
| 11/10 | Colorado Real Estate School | Education Re-training |
| 11/13 | Colorado Real Estate School | education Re-training |
| 11/15 | LinkedIn | jobs review |
| 11/16 | Colorado Real Estate School | Education Re-training |
| 11/18 | Colorado Real Estate School | Education Re-training |
| 11/27 | Colorado Real Estate School | Education Re-training |
| 11/20 | LinkedIn | jobs review |
| 11/28 | Connecting Colorado | jobs review |
|  | MSU Crim Affiliate Instructor | Application on-line |
| 12/1 | Colorado Real Estate School | Education Re-training |
| 12/5 | LinkedIn | jobs review |
| 12/8 | LinkedIn | jobs review |
| 12/9 | LinkedIn | jobs review |
|  | Colorado Real Estate School | Education Re-training |
| 12/19 | LinkedIn | jobs review |
| 12/20 | Kaplan Education Management | Application on-line |
| 12/23 | LinkedIn | jobs review |
| 12/24 | Connecting Colorado | jobs review |
| 12/24 | Colorado Real Estate School | Education Re-training |

| Date | Source | Activity |
|---|---|---|
| 1/3 | Connecting Colorado | jobs review |
| 1/6 | LinkedIn | jobs review |
| 1/8 | Colorado Real Estate School | Education Re-training |
| 1/9 | Colorado Real Estate School | Education Re-training |
| 1/14 | Colorado Workforce | jobs review |
| 1/14 | State of Colorado Website | Current Openings Reviewed |
| 1/18 | Connecting Colorado | jobs review |
| 1/19 | FBINAA | Job postings |

Campaign became full time at this point, I continued Colorado Real Estate Education and Retraining finishing course on 5/14/22. I took my state and national test on 05/16/22. My campaign ended 6/28. On 7/1/22 I met with a Managing Broker and will be working with her once my RE license is obtained which is in process.

ng