*AB Litigation Services*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-3417-NYW
_____

DEPOSITION OF HOLLY NICHOLSON-KLUTH
July 7, 2022
_____

HOLLY KLUTH,

Plaintiff,

vs.

TONY SPURLOCK, Individually and in
his official capacity as Douglas County
Sheriff,

Defendant.
_____


APPEARANCES:

    RATHOD│MOHAMEDBHAI, LLC
          By Matthew J. Cron, Esq.
             2701 Lawrence Street Suite 100
             Denver, Colorado  80205
                Appearing on behalf of Plaintiff

    WELLS, ANDERSON & RACE, LLC
          By William T. O'Connell, III, Esq.
             1700 Broadway, Suite 1020
             Denver, Colorado  80290
                Appearing on behalf of Defendant

Also Present: Tony Spurlock
```

```
 1   standards, and he reported to the sheriff.
 2        Q    All right.
 3        A    Can I actually --  This is one --  I'm
 4   not sure if I've seen this.  This is a
 5   supplemental by Puraty, and I think what I read
 6   was a -- was the filing.
 7        Q    Yeah.  You can read the whole thing.
 8        A    Can I read this real quick?
 9        Q    Yeah.
10        A    Okay.  It's pretty much the same from
11   his perspective.
12        Q    Yeah.  It's --  Thank you.  It's my
13   understanding this is just a summary of their
14   interview with him.
15        A    Right.
16        Q    And I was going to hit various pieces
17   of this.  On Page 1 of Exhibit 22, Mr. McMahan
18   apparently advised the commander with the Jeffco's
19   Sheriff's Office that you ordered him to delete
20   portions of your personnel file.
21             Did you ever do that?
22        A    No.
23        Q    Do you know why Mr. McMahan would
24   indicate that you had?
25        A    Yes.  Well, I don't know why he did it,
```

1   why he said I ordered him.
2       Q    Well, do you have a theory of --
3       A    I walked into his office one day --  I
4   don't know if this was the exact time frame, but
5   it could have been.  He says in whatever, April or
6   so, he was looking at his computer and he looked
7   up at me --  We --  There was a lot of other
8   things going on, but he looked up at me and he
9   said, "Do you have a problem if I take my psych
10  out of the system?"  And I said, "No, as long as
11  you tell the sheriff."
12           And he said, "Well, do you want me to
13  take yours out, too?"  And I said, "Well" --  I
14  thought about it for a second, and I said, "That's
15  fine, but make sure you tell the sheriff."
16           He was going --  The reason, I think,
17  he said he did that was he was going through some
18  severe psychological issues and mental health
19  issues, and whatever was in his psych, I just
20  assumed he didn't want it -- want anyone to see
21  it.  He had --  We had had a lot of conversations
22  about Guardian Tracker and the fact that people
23  that were on light duty were approved as people
24  that could scan things, see things, but then they
25  were never taken out of there.  So it made sense

```
 1   to me that he thought that people would be able to
 2   see his psych, and he was worried about that.  And
 3   I just ensured, "As long as you tell the sheriff,"
 4   and that was the end of it.
 5          Q     When you say "his psych," what are you
 6   referring to?
 7          A     His psychological exam from when he was
 8   hired.
 9          Q     Okay.  So correct me if I'm wrong, but
10   I want to try and summarize what you just
11   testified to.  And, again, I'm not trying to put
12   words in your mouth or mischaracterize anything,
13   but if I understood your testimony --
14          A     Sure.
15          Q     -- he was planning on removing his
16   psych, and he asked you if you wanted to do the
17   same.  You said what exactly?
18          A     "Sure.  That's fine, as long as you
19   tell the sheriff."
20          Q     Okay.
21          A     He committed himself to a mental
22   hospital later that year and was inpatient for a
23   month.
24          Q     "Later that year" being 2021 --
25          A     Yeah.
```