Robert McMahan
August 30, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

vs.

TONY SPURLOCK
Individually and in his official capacity as Douglas County Sheriff,

    Defendant.

_____/

DEPOSITION OF ROBERT MCMAHAN

DATE TAKEN:     August 30, 2022

TIME:           10:06 a.m. - 1:19 p.m.

LOCATION:       RATHOD MOHAMEDBAHAI, LLC
                2701 Lawrence Street, Suite 100
                Denver, Colorado

Reported By:
JESSICA WHARTON
Notary Public for the State of Florida

```
 1        Q.   If Ms. Kluth testified that she was also aware
 2   that the paper record would be retained, do you have
 3   any evidence to contradict that?
 4        A.   No.
 5        Q.   Who knew at the Sheriff's Office that paper
 6   records were retained once they were in Guardian
 7   Tracker?
 8        A.   I couldn't give you an exhaustive list, but
 9   probably anyone within my bureau would know what.
10        Q.   Hmm.  Many people knew that's how it worked?
11        A.   Yes.
12        Q.   And if Ms. Kluth understood how that bureau
13   functioned, she would also know that?
14        A.   She should, yes.
15        Q.   So, again, you say that you recall telling
16   Sheriff Spurlock about the deletion after it happened?
17        A.   Yes.
18        Q.   Do you recall his reaction?
19        A.   Not specifically, but he didn't give me any
20   other direction, so that was the end of it.  I
21   didn't -- I didn't put them back in the system.
22        Q.   You say you don't recall any specifics; do you
23   recall anything in general about it?
24        A.   No.
25        Q.   Didn't seem to be an issue?
```

```
 1        A.   No.
 2        Q.   Did you also have psych records in Guardian
 3   Tracker?
 4        A.   Yeah, I -- I would.  Yeah.
 5        Q.   Did you have any concerns about those being
 6   accessed?
 7        A.   Not really.  I mean, I looked at them once they
 8   got loaded, just to see what they said.  I was
 9   surprised how accurate they were as to my -- I guess,
10   profile, I mean, yeah.
11        Q.   You hadn't looked at them before?
12        A.   No.
13        Q.   Did you ever discuss your own records with Ms.
14   Kluth?
15        A.   I don't remember.  I might have, but I don't
16   remember.
17        Q.   Did you ever discuss removing any of your
18   records from Guardian Tracker with Ms. Kluth?
19        A.   I don't remember that.
20        Q.   Might you have?
21        A.   I might have, but I don't remember.
22        Q.   Did you ever remove any of your records from
23   your Guardian Tracker file?
24        A.   I don't remember.  You know, Mr. O'Connell
25   brought this up yesterday.  I've been thinking about
```