66. Have you ever drawn Worker's Compensation?     Yes: _____   No: _____

    For injury?   Yes: _____   No: __X__              For illness?  Yes: _____   No: _____

    If yes in either case, explain in detail, including dates: _____
    _____ D/N/A _____
    _____

67. Were you discharged or forced to resign because of unsatisfactory service or while under investigation? Or did you ever resign while an investigation was pending against you?

    Yes: _____   No: __X__   If yes, explain, including names and addresses of employers:
    _____ D/N/A _____
    _____

68. Are you now, or were you ever, engaged in any business as an owner, partner, or corporate member?

    Yes: _____   No: __X__   If yes, explain, giving type of business, location, and dates you have been involved in the business. If out of business, explain the circumstances:
    _____ D/N/A _____
    _____

69. **WORK EXPERIENCE:** Begin with your most recent job and list your work history through high school, including part-time, temporary, or seasonal employment and any military service. Identify part-time jobs with "PT" and temporary jobs with "TEMP"

| 1. FROM DATE | Name of Present Employer | Job Title | Name of Supervisor |
|---|---|---|---|
| 10/88 | ARAPAHOE COUNTY SHERIFFS DEPT COMMUNITY CORRECTIONS | CORRECTIONS TECHNICIAN | DAVID GUILLARDO |
| TO DATE | Address and Zip of Employer | Description of your duties | |
| PRESENT | 3265 W. GIRARD, ENG 80110 | SUPERVISING PAROLEES AND DIVERSION CLIENTS - PAPERWORK - MONITORING OUTSIDE ACTIVITIES | |
| SALARY | Telephone Number of Employer | Why would you leave? | |
| 5.00 HR PART TIME TILL GRADUATION | 761-7685 | TO BE HIRED ON A POLICE OR SHERIFF DEPT IN A PATROL POSITION | |
| 2. FROM DATE | Name of Employer | Job Title | Name of Supervisor |
| 8/87 | ADAMS COUNTY SHERIFFS DEPT DETENTION FACILITY | DEPUTY SHERIFF | CHIEF PENNY COLLINS |
| TO DATE | Address and Zip of Employer | Description of your duties | |
| 7/88 | 150 N. 19th AVE BRIGHTON, COLO 80601 | 6 MO MODULE WORK SUPERVISING INMATES AND THEIR MOVEMENTS 6 MO BOOKING RECIEVING ARRESTEES, PROCESSING ETC. | |
| SALARY | Telephone Number of Employer | Why did you leave? | |
| 1781.00 MO FT | 654-1850 | DIDN'T HAVE GED | |