# DECLARATION OF TIMOTHY MOORE

1. I, Timothy Moore, am over the age of 18 and am otherwise competent to testify. I make the following statements based upon my personal knowledge, and if called upon to testify as to them, I could and would do so truthfully and competently.

2. This declaration is made voluntarily. I understand that it may be used in a lawsuit. I have not been promised any benefit, coerced, or threatened in any way that would change my testimony.

3. My employment with the Douglas County Sheriff's Office (DCSO) ended involuntarily on May 25, 2021, just before Holly Kluth was fired. I never received the reason for my termination or any notice.

4. I received a phone call the morning of May 25th, from my supervisor. He said to come down to the DCSO headquarters, the Sheriff wants to meet with you. So, I drove down and walked into the Sheriff Spurlock's office and he took me into the conference room next door. In that conference room was Laura Leary, the Douglas County human resource director and Capt. Jason Kennedy. The Sheriff then told me that he was reorganizing the command staff and that I was no longer part of it and that I had two choices: I could resign and take a severance package, or I could be terminated.

5. I was shocked. I had no idea or any forewarning that my employment would end. I had no indication that, the sheriff was upset with me for anything new other than the election issues from about six months prior.

6. I took a minute for it sink in and I looked around and looked at the expression on everybody's face and then it hit me pretty quick. That after 30 years of service and working hard to progress through the ranks of the sheriff's office, and always trying hard to do the job, that this is really happening today. My career was at the DCSO was suddenly and involuntarily ended by Sheriff Spurlock.

7. I asked Sheriff Spurlock what I did wrong, and whether I committed any policy violations, and whether there was an internal investigation. He said no and said again that he was reorganizing the command staff, and that I was not going to be a part of it. He said I was no longer meeting the vision mission and values, or something like that, but that was it. He did not expand on it and give me any type of explanation of what that meant. To this day I do not know the reason why my employment ended.

8. After I listened to Ms. Leary explain the severance agreement, I was escorted out of the building by internal affairs deputies. I drove my assigned police car home to my house. They followed me, took the car and that was it. That was my that was how my last career after 30 years of exemplary service ended.

9. I eventually signed the severance agreement after deciding that was what was best for me and my family. According to the severance agreement the end of my employment at DCSO was a resignation. But Sheriff Spurlock told me that, no matter

what, my last day would be May 25, 2021. I did not get a choice to continue working at the DCSO, and the end of my employment with the DCSO was involuntary.

10. My position at the time I was fired was Captain at the DCSO's academy out near Highlands Ranch. That was a bizarre assignment in and of itself. When I look back in hindsight, I believe the Sheriff wanted me out of the DCSO headquarters, which is in Castle Rock. I believe that, for whatever reason, he didn't want me in the building anymore.

11. I later heard a rumor that Sheriff Spurlock said he regretted not just firing me and Holly back after the issues with the election in the fall of 2020.

12. From my Demotion in November 2020, up to May 25, 2021, I had not been in any trouble. I had not been told by anyone that I was doing a bad job. I had not received a bad evaluation. I had not received any indication whatsoever that my performance was lacking in any respect.

13. My supervisor at the time was Steve Johnson. He did not give me any performance evaluations during my tenure under him. I remember he wrote one supervisory note regarding a decision that I made, which he didn't like. He just noted it in Guardian Tracking, it wasn't a formal reprimand or anything like that. It was not a significant issue by any stretch. There was no misconduct or anything that he reprimanded me for. I recall that the issue was that I phrased something in an email that he didn't like. That was the only negative comment I received from my Demotion in November 2020 to the time I was fired.

14. When members of the command staff are disciplined, like Holly and I were, it was crystal clear, that the Sheriff was sending a message to us, but also to the rest of the agency: don't deviate from my position. Don't publicly deviate from my position on political issues.

15. Based on my 30 years of working at the DCSO and knowing Tony Spurlock, I have no doubt—not one—that my termination, and Holly's, are linked to the political dispute we had with Sheriff Spurlock in the fall of 2020.

16. In a sheriff's office, the terms of office are four years, and when a sheriff is coming up on a term limit, there's always discussion about who's going to succeed them as sheriff. And there was a specific discussion with myself, Tony Spurlock and Holly Kluth about that. It was on the heels of a ballot initiative that we had all helped work on, which was to extend term limits from two to three for the office of sheriff. That initiative failed to pass. So, the question then became: who was going to succeed then-Sheriff Weaver?

17. So, Holly Tony and I got in a room together at the Highlands Ranch Sheriff substation sometime in 2013, after the ballot initiative had failed, and we talked amongst ourselves about who should succeed the sheriff. All three of us had interest and capability to do it, but we didn't want the agency to become divided because they had staff running for office against one another.

18. Tony convinced us that he should be the one to run for sheriff. So, in that room we made the decision. Holly and I would fall in line and we would as a team do everything we could to help him get elected, including working on his campaign and encouraging our political supporters to support Tony Spurlock, and soliciting donations on his behalf. And we did that willingly.

19. We weren't coerced forced to do anything. That was the way politics worked inside our agency. You didn't sit on the sidelines. You took an active role in trying to help your sheriff get elected and stay elected.

20. I am certain that Holly had conversations with Tony throughout the time she was Undersheriff, about her future run for sheriff and things they were doing to prepare her for that.

21. But when this election issue happened in 2020, and Tony Spurlock decided to support a Democrat for county commissioner, it created a couple different dilemmas that none of us were prepared for. Not only did we have the obvious dilemma that Holly and I were very active members of the Douglas County Republican Party (DCGOP), whose bylaws required us to actively support the winner of the Republican primary. On top of that, Tony's support of Lisa Neal-Graves also created a significant political dilemma regarding how that might hurt Holly's ability to ability to succeed Tony and win the Republican primary.

22. The 2020 election issue not only upended the political plans regarding Holly's run for sheriff, it also changed the relationships Holly and I had with Tony.

23. I had a conversation with Tony Spurlock that occurred off the record after Tony gave me my discipline from the internal investigation in November 2020. I said to him, "You know, Tony, I think my mistake was I cared more about your legacy than you do." I said this because I believe he made a lot of decisions that felt good for him personally, but weren't good for the political and public relations reputation of the Douglas County Sheriff's Office. He replied, "No, Tim, your mistake was you were more loyal to the Douglas County Republican Party than you were to the guy that signed your paycheck."

24. That that made crystal clear to me that he had taken his political dispute with the DCGOP very personally. I had thought he would understand and appreciate the political dilemmas that Holly and I faced and that we were trying to separate ourselves from his political stances, and that he would be okay with that.

25. In fact, I had talked to him beforehand about how we would need to make some statement in response to his endorsement, and so did Brad Hayden on at least two occasions. We thought Tony understood and appreciated that we let him know and weren't going behind his back.

26. I have no doubt that I misjudged how Tony would react, and it affected everything from that point on. I don't think Tony had more than one or two very short conversations with me in the six months after the demotion until he terminated me. Even though I was still a captain in his organization and he never came down to my division, to have conversations with me, talk to me, as he would with other captains. He didn't go to lunch with me anymore. Nothing. It was clear that I was in the doghouse, and Holly was too.

27. I find it incredibly difficult to believe that Tony continued to politically support Holly after demoting her two ranks. I believe that when he demoted her, he had decided he did not want her to be sheriff.

28. After Holly and I were demoted, I kept my Head down and worked hard. My goal was to avoid any further retaliation and simply outlast Tony Spurlock. I believe Holly did the same.

29. I never heard any criticism of Holly's performance as a Captain and had no idea she would be fired. I did not think she was in trouble, and I did not hear a word that she had been doing a bad job. When I was fired, I assumed Tony was doing it just to me. I assumed I had done something, or that the sheriff had been mad at me about something, though I had no idea what or why. I did not find out until afterward that he fired Holly the same day.

30. I was a district captain in the DCGOP at the time, and still am.

31. In the DCGOP the precinct committee, people who are elected at the party caucus, come together every two years to elect district captains for each of the 20 to 30 districts in the county. The district captain is the de facto community organizer and leader for area of each district. We help organize get-out-the-vote efforts. We keep our precinct committee people informed of what's going on with the different elected offices in the county, including who's running for office, and when offices become vacant.

32. We also as a group attend the county assembly, state assembly, and the district attorney assemblies to help elect those candidates and get them on the ballot. From that point on, once the primary is over, we don't really take a position on candidates, officially the primary is over.

33. Once the primary is over, our job is to coordinate with the other district captains and the precinct people to help get those primary winners elected. One of the expectations for district captains, which is in the bylaws of the DCGOP, is that we will support and promote the Republican candidates who win the primary.

34. Holly, was the assistant district captain to me. We both lived in Roxborough for over 30 years and became involved in the DCGOP in the early 2000s.

35. When I became a district captain, I then appointed Holly as the assistant district captain. Her job in that role was to help me with my duties as district captain. Brad Hayden was also a district captain with the DCGOP at that time, too.

36. As I made clear in the internal investigation into our political activities, Holly did not direct me to do anything whatsoever. The DCGOP chairman called me and asked me to come out and publicly support the Republican candidates for county office in my capacity as a DCGOP district captain. I knew there were other people at the Sheriff's Office that were interested in doing that as well.

37. And I told the DCGOP chairman that I could only talk to people who official roles at the DCGOP like myself, and that I was trying to be careful not to blend the roles of Sheriff's Office member versus DCGOP officer.

4

38. And that's what I did. I talked to several people in their official capacities in the Douglas County Republican Party, not as their supervisor, and I tried to make that clear in the internal investigation. The Sheriff obviously didn't accept that explanation and blamed Holly.

39. Darren Weekly was involved only because, after Tony Spurlock endorsed Lisa Neal-Graves, Weekly reached out to me called me at my desk, at the office, and was very concerned about how the Sheriff's endorsement could impact Holly's ability to succeed Spurlock as sheriff, and whether the endorsement had potentially put all of us in harms' way. Weekly asked me what we should do about it, and I shared with him that some of us were discussing writing a letter to the DCGOP expressing our support of the Republican candidates to separate ourselves from Tony's position.

40. I'm not aware of any information that would support the notion that Holly had poor, or strained relationships with any other co-workers after her demotion to Captain.

41. When Holly was the undersheriff, she was the boss of all the command staff, and based on my observations of their interactions, I believe she had good relationships with all of them. Even though she was their supervisor, she always tried hard to have good relationships and be honest and direct with people and not sugarcoat or bullshit. People appreciated that that about her, and her strong character and confidence.

42. When Holly was demoted and went to the patrol division, the Sheriff, created a brand-new structure of having two patrol captains, one of which was Jim Jensen. Even though Holly had been involved in a significant amount of personnel and disciplinary issues involving Jim Jensen's, wife, Shannon, I never once heard or saw anything that suggested that Holly and Jim weren't getting along.

43. I'm aware that Holly had some disagreement or two with Kevin Duffy who was her chief. But I don't recall it being a significant issue that would ever cost somebody their job or even justify much in the way of discipline beyond a supervisor giving direction to their subordinate about what they want done differently going forward.

44. I had to work with Holly very closely on many things because we both had taken over brand-new divisions and the agency is in a continual process of maintaining its accreditation. There was a lot of policy work that we had to coordinate on. From my perspective, I thought we were working very hard and very well as a team to get our new divisions up and running. So, I was shocked and we both were transferred again after just three months.

45. I did not witness anything, or hear any rumors that indicated Holly had any job performance issue, or was doing a bad job as a Captain in the Detentions division.

46. I've been a cop and a police supervisor for most of my career, including at the Sheriff's office for 30 years, and Steve Johnson was by far, the worst supervisor I have ever seen in my entire life. I told Undersheriff Walcher that after I had already been demoted, when he called me in and asked what I thought was good and bad about the agency. He's horrible. He treats people terribly. He makes things personal and will hold a grudge and try to get back at you eventually.

5

47.  When Steve Johnson was Holly's subordinate, I know she worked with him a lot on his deficiencies and his performance issues. So, it's possible he may not like her very much because of that and may have held a grudge against her. Nonetheless, I know of no conflict that they had between one another after Holly was demoted to Captain.

48.  After Holly and I were transferred around February of 2021, Holly was supposed to move into my old office, but my new office at the Academy was not ready yet. They needed to do some painting and they were working on furniture and carpet issues and so I couldn't move right away. And I was knee-deep in many different operational issues in the detention division, related to some accreditation steps for the agency, and I was extremely busy. During that time, I worked 10-12 hours a day most days, and sometimes I would come in on the weekends. So, I was the hold-up because I wasn't able to transfer right away and move offices.

49.  About a week and a half after the memo came out announcing our transfers, Steve Johnson came to me asking when we were going to move offices. He told me that he was getting some heat because Holly and I hadn't moved yet. I explained to him that I was working on it, but that I was extremely busy. I explained that I had been waiting on my office up at the Highlands Ranch training facility to be ready, and that I was boxing up my stuff as fast as I could. I told Steve Johnson that I was extremely busy in the jail in the detention division and that I could barely keep up. I promised to have my office cleaned out by a certain day, and Steve Johnson was fine with that.

50.  I worked late into the night, three or four nights a week, where I would pack up a load in my car and take it out to my new office, which was about 25 minutes away in Highlands Ranch. I was able to move out by the date I promised Steve Johnson. I don't recall the date, but all told it probably took a good two and a half weeks until I was finally moved out of my office, and Holly could start moving her office.

51.  During this time Holly asked me several times when I would be out of my old office, because she was getting pressure to get her office moved. I explained to Holly the same issues that I had explained to Steve Johnson, and that Steve Johnson and I had agreed I would move by a certain date.

52.  I don't know exactly when Holly moved into my office, but I believe it was shortly after I moved out.

53.  It would not be accurate to say that Holly refused to move offices. Holly could not move offices until I moved out, and Chief Johnson was aware of the timelines and situation surrounding the delay in my moving out of my old office.

54.  I deny that I told Dave Walcher that Holly promised a chief position to Brad Hayden, or anything to that effect. Not only did I never make such a statement to Dave Walcher, but I also never heard anything about such a promise from either Brad or Holly. I am very close friends with Brad Hayden, and he never told me anything that would support that Holly promised him a promotion.

55. Kevin Duffy's demeanor and leadership style was very harmful to his relationships. He could be a bully, and a jerk to some people. It got to the point where when Kevin worked for me as a Captain, I talked to him several times about how his demeanor and the way he treated people was affecting relationships inside the sheriff's office. It got bad enough that I received enough complaints in a short period of time that I disciplined Kevin and gave him a letter of reprimand, and put him on a performance plan. I hired an Executive skills coach to teach him how to communicate better. I did everything I could to help him be successful.

56. I don't think Kevin is a bad person but I don't he has enough respect for other human beings. As long as Kevin gets what he wants, Kevin is happy. But the second Kevin doesn't get what he wants from you, he considers you the problem and he'll treat you like garbage. Kevin's demeanor issues were common knowledge around the sheriff's office.

57. After I left the DCSO, I tried to get hired as the Deputy director of security at the Douglas County School District. I was one of the finalists but I did not get the job. One of the school district security personnel told me that I didn't get the job because Tony Spurlock made a phone call to the person in charge of hiring.

58. Before signing this declaration, I was provided an opportunity to change and correct it. I have made all changes necessary to make this declaration a true statement describing my own experiences.

I, Timothy Moore, declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23 day of September 2022.

_____
Timothy Moore