Sheriff Spurlock Interviews with Command Staff
IA# 2020-0025

On Friday, September 25, 2020 I received information from Andrea Bradbury, DCSO Victim Advocate that she was told by Detective Shannon Jensen that Chief Deputy Tim Moore contacted her husband, Captain Jim Jensen to ask him if he would prepare a letter to the Douglas County Republican Party (DCGOP) that he supported all republican candidates running for office in the November 2020 election.

Upon learning this information (9.25.2020), I contacted the following employees:
1. Undersheriff Holly Nicholson-Kluth
2. Chief Deputy Tim Moore
3. Captain Brad Heyden
4. Captain Darren Weekly
5. Captain James Jensen
6. Captain Kevin Duffy
7. Captain Troy McCarty
8. VA Andrea Bradbury
9. Detective Shannon Jensen
10. Lieutenant Myra Buys
11. Chief Deputy Steve Johnson
12. Captain Jason Kennedy

These employees provided the following statements.

I called **Captain Jim Jensen,** and he told me that he was contacted by Chief Deputy Tim Moore on two separate occasions.

- Chief Deputy Tim Moore called Captain Jensen and asked whether Jensen knew that I was supporting a democrat for Douglas County Commissioner.
- Chief Deputy Moore went to Captain Jensen's office and said "this is just Tim and Jim talking" and requested that Captain Jensen write a letter to the DCGOP that Captain Jensen supported all republican candidate in the November 2020 election.
- Captain Jensen informed Chief Deputy Moore that he would not write a letter.
- Chief Deputy Moore told Captain Jensen that he was asking Captain Jensen to write the letter on behalf of Stu Parker, a DCGOP executive board member. Upon receipt of letters from the DCSO command staff, a DCGOP executive board member intended to post the letters to social media.

I advised Captain Jensen that I was conducting and internal investigation and not to discuss this matter with anyone.

I called **Captain Jason Kennedy**. He told me that he was not approached by anyone in the DCSO to write a letter for the DCGOP. I advised Captain Kennedy that I was conducting and internal investigations and not to discuss this matter with anyone.

I called **Captain Darren Weekly** who told me the following:

- Captain Weekly was contacted by Chief Deputy Tim Moore on either, Tuesday, September 22, 2020, or Wednesday, September 23-2020. Chief Moore asked Captain Weekly if he would write a letter to the DCGOP stating that Captain Weekly would only support republican candidates.
- Captain Weekly told Chief Deputy Tim Moore that he did not feel comfortable doing that and informed Chief Moore that he would not write a letter.

I advised Captain Weekly that I was conducting and internal investigation and do not discuss this matter with anyone.

I called **Chief Deputy Steve Johnson** who told me the following:

- Chief Johnson stated that he was not asked by anyone at the DCSO to write a letter to the DCGOP.
- Chief Johnson stated that while he was in Chief Deputy Moore's office along with Captain Brad Heyden. Chief Deputy Johnson said that Chief Deputy Moore and Captain Heyden were talking about the DCGOP and that they were both only supporting republican candidates.
- Chief Deputy Johnson told me that he did not get involved in the conversation because both Chief Deputy Moore and Captain Heyden know that he is an independent.
- Chief Johnson told them he was not a republican.

I advised Chief Deputy Johnson that I was conducting an internal investigation and do not discuss this matter with anyone.

I called **Captain Troy McCarty** who told me that he was not asked to write a statement by anyone at the DCSO. However, he stated he was aware that the Undersheriff had posted on her personal Facebook account a statement that she was only supporting republican candidates.

I advised Captain McCarty that I was conducting an internal investigation and do not discuss this matter with anyone.

I called **Captain Brad Heyden** who stated the following:

- Captain Heyden told me that he was asked by Chief Deputy Tim Moore to write a statement to the DCGOP that Captain Heyden was only supporting republican candidates in the November 2020 election.
- Captain Heyden told me that he did in fact write a letter for DCGOP. But, said that he asked them not to use the letter.

CONFIDENTIAL

IA Tim Moore 092020.docx

I advised Captain Heyden that I was conducting an internal investigation and do not discuss this matter with anyone.

I called **Captain Kevin Duffy** who told me that he was not asked by anyone at the DCSO to write a letter for the DCGOP.  Captain Duffy stated VA Andrea Bradbury told him that she spoke to me about this matter.  Captain Duffy said that Andrea told him that she wanted him to know she had told me about this matter.

I advised Captain Duffy that I was conducting an internal investigation and do not discuss this matter with anyone.

I then called Andrea Bradbury and advised her that I was conducting an internal investigation and do not discuss this matter with anyone.  Andrea advised me that she had told Captain Duffy that she had conversation with me about this matter.  Andrea also informed me that Lieutenant Myra Buys was present when she told Captain Duffy.

I called **Lieutenant Myra Buys** who stated that she was in the office when VA Bradbury told Captain Duffy that she spoke to me about the information that she learned from Detective Shannon Jensen.

I advised Lieutenant Buys that I was conducting an internal investigation and do not discuss this matter with anyone.

I called **Detective Shannon Jensen** and told her that I was conducting an internal investigation regarding the information that she told VA Andrea Bradbury.

I called **Undersheriff Holly Nicholson-Kluth** and informed her that I was ordering an internal investigation into a complaint regarding Chief Deputy Tim Moore. I asked Undersheriff Kluth what information she knew about Chief Deputy Tim Moore asking employees to write letters for the DCGOP stating that they would only support republican candidates. She told me the following:

- Undersheriff Kluth told me that she knew that Stu Parker asked Chief Deputy Tim Moore to write a letter for the DCGOP that Chief Moore would only support republican candidates.  Undersheriff Kluth said that Stu Parker had also asked her to write a letter to the DCGOP that she would only support republican candidates.
- Undersheriff Kluth said that after the DCGOP obtained the letters from the DCGOP command staff that they planned to get photos of the DCSO command staff off the web and post the pictures with their statements in support of the DCGOP and republican candidates.
- Undersheriff Kluth told me that she advised Chief Deputy Moore not to ask Captain Jenson to write a letter.
- Undersheriff Kluth told me that she wrote a letter for the DCGOP, but that she did not give it to them.

CONFIDENTIAL

Undersheriff Kluth became upset when I told her that not only was this conduct a policy violation, it is most likely a Hatch Act violation which is a Federal Crime.

- Undersheriff Kluth said that she did not ask anyone to write a letter.
- She said that the only person she told Chief Deputy Moore not to contact was Captain Jensen. And she said that she thought he only spoke with a couple others.

On or around Monday, September 21, 2020, Undersheriff Kluth posted the following on her personal FB account:

IA Tim Moore 092020.docx

DCSO 000006