CONFIDENTIAL

| DOUGLAS COUNTY SHERIFF'S OFFICE | | Policy and Procedure |
|---|---|---|
| General Administration<br>Office Structure | | P&P-A-100 |
| Effective Date: 12-08-19<br>Supersedes 12-06-18 | Approval: Sheriff | Number of Pages: 6 |
| References: CRS 16-2.5-101, PP-O-100, PP-L-100 | Reevaluation Date: Annually or as needed Reviewed | Standards: CALEA LE 1.1.1, LE 1.1.2, LE 1.2.1, LE 1.2.2, LE 11.1.1, LE 11.2.1, LE 11.3.1, LE 11.3.2, LE 12.1.2, LE 12.1.3, LE 12.1.4, COM 2.2.2, ACA 7D-04, 7D-05 |

## I. RELEVANT STATUES

16-2.5-101 C.R.S. *Peace Officer – description – general authority*

## II. AUTHORITY OF MANUAL

The Policies and Procedures set forth in this manual are for the guidance and direction of all members and employees of the Douglas County Sheriff's Office. They take effect on the date specified on the heading of each order and will contain a date when revisions are necessary.

## III. DEFINITION OF TERMS

***Civilian Employee***
Any regularly compensated member of the Office not commissioned as a peace officer by this agency.

***Employee***
Employee when used alone shall mean any regularly compensated member of this Office, both commissioned and civilian.

***May***
When used in instructions means permissive.

***Member***
Includes all Office employees, reserve personnel and volunteers.

***Peace Officer***
All members of the Office commissioned by the Sheriff pursuant to authority of Colorado Law, with authority to enforce laws and carry firearms granted under C.R.S. 16-2.5-101, *Peace Officer – description – general authority*. <LE 1.2.1><LE 1.2.2>

***Regular Deputy***
Any regularly compensated commissioned personnel of this Office.

***Reserve***
Includes all non-compensated members of this Office. Includes all reserve organizations, which are authorized by the Sheriff. <LE 1.2.1>

CONFIDENTIAL

***Shall***
When used in instructions means mandatory.

***Exempt Employee***
Full time employees (FTE) who are classified as executive, administrative or professional and exempt from the Fair Labor Standards Act.

***Essential***
Positions classified as essential provide a 24-hour, 7-day a week service, i.e.: commissioned members, detention specialists, dispatchers, and crime technicians. Accrual of vacation benefits is affected by this classification. Some administrative positions, although meeting the above criteria are not deemed essential due to their assigned tasks and responsibilities.

## IV. USE OF TERMS

***Tense***
The present tense shall also include the past and future.

***Gender***
The masculine gender also includes the feminine and neuter.

***Plurality***
The singular includes the plural and the plural includes the singular.

***Discretion***
*Shall*, *will*, and *must* are mandatory; *should* and *may* are permissive.

## V. OFFICE SUCCESSION – RANK IN ORDER OF SUCCESSION <LE 11.1.1>

Sheriff (Executive Officer)
Undersheriff (Executive Officer)
Chief Deputy (Executive Officer)
Captain

## VI. RANK

Office personnel are distinguished by rank, which is assigned in terms of level of responsibility within the chain of command. Each member's level of responsibility is accompanied by the commensurate authority necessary for the effective execution of their responsibilities. The individual in charge of a scene shall be the member having the highest rank who is on-duty and who has been given the direct responsibility for handling the situation. Incident Command protocol will be followed to effectively manage the incident. <LE 11.3.1a><LE 12.1.2b>

## VII. AUTHORITY OF RANK

The authority delegated or granted to Office personnel is generally confined to their respective area of responsibility. This may also include supervision over any subordinate members of the Office when necessary for efficient administration or when the conduct

CONFIDENTIAL

of the subordinate members is contrary to Office Policy and Procedures. This authority will be exercised with utmost discretion. Supervisors having rank should avoid giving direct commands to personnel not assigned to their control, except when required to do so in an emergency or for the good of the Office. When such action is required, the respective supervisor should be informed immediately. <LE 12.1.2c><LE 12.1.2d>

## VIII. SUPERVISORS

Employees designated as supervisors by virtue of their rank or position shall, in conformance with Office Policy and Procedures, be responsible for the work and conduct of subordinate personnel. <LE 11.3.2>

## IX. DELEGATION OF FUNCTIONS

Office functions that are similar or related in purpose, process, or methods, when possible, shall be grouped together in one or more sections, or divisions, under the control of an Office supervisor.

## X. DELINEATION OF FUNCTIONS

Lines of demarcation between the divisions are clearly drawn by a precise definition of duties and responsibilities, which are made known to all employees so that responsibility is accurately placed.

## XI. ORGANIZATION FOR COMMAND

Lines of control are established in conformity with the official organization of the Office to permit delegation of authority, place responsibility, provide for supervision of operations, and provide for coordination of effort.

## XII. CHAIN OF COMMAND

The chain of command shall be respected in all matters. Information and communication shall move up and down through channels, or horizontally with prior approval. It shall be the responsibility of each level to forward information and communications to the next higher or lower level, together with approval, disapproval, recommendation, or action taken unless indicated otherwise by Office Policy or Procedures. <LE 12.1.4>

## XIII. UNITY OF COMMAND

Each division, section, unit and individual employee of this office is under the immediate control of one person. Each executive and supervisor are responsible for the acts of their subordinates. <LE 11.2.1><LE 11.3.2>

## XIV. MANNER OF EXERCISING AUTHORITY

Authority in the Office shall be exercised in a courteous, fair, firm and impartial manner.

## XV. DELEGATION OF COMMENSURATE AUTHORITY

Supervisors shall make suitable and clearly defined delegation of authority so that maximum efficiency may be achieved. Employees directed to act in capacities above their ordinary rank or classification shall possess the authority of the higher rank or classification for the necessary period of time as designated by an employee of higher

CONFIDENTIAL

authority and shall be held accountable for the exercise of such authority. <LE 11.3.1b><COM 1.1.5>

## XVI. CONFLICT OF ORDERS

All members are required to obey the lawful order of a superior, including orders that are relayed by a member of equal or lesser rank. In the event of a conflict of orders, employees shall respectfully call such a conflict to the attention of the supervisor giving the last order. Should the latter not change the order, the order shall be obeyed. The employee shall not be held responsible for disobedience of any former order or for any violation of procedures in obeying the last order given. <LE 12.1.3>

## XVII. RESPONSIBILITY FOR COMPLETION

The supervisor is responsible for achieving essential objectives. When achieving objectives, supervisors have the authorization to delegate their authority, however, they may not delegate responsibility.

## XVIII. ORGANIZATIONAL STRUCTURE

See *P&P-O-100 Organization Charts* <7D-04>

## XIX. SUPERVISORY STRATIFICATION IN ORDER OF AUTHORITY

Sheriff (Executive Officer)
Undersheriff (Executive Officer)
Chief Deputy (Law Enforcement, Administrative Services, and (Executive Officer)
Division Captain (Professional Standards, Detentions, Investigations, Patrol, Highlands Ranch and Support Services)
Lieutenant/ Civilian Managers
Sergeant/ Supervisors / Acting Supervisors / Corporals
Deputy / Investigator / Deputy Technician / Civilians <LE 11.1.1>><7D-05>

## XX. SENIORITY

A. Command

When a question of seniority arises regarding who shall be in command, seniority shall be determined:

- First, by rank.
- Second, if members are of equal rank, by one member being designated as in command, either by job assignment or by order of an executive officer.
- Third, by continuous service in the Sheriff's Office, at the rank in question.

B. Administrative Functions

The Office recognizes seniority for these administrative functions as follows:

1. Shift bidding.
   - First, by rank.
   - Second, if members are of equal rank, then by time in rank.
   - When a civilian employee is promoted to the rank of Deputy Cadet, to attend a DCSO sponsored law enforcement academy, their seniority for the rank of deputy shall begin the date they begin attending that academy.
2. Vacation bidding.

CONFIDENTIAL

- First, by rank.
- Second, if members are of equal rank, then by continuous service with the Sheriff's Office.

When determining time in rank, time is calculated from the employee's current position (commissioned or non-commissioned rank) and is not necessarily synonymous with the time of hire with the Sheriff's Office. Civilian staff is generally calculated from the time of hire with the office and commissioned staff from either the time of commission or promotion. Although the office recognizes administrative seniority, the Sheriff or command staff may at any time supersede administrative seniority.

When determining seniority for vacation bidding among members of equal rank, the employee's 'continuous service' date of hire with the Sheriff's Office will determine their seniority.

The Douglas County Sheriff's Office also recognizes an employee's service in law enforcement by the wearing of a gold colored 'serving since' name plate that is worn on the uniform. The 'serving since' date will be determined by the employee's earliest date of continuous employment with Douglas County Government, including appointment as a reserve deputy sheriff.

If an employee discontinues regular employment with the Office and then immediately serves in a volunteer capacity, i.e. Reserve Deputy, then returns to employment within two years of separation, the former OSN will be restored as if no break in service occurred. Breaks in service for more than 2 years will revert to the employee's most recent hire date (after the break in service) to be used as their serving since date. Any break in service that is not accompanied by immediate service as a volunteer will not allow a returning employee to be restored their former OSN.

Commissioned members are authorized to wear hash marks on their class A and A+ uniforms. Hash marks distinguish the employee's total law enforcement service for any recognized law enforcement agency to include military police.

## XXI. OATH OF OFFICE

Additionally, any person appointed by the Sheriff to the position of Deputy Sheriff as a Peace Officer in the State of Colorado, County of Douglas will make oath as follows upon appointment:

"County of Douglas} ss. I, _______________, do solemnly swear, in the presence of the ever-living God, that I will support the Constitution of the United States and the Constitution of the State of Colorado, and that I will faithfully perform the duties of the office of Deputy Sheriff to the best of my skill and ability, so help me God". <LE 1.1.1><LE 1.2.1>

## XXII. CODE OF ETHICS

CONFIDENTIAL

All members of the Douglas County Sheriff's Office share equally in a commitment to its mission, goals and objectives, and are bound to the letter and spirit of the Law Enforcement Code of Ethics. <LE 1.1.2><COM 2.2.2>

By Order of the Sheriff