Kevin Duffy
September 19, 2022

```
 1  misspoke on that.  She -- I wasn't involved in any discipline
 2  with Ms. Nicholson-Kluth.  She was transferred to the detentions
 3  division, so therefore she was not under my span control
 4  anymore.
 5       Q.   Right.  So you didn't have any involvement with --
 6  with that decision?
 7       A.   That's correct.
 8       Q.   And just to be clear --
 9       A.   And that -- which decision?
10       Q.   Yeah.  Yeah.  So I wanted to clarify that.  So -- so
11  you were not involved with the decision to terminate?
12       A.   That's correct.
13       Q.   But you had some involvement with, maybe the decision
14  to transfer her?  Is that what you're suggesting?
15       A.   No.
16            MR. O'CONNELL:  Objection, form.
17  BY MR. BOHNET-GOMEZ:
18       Q.   Okay.  You also did not have any involvement with the
19  decision to transfer her?
20       A.   I have -- I was in the meetings where we were
21  discussing a lot of movements of various captains.  There was a
22  lot of things going on.  So I was in the meetings -- several
23  meetings with the executive officers where transfers and
24  movements were discussed.  One of which was Ms. Nicholson-Kluth.
25       Q.   Okay.  I'll ask you a little bit more about that
```