```
 1   of it.  So I have to say I'm not sure.
 2        Q.   Sitting here today, you can't recall any
 3   specific instance when you terminated someone for a
 4   pattern of misbehavior without first documenting the
 5   pattern?
 6        A.   I am not sure.
 7        Q.   Are you aware of any PCR compliant or
 8   investigation involving Ms. Kluth?
 9        A.   PCR or?  I'm sorry?
10        Q.   PCR complaint or investigation.
11        A.   No.  PCR -- no.
12        Q.   Okay.  So we've talked quite a bit about the
13   various policies and procedures that apply to employee
14   discipline; what policies and procedures apply when an
15   employee is accused of support their Sheriff's
16   mission, vision, and values?
17        A.   What policy?
18        Q.   Yeah.  What employment and disciplinary
19   policies and procedures apply when the conduct at
20   issue is failing to support the Sheriff's mission,
21   vision, and values?
22        A.   I would have to review the policy.
23        Q.   Um-hum.
24        A.   And find out which policies would apply to
25   that.
```

1   issue was.  I do remember, though, let's get a handle
2   on this and make sure that we're -- we have good
3   controls on what's going on here.
4        Q.   Okay.  So there may have been issues with
5   Detective Jensen's tweets.  Do you recall an issue
6   with Ms. Kluth's tweets?
7        A.   I don't remember the issues.
8        Q.   Do you recall any discussion with Sheriff
9   Spurlock about anyone's tweets?
10       A.   I don't.
11       Q.   Okay.  Let me turn your attention to Exhibit
12  30.  If I could have you turn to Page DCSO 2468.
13       A.   6-8?
14       Q.   2468.  Do you see the email chain that
15  begins on this page with you as one of the
16  correspondents?
17       A.   I guess this ends on this page, or it begins
18  on this page, correct?
19       Q.   Are you at 2468?
20       A.   Yes.
21       Q.   Oh, yeah, because they're in reverse
22  chronological order, but the email chain is three
23  pages long.
24       A.   Okay.
25       Q.   Is that right?  Do you recall these emails?

```
 1        A.   No.
 2        Q.   Seems to be about the Patrol Division's
 3   beard policy.
 4        A.   Okay.
 5        Q.   Was that a dispute that you recall?
 6        A.   I don't know if it was a dispute.  In fact,
 7   I don't even remember the issue, what the issue was
 8   around having beards.
 9        Q.   Okay.
10        A.   But sometimes what occurs is someone will
11   enact a policy, write a memo to make something happen,
12   and then, they don't rescind that memo or don't -- I
13   say something about here, maybe they should include
14   something like until further notice.
15        Q.   Um-hum.
16        A.   Because if it's good for 60 days and then we
17   don't change the policy or someone doesn't follow up
18   on things, then, people don't understand what is the
19   policy.  So it sounds as though something was in
20   effect for 60 days, nobody changed the policy, so
21   either we should change the policy or have something
22   until future notice.  And this was not necessarily a
23   Patrol issue.  This was a department-wide issue,
24   probably initiated out of Patrol, but the wording of
25   beards and stuff would be applicable to all members of
```