CONFIDENTIAL

# Incident Details Report
## Douglas County Sheriff's Office

1/14/2022

| **Employees:** | Nicholson-Kluth, Holly (8903) |

## Confidential Medical Files

**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 5/25/2021
**By:** Moreland, Kathleen (1640)  **Entered:** 5/25/2021

Hiring/Background medical documentation for Holly Nicholson-Kluth

## Personnel File

**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 5/25/2021
**By:** Moreland, Kathleen (1640)  **Entered:** 5/25/2021

Prior Yellow Files for Holly Nicholson-Kluth

## Personnel Action Forms

**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 3/1/2021
**By:** Bylin, Angela (0113)  **Entered:** 2/26/2021

PAF - Move from Patrol to Detentions

## Conduct / Demeanor

**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 2/15/2021
**By:** Duffy, Kevin (8905)  **Entered:** 2/22/2021

I (Chief Duffy) had set a meeting with the six patrol Lieutenants to have a private meeting with them. I wanted to stress to the Lieutenants that with a Captain being placed on admin



DCSO 000951

leave, that I wanted to ensure that they be the leaders of the teams and to keep their Sergeants and teams focused and not to get caught up in any rumors or speculation. I also wanted to just have an informal conversation with them regarding the upcoming promotions and transfers, that there would be a lot of changes being made, and again, not to get caught up in rumors. This meeting was set up via email between the Lieutenants and the myself. When Capt. Nicholson-Kluth learned of the meeting, she emailed the me stating, "I've been told you are holding a meeting with my Lieutenants and wanted to know if I can attend?"
I replied, "I'm meeting with them privately." She then sent a second email stating, "With all due respect, I understood meeting with all of the Lieutenants during the transition of Executive positions to get a feel for how the divisions were running prior to me being assigned to Patrol, however, I have been in my position for 3 months, and unless this is an internal investigation, I do not understand why a meeting with lieutenants I supervise, privately, without notifying me, is appropriated. I've attached our policy on chain of command.
I have been respectful of chain of command up the chain to you and would not consider violating that without first discussing any issues with you, and I believe you should have the same respect to my subordinates. By going to them directly to give them information or gathering information in my opinion is a violation of policy. I respectfully ask to attend."
I replied that that I do not have to ask permission to meet with Lieutenants. I scheduled a meeting with Captain N-Kluth to discuss her allegations that I had violated policy. She was respectful during the meeting, but she also believed that I had an obligation to notify her before the meeting. She was also upset that the patrol Admin. Secretary had been invited to the mtg with the lieutenants. I explained that I did this for her benefit, I wanted the secretary to take notes and instructed her to send her the copy of the notes as soon as the meeting was over. I also explained that this was not a violation of policy and her demeanor was improper, her allegation was unfounded and would not be tolerated this insubordination in the future.

## Accountability

**For:** Nicholson-Kluth, Holly (8903)   **Occurred:** 2/9/2021
**By:** Duffy, Kevin (8905)   **Entered:** 2/22/2021

Captain Nicholson-Kluth sent an email directly to the Sheriff requesting to change an SOP involving the CSV's and changing the schedule and manner of doing the house watches. The proposed change was never discussed with the Chief of the LEB and it caught the Chief and Undersheriff off-guard. Chief Duffy did meet with her to advise her that this was not following the chain-of-command and that in the future, any suggestions she wants to be brought to the Sheriff, must first go through the proper chain of command.

## Unity

**For:** Nicholson-Kluth, Holly (8903)   **Occurred:** 1/28/2021



| | | | |
|---|---|---|---|
| **By:** | Duffy, Kevin (8905) | **Entered:** | 2/22/2021 |

Captain Nicholson-Kluth has been working diligently with the US Forrest Service and the County, in exploring new sites and homes that could be used for our Dist. 8 residential deputies. During her inspections and meetings, she learned that one of our residential deputies is actually living in a home located on the Jeff. Co side of Pike Nat'l Forrest. She learned that this is causing a hardship to this deputy who must re-register his POV, get his DL and registered to vote in Jeff Co, even though his considers himself to be a Doug Co resident. She is exploring the possibility to have talk with the Doug Co Clerk-n-Recorder's office to see if this can be resolved. This is an example of Capt. N-Kluth looking out for one of our officers to ensure they are being treated fairly.

## Ingenuity

| | | | |
|---|---|---|---|
| **For:** | Nicholson-Kluth, Holly (8903) | **Occurred:** | 1/31/2021 |
| **By:** | Duffy, Kevin (8905) | **Entered:** | 2/22/2021 |

Captain Nicholson-Kluth began exploring if the collection of found bikes and the amount of time it takes to process these bikes is the most efficient thing the office could be doing. She has been diligent in looking at this problem for various aspects and after several conversations with Command, EVTECH, Detectives, Patrol and CSV's, she has tabled the idea to change this specific SOP but will continue to study if there really is a need for this service.

## Leadership Demonstrated

| | | | |
|---|---|---|---|
| **For:** | Nicholson-Kluth, Holly (8903) | **Occurred:** | 11/15/2020 |
| **By:** | Duffy, Kevin (8905) | **Entered:** | 2/22/2021 |

Captain Nicholson-Kluth was transferred to the Patrol Division as one of two Captains in the Division. This was the first time the Office has had two Captains in command of one division. She was assigned to the A-side working a Sun - Weds. Since taking on this new and challenging assignment, Capt. N-Kluth has done a very good job in working to familiarize herself with all the policies and SOP's for the patrol division. While doing this, she recognized that many of the SOP's have not been updated or revised properly and took the initiative to begin doing the revisions herself, or to assign them to the appropriated team our unit. She took on the following special assignments:
• Town of Larkspur Contract and Liaison
• Castle Pines Contract and Liaison
• Forest Service Contract and Liaison and oversight of the Dist. 8 residential deputies
• Reserve Officers Oversight assigned to Patrol
• CSV's oversight assigned to Patrol
• Explorer Post Command Oversight
Capt. N-Kluth also assisted the Chief Deputy in detailing was tasks or assignments were



given to the Patrol Watch Commanders, to include K-9 Program, FTO Program & Traffic Unit. During her time in Patrol, she has made tremendous strides in organizing a more consistent and efficient method to the Safe-2-Tell tips that come in after hours. She has been working diligently in communicating the needs of patrol in various trainings for the AXON Files, NWS, Guardian Tracker, PowerDMS, etc. She was met with some resistance by the other Captain of Patrol and the Capt. of Professional Standards. She maintained that the training is needed and is sticking to her belief that this needs to be done in the best interest of the Supervisors and the office

Capt. N-Kluth has done a very good job in making sure that all CALEA mandates are being adhered to and documentation is going to our CALEA Coordinator. She has worked very hard to ensure that our Reserve Officers and CSV's are working in accordance to our standards and to identify priorities that the CSV program could be working on that would improve their efficiency. When the Chief of Support Services requested someone from Patrol take over the oversight of the CSV's assigned to Patrol, Capt. N-Kluth didn't hesitate and took on this task and responsibility and continues to work very hard to ensure the CSV's are working in coordination with Patrol, while meeting these volunteers needs.

She is working very hard to communicate with the Chief daily and keeps him appraised of critical incidents or challenges. She is settling into this new assignment which has been a personal and professional challenge. She is to be commended for her bravery and commitment to the office.

## Leadership Demonstrated

**For:** Nicholson-Kluth, Holly (8903)     **Occurred:** 1/31/2021

**By:** Duffy, Kevin (8905)     **Entered:** 2/1/2021

Captain Nicholson-Kluth will continue to serve on the Public Safety Communication Subcommittee (PSCS) as a representative of DCSO using the 800 MHz, and other systems like VHF and UHF, as well as private 800 MHz systems (Adams County's FRCC and El Paso County's PPRCN, as well as Denver and Aurora's system. This is a state-wide subcommittee and having Capt. Nicholson-Kluth's knowledge and experience is critical to the DCSO.

## Training - External

**For:** Nicholson-Kluth, Holly (8903)     **Occurred:** 9/14/2020

**By:** Spurlock, Lindsey (1826)     **Entered:** 12/3/2020

2020 Undersheriffs Fall Conference

## Training - Internal



**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 10/14/2020
**By:** Spurlock, Lindsey (1826)  **Entered:** 12/1/2020

CPR card, expires 5/31/21

## Personnel Action Forms

**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 11/21/2020
**By:** Bylin, Angela (0113)  **Entered:** 12/1/2020

PAF - From Undersheriff to Captain

## Modified Duty Forms

**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 9/28/2020
**By:** Bylin, Angela (0113)  **Entered:** 10/1/2020

Modified Duty Restrictions

## Training - External

**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 1/6/2020
**By:** Spurlock, Lindsey (1826)  **Entered:** 1/27/2020

County Sheriff's of Colorado Undersheriff's Conference

## Community Relations Event

**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 8/6/2019
**By:** Johnson, Steven (1423)  **Entered:** 8/12/2019

On Tuesday, August 6th, 2019, our agency participated in National Night Out, which is an "annual community-building campaign that promotes police-community partnerships and neighborhood camaraderie to make our neighborhoods safer, more caring places to live."



National Night Out enhances the relationship between neighbors and law enforcement while bringing back a true sense of community. Furthermore, it provides a great opportunity to bring police and neighbors together under positive circumstances."

National Night Out has occurred for 36 years. It is estimated that 38 million neighbors participated nationwide this year.

In Douglas County we always strive to come together in those positive circumstances where we can. National Night Out is the cornerstone for us to do that!
Your participation in National Night Out this year is valued and very much appreciated.

Thank you!

## Documentation Proficiency

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 7/23/2019

**By:** Spurlock, Anthony (8003)    **Entered:** 7/23/2019

Undersheriff's documentation/ evaluation on job performance 2018-

## Confidential Medical Files

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 12/20/1988

**By:** Bylin, Angela (0113)    **Entered:** 5/30/2019

Pre-employment Medical

## Confidential Medical Files/Hep B

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 5/6/1992

**By:** Bylin, Angela (0113)    **Entered:** 5/30/2019

Hep B Documentation

## Confidential Medical Files

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 6/9/2008



DCSO 000956

**By:** Bylin, Angela (0113)  **Entered:** 5/30/2019

Respirator Cert

## Personnel File
**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 11/1/2018
**By:** West, Taylor (0753)  **Entered:** 11/1/2018

Prior red and yellow files.

## Confidential Emergency Contact
**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 5/30/2018
**By:** Davis, Taylor (1747)  **Entered:** 5/30/2018

Updated LODD Packet

## Personnel Action Forms
**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 12/21/2017
**By:** Doyle, Michael (1309)  **Entered:** 1/25/2018

2018 MERIT INCREASE EFFECTIVE 12/21/17

## Training - External
**For:** Nicholson-Kluth, Holly (8903)  **Occurred:** 10/6/2017
**By:** Nicholson-Kluth, Holly (8903)  **Entered:** 10/12/2017

FBINAA training certificate



DCSO 000957

## Personnel Action Forms

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 12/21/2016
**By:** Chance, Corey (0619)    **Entered:** 1/25/2017

PAF 12-21-16 Merit Increase

## Formal Awards

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 12/1/1994
**By:** Chance, Corey (0619)    **Entered:** 11/30/2016

*****Deputy of the Year 1994*****

## Training - Internal

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 8/15/2016
**By:** Lavelle, Coltt (1649)    **Entered:** 8/15/2016

Internal prior to 08/15/16

## Training - Inservice

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 8/15/2016
**By:** Lavelle, Coltt (1649)    **Entered:** 8/15/2016

In-Service prior to 08/15/16

## Training - External

**For:** Nicholson-Kluth, Holly (8903)    **Occurred:** 8/15/2016
**By:** Lavelle, Coltt (1649)    **Entered:** 8/15/2016

External prior to 08/15/16



DCSO 000958

### Education - POST Cert.

**For:** Nicholson-Kluth, Holly (8903)   **Occurred:** 8/15/2016
**By:** Lavelle, Coltt (1649)   **Entered:** 8/15/2016

POST Cert. Prior to 08/15/16

### Education - College Transcript

**For:** Nicholson-Kluth, Holly (8903)   **Occurred:** 8/15/2016
**By:** Lavelle, Coltt (1649)   **Entered:** 8/15/2016

College Transcript prior to 08/15/16



DCSO 000959