## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-3417-NYW-MEH

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK,
Individually and in his official capacity as Douglas County Sheriff,

    Defendant.

_____

### DEFENDANT TONY SPURLOCK'S RESPONSES TO
### PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION
_____

Defendant Tony Spurlock, Individually and in his official capacity as Douglas County Sheriff, by and through his counsel, William T. O'Connell, III and Saugat K. Thapa of Wells, Anderson & Race, LLC, hereby submits his Responses to Plaintiff's First Set of Requests for Admission as follows:

### MATTERS TO BE ADMITTED

1. Political loyalty or affiliation is not an appropriate requirement for the effective performance of the Captain of Detentions position at the Douglas County Sheriff's Office.

Response:    Admit.

2. All documents produced in this case by You in disclosures or in response to discovery requests in this case are authentic under Rule 901 of the Federal Rules of Evidence.

Response:    Admit.

Dated this 17th day of August, 2022.

Respectfully submitted,

*s/ William T. O'Connell, III*
William T. O'Connell, III
Saugat K. Thapa
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 900
Denver, CO  80290
Telephone: 303-830-1212
*woconnell@warllc.com*
*sthapa@warllc.com*

**ATTORNEYS FOR DEFENDANT TONY SPURLOCK**

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, a true and correct copy of the above and foregoing **DEFENDANT TONY SPURLOCK'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** was electronically served via e-mail on the following e-mail addresses:

Felipe Bohnet-Gomez, Esq.
Matthew J. Cron, Esq.
Siddhartha H. Rathod, Esq.
**RATHOD MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, CO  80205
*fbg@rmlawyers.com*
*mc@rmlawyers.com*
*sr@rmlawyers.com*

*s/ Joan E. Hoover*
Joan E. Hoover