IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3417-NYW-MEH

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR TWO WEEK EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

    Defendant Tony Spurlock, by and through his counsel of record William T. O'Connell, III and Saugat K. Thapa of Wells, Anderson & Race, LLC, hereby submits his Unopposed Motion for Two Week Extension of Time to File Reply in Support of Motion for Summary Judgment and states as follows:

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)**

    Plaintiff's counsel does not object to the relief requested herein.

    1.    Defendant filed his Motion for Summary Judgment on December 2, 2022. [Doc. No. 30].

    2.    On December 19, 2022, Plaintiff filed an Unopposed Motion for Extension of Time for Summary Judgment Response seeking an additional three weeks to file her Response to Defendant's Motion for Summary Judgment. [Doc. No. 34]. Plaintiff's Unopposed Motion was granted on December 22, 2022. [Doc. No. 36].

3. Plaintiff filed her Response to Defendant's Motion for Summary Judgment ("Plaintiff's Response") on January 13, 2023. [Doc. No. 38].

4. Defendant's Reply in support of his Motion for Summary Judgment is due January 27, 2023.

5. Defendant's counsel was in a United States Department of Labor bench trial/hearing before Administrative Law Judge Steven B. Berlin from January 17, 2023 to January 20, 2023. Defendant's counsel was actively preparing for the trial/hearing in the weeks preceding January 17, 2023.

6. A brief two-week extension of time, through and including February 10, 2023, is necessary for Defendant's counsel to fully analyze the arguments presented in Plaintiff's Response and prepare a thorough Reply to same.

7. This short extension is requested for good cause and not made for any improper or dilatory purpose. Plaintiff does not object to the extension and the extension will not affect any current case deadlines.

8. Defendant has received three previous extensions in this case. A two-week extension of Defendant's deadline to respond to Plaintiff's discovery was stipulated to pursuant to D.C.COLO.LCivR 6.1(a) on May 3, 2022. [Doc. No. 19]. Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Set of Requests for Production was granted on September 2, 2022. [Doc. No. 25]. The Parties' Joint Extension of Time to file motions for summary judgment was granted on November 14, 2022. [Doc. No. 29].

9. Pursuant to D.C.COLO.LCivR 6.1(c), this Motion has been served contemporaneously by undersigned counsel on Defendant.

WHEREFORE, Defendant Tony Spurlock respectfully requests an extension of time through and including February 10, 2023 to file his Reply in Support of Motion for Summary Judgment.

Dated this 20th day of January, 2023.

                                        Respectfully submitted,

                                        *s/ William T. O'Connell, III*
                                        William T. O'Connell, III
                                        Saugat K. Thapa
                                        Wells, Anderson & Race, LLC
                                        1700 Broadway, Suite 900
                                        Denver, CO 80290
                                        T: 303-830-1212
                                        Email:  woconnell@warllc.com
                                        Email:  sthapa@warllc.com

                                        **ATTORNEYS FOR DEFENDANT TONY SPURLOCK**

## CERTIFICATE OF SERVICE

      I hereby certify that on January 20, 2023, I filed a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR TWO WEEK EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Felipe Bohnet-Gomez
Matthew J. Cron
Siddhartha H. Rathod
Rathod Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
303-578-4400
*fbg@rmlawyers.com*
*mc@rmlawyers.com*
*sr@rmlawyers.com*

ATTORNEYS FOR PLAINTIFF

                                        *s/ Barbara McCall*
                                 Barbara McCall, Legal Assistant