IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-3417-NYW-MEH

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, individually, and in his official capacity as Douglas County Sheriff,

    Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR TWO WEEK EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The Court, being fully advised, hereby **GRANTS** Defendant's Unopposed Motion for Two Week Extension of Time to File Reply in Support of Motion for Summary Judgment. Defendant's Reply is due on or before February 10, 2023.

Dated this ___ day of _____, 2023.

                        BY THE COURT

                        _____
                        United States District Court Judge