Philip Domenico  Non-Confidential
August 30, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-3417-NYW

HOLLY KLUTH,

        Plaintiff,

vs.

TONY SPURLOCK,
Individually and in his official
capacity as Douglas County Sheriff,

        Defendant.
_____

DEPOSITION OF PHILIP DOMENICO

******* NON-CONFIDENTIAL PORTIONS ONLY *********

DATE TAKEN:        August 30, 2022

TIME:              9:37 a.m. - 6:42 p.m.
                   (Based on Time Zone from Notice)

LOCATION:          Rathod Mohamedbahai, LLC
                   2701 Lawrence Street, Suite 100
                   Denver, Colorado 80205

Reported By:
Jessica Wharton, Certified Court Reporter

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit W

Philip Domenico  Non-Confidential
August 30, 2022

1   supervisor makes some kind of a log entry, whether that be

2   positive or negative, that would be in there.  I think we would

3   put in their personnel action forms; you know, whenever there

4   was a pay adjustment, it gets put into Guardian Tracking.  I

5   guess I could look at it and tell you more things.

6       Q.   Well, let me ask you a couple of questions about what

7   you've already said.

8            What's a supervisor log entry?

9       A.   So if somebody does something that's either noteworthy

10  or -- or if you want to -- if they did something that you want

11  to bring to their attention as an expectation for improvement,

12  you can go into the Guardian Tracking and put a narrative in

13  there, and then they get a chance to see that and respond to it,

14  and then people within that individual's chain of command can

15  also see that entry and respond to it as well.

16      Q.   So if an entry is in Guardian Tracker, does that

17  suggest that it is noteworthy in some manner?

18      A.   Yes.

19      Q.   Do -- are most -- are noteworthy performance issues

20  supposed to be documented via a supervisor log entry?

21           MR. THAPA:  Object to form.  You may answer.

22           THE WITNESS:  So your question as it states is, are

23      they supposed to be in there?  So the answer is, no, that's

24      up to the individual supervisor, what they would put in

25      there.

Philip Domenico  Non-Confidential
August 30, 2022

```
 1                    CERTIFICATE OF REPORTER

 2

 3    STATE OF COLORADO

 4    COUNTY OF DENVER

 5         I, Jessica Wharton, Certified Court Reporter, State of

 6    Colorado, do hereby certify that I was authorized to and did

 7    electronically report the deposition of PHILIP DOMENICO; that

 8    PHILIP DOMENICO was duly sworn on the date indicated; that the

 9    questions and answers thereto were reduced to typewriting under

10    my direction; that a review of the transcript was requested; and

11    that the foregoing is a true and accurate electronic recording

12    of the proceedings.

13         I FURTHER CERTIFY that I am not a relative, employee, or

14    attorney, or counsel of any of the parties, nor am I a relative

15    or employee of any of the parties' attorneys or counsel

16    connected with the action, nor am I financially interested in

17    the action.

18

19         DATED this 27th of September of 2022.

20

21

22    _____

23    Jessica Wharton, Certified Court Reporter

24

25
```

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit W

Philip Domenico  Non-Confidential
August 30, 2022

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3        I, Austin Goodrich, do hereby certify that I transcribed

4   the electronic recording produced by Jessica Wharton, Certified

5   Court Reporter, State of Colorado, of the deposition of PHILIP

6   DOMENICO on the record; and that the foregoing transcript is a

7   true transcript of said electronic recording.

8        I FURTHER CERTIFY that I am not a relative, employee,

9   attorney, or counsel of any of the parties, nor am I a relative

10  or employee of any of the parties' attorneys or counsel

11  connected with the action, nor am I financially interested in

12  the action.

13

14       DATED this 27th of September of 2022.

15

16

17   _____
     Austin Goodrich
18

19

20

21

22

23

24

25

Philip Domenico   Non-Confidential
August 30, 2022

```
 1              E R R A T A   S H E E T

 2

 3   Witness: PHILIP DOMENICO
     RE: KLUTH vs. SPURLOCK
 4   Date of Proceeding: ~~August 30, 2022~~ September 12, 2022
     U.S. Legal Support Reference No.: 6192821-002
 5

 6       PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
            REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 7

 8       Page / Line /    Change    /       Reason

 9       36 / 18 / past to POST (u/c) / POST is an acronym for Peace
                                         officer Standards in Training

10       39 / 14 / IR to IA / I believe this is a typo

11       58 / 19 / conductes to conducted / I believe this is a typo

12       60 / 18 / Insert the word "not" / Because on line 20, my answer
                   before the word "repat" / was "yes"

13       74 / 25 / tendered to tenured / That's what I said (typo)

14       90 / 18 / Morris to Moore's / I believe this is a typo

15       109 / 11 / put to part / I believe this is a typo

16       139 / 15 / remember to member / I believe this is a typo

17       ____ / ____ / _____ / _____

18       ____ / ____ / _____ / _____

19   Under penalties of perjury, I declare that I have
     read the foregoing transcript and that the facts stated in it
20   are true.
     P. E. Domenico               Oct. 17, 2022
21   PHILIP DOMENICO              Date

22   (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
     Sworn and subscribed to before me this ___ day of
23   _____, 20___.

24   _____    _____
     Notary Public               PHILIP DOMENICO
25
```

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit W