Steve Johnson
September 23, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO.: 1:21-cv-3417-NYW

HOLLY KLUTH,

    Plaintiff,

vs.

TONY SPURLOCK, Individually and in
his official capacity as Douglas
County Sheriff,

    Defendant.
_____/

DEPOSITION OF STEVE JOHNSON

DATE TAKEN:   September 23, 2022

TIME:         9:41 a.m. - 4:44 p.m. MT

LOCATION:     RATHOD MOHAMEDBHAI LLC,
              2701 Lawrence Street
              Denver, Colorado 80205

Reported By:

Jessica Wharton, Court Reporter

Steve Johnson
September 23, 2022

1  A.  This has to do with the core hours for the
2  Administrative Services Bureau of Captains.
3  Q.  So the bottom email on the chain is from you
4  to Brad Heyden, Timothy Moore, and Holly Kluth
5  regarding essentially working Monday through Friday,
6  8:00 to 5:00; is that right?
7  A.  Yes.
8  Q.  Why did you send this email?
9  A.  Probably for the continuity of my operation.
10 It also, in addition to the regular business
11 hours -- it also states, I understand that you may
12 need some flexibility on particular days underlined,
13 and I will work with you on those individually, but my
14 expectation is that you're here Monday through Friday,
15 8:00 to 5:00.  I understand this to be the
16 exception -- excuse me, expectation for all of the
17 captains.
18 Q.  So you wanted to set that expectation for
19 your reports?
20 A.  Yes.
21 Q.  Did you have any issue with Ms. Kluth
22 meeting that expectation?
23 A.  Not overall, no.
24 Q.  And on the top email, that's from you to
25 Kevin Duffy, you say, I explained to this Captain

Steve Johnson
September 23, 2022

| | |
|---|---|
| 1 | Kluth.  She got all sorts of snippy with me about this |
| 2 | and stomped out of my office and acted very |
| 3 | unprofessional which I will not stand for. |
| 4 |     Do you see that? |
| 5 | A.   I do see that. |
| 6 | Q.   What did you -- why did you send this email |
| 7 | to Kevin Duffy? |
| 8 | A.   The only thing that I can figure that I sent |
| 9 | to Kevin Duffy is that this is something that the |
| 10 | undersheriff put out as needed, that he wanted both |
| 11 | bureaus to be following at that time. |
| 12 |     And so in communication with the |
| 13 | other -- and I can only surmise that that's why I did |
| 14 | it, I sent this to Kevin Duffy. |
| 15 | Q.   Did you recall that conversation with |
| 16 | Ms. Kluth where you explained the core hours to her? |
| 17 | A.   Not any further than what's in the email. |
| 18 | Q.   Did you ever bring Ms. Kluth's demeanor to |
| 19 | anyone else's attention other than Kevin Duffy's? |
| 20 | A.   I may have; I may not have.  I -- I don't |
| 21 | know. |
| 22 | Q.   Do you recall what Ms. Kluth did that caused |
| 23 | you to say that she was snippy with you? |
| 24 | A.   No, other than being snippy. |
| 25 | Q.   What does that mean to you? |

```
 1   perspective, was Ms. Kluth meeting the mission,
 2   vision, and values of the agency at the time she was
 3   captain in the detentions?
 4        A.   At the time that she was the captain of the
 5   detentions bureau, Captain Kluth was -- was meeting my
 6   expectations in the very brief period of time that I
 7   had her.  Granted also, obviously, I felt compelled to
 8   document that at one day in one small snapshot in
 9   time, she was snippy and stormed out of my office.
10             I can't rule out that she has a example of
11   me being snippy and storming out of her office.
12        Q.   But that one example where you thought she
13   was snippy, that would be outweighed by her positive
14   attributes --
15        A.   Yes.
16        Q.   -- she's had to the agency?
17        A.   Yes.
18        Q.   I think you touched on this earlier.  But
19   your political affiliation is as an independent?
20        A.   Was as an independent.
21        Q.   And has it changed?
22        A.   Yes.
23        Q.   What is it now?
24        A.   Again, I'm just going to have to ask, how is
25   that relevant?
```

```
 1              CERTIFICATE OF REPORTER

 2

 3    STATE OF COLORADO   )

 4    COUNTY OF DENVER    )

 5

 6         I, Jessica Wharton, Court Reporter, do hereby

 7    certify that I was authorized to and did

 8    electronically report the deposition of STEVE JOHNSON;

 9    that the STEVE JOHNSON was duly sworn on the date

10    indicated; that the questions and answers thereto were

11    reduced to typewriting under my direction; that a

12    review of the transcript was requested; and that the

13    foregoing is a true and accurate electronic recording

14    of the proceedings.

15         I FURTHER CERTIFY that I am not a relative,

16    employee, or attorney, or counsel of any of the

17    parties, nor am I a relative or employee of any of the

18    parties' attorneys or counsel connected with the

19    action, nor am I financially interested in the action.

20         DATED this 10th day of October 2022.

21

22                    _____

23                    Jessica Wharton, Court Reporter

24

25
```

|    |                                                                                 |
|----|---------------------------------------------------------------------------------|
| 1  | CERTIFICATE OF TRANSCRIPTIONIST                                                 |
| 2  |                                                                                 |
| 3  | I, Christine Urrego, do hereby certify that I                                   |
| 4  | transcribed the electronic recording produced by                                |
| 5  | Jessica Wharton, Court Reporter, of the deposition of                           |
| 6  | STEVE JOHNSON; and that the foregoing transcript is a                           |
| 7  | true transcript of said electronic recording.                                   |
| 8  |                                                                                 |
| 9  | I FURTHER CERTIFY that I am not a relative,                                     |
| 10 | employee, attorney, or counsel of any of the parties,                           |
| 11 | nor am I a relative or employee of any of the parties'                          |
| 12 | attorneys or counsel connected with the action, nor am                          |
| 13 | I financially interested in the action.                                         |
| 14 |                                                                                 |
| 15 | DATED this 10th day of October 2022.                                            |
| 16 |                                                                                 |
| 17 | *[signature: Christine Urrego]*                                                 |
| 18 | _____                                                  |
| 19 | Christine Urrego                                                                |
| 20 |                                                                                 |
| 21 |                                                                                 |
| 22 |                                                                                 |
| 23 |                                                                                 |
| 24 |                                                                                 |
| 25 |                                                                                 |

```
                          Steve Johnson
                        September 23, 2022

 1                    E R R A T A   S H E E T
 2   Witness: STEVE JOHNSON
     RE: HOLLY KLUTH vs. TONY SPURLOCK, Individually and in
 3   his official capacity as Douglas County Sheriff
     Date of Proceeding: September 23, 2022
 4   U.S. Legal Support Reference No.: 6201513-001

 5      PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
           REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7   Page  /  Line  /    Change      / Reason

 8   ____ / ____ / _____ / _____

 9   ____ / ____ / _____ / _____

10   ____ / ____ / _____ / _____

11   ____ / ____ / _____ / _____

12   ____ / ____ / _____ / _____

13   ____ / ____ / _____ / _____

14   ____ / ____ / _____ / _____

15   ____ / ____ / _____ / _____

16   ____ / ____ / _____ / _____

17   ____ / ____ / _____ / _____

18   ____ / ____ / _____ / _____
     Under penalties of perjury, I declare that I have
19   read the foregoing transcript and that the facts
     stated in it are true.
20   [signature]                      10-25-2022
21   STEVE JOHNSON                    Date

22   (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
     Sworn and subscribed to before me this 25th day of
23   October                  , 2022.

24   [signature]                      [signature]

25   NOTARY PUBLIC                    STEVE JOHNSON
```

DOUGLAS SCALF JR.
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224003450
MY COMMISSION EXPIRES 01/25/2026

U.S. Legal Support | www.uslegalsupport.com          195