```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLORADO

 3              CIVIL ACTION No. 1:21-CV-3417-NYW

 4

 5   HOLLY KLUTH,

 6           Plaintiff,

 7   vs.

 8   TONY SPURLOCK, individually and
     in his official capacity as Douglas
 9   County Sheriff,

10           Defendant.
     _____/
11

12                DEPOSITION OF DAVID WALCHER

13

14

15

16      DATE TAKEN:    August 26, 2022

17      TIME:          10:04 a.m. to 6:44 p.m.
                       MOUNTAIN TIME
18

19      LOCATION:      RATHOD MOHAMEDBAHAI, LLC
                       2701 Lawrence Street, Suite 100
20                     Denver, Colorado 80205

21

22   Reported By:
     Jessica Wharton, Reporter
23

24

25
```

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit Y

1    Q.   And I think before the break we discussed,
2    you know, the example of an employee that commits a
3    homicide.  Setting those clear examples aside, what
4    makes something egregious such that, you know, you
5    might take the response as outside of policy or at a
6    more serious level?
7    A.   Well, for me, you know, I described the
8    homicide arrest.  That's way over here.  But for me,
9    personally, it could be disregarding, for instance, a
10   direct order.  It could be a pattern of disregarding
11   orders, or a pattern of not getting things done, a
12   pattern of -- pattern of behavior.  Or it's something
13   if maybe there are things that I could do that the
14   Sheriff would say, you know what, I -- I don't want
15   you to be my Undersheriff.  And I understand that.
16   Right?
17          But it's all the -- I just know how I -- I
18   see it, but I'm looking for -- it's serious that we're
19   done.  Okay?  Or serious of a pattern of poor behavior
20   and judgment and noncompliance with -- with -- with
21   good judgment, and skills, and things like that.  You
22   want to give people the opportunity to succeed.  And
23   sometimes they don't succeed, and you have to take
24   action.
25   Q.   Um-hum.

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit Y

| | |
|---|---|
| 1 | A.   Absolutely not.  Necessarily, depending upon |
| 2 | the reasons.  A transfer in and of itself of any |
| 3 | member -- chief, captain, let's pick those.  That is |
| 4 | not an indication of any captain position more |
| 5 | desirable, less desirable.  A captain's a captain's a |
| 6 | captain.  And even in our captain job description, |
| 7 | it's one job description, and it has a few verbs -- |
| 8 | verbiages about -- a few lines about, if assigned to |
| 9 | Highland's Ranch, if assigned to Patrol, if assigned |
| 10 | to Investigations, if assigned to Detentions.  So a |
| 11 | captain's a captain.  So it's not any sort of -- it's |
| 12 | no sort of negative to be transferred in and of |
| 13 | itself.  We have to make those moves sometimes. |
| 14 | Q.   And they happen routinely, you said? |
| 15 | A.   Define routinely. |
| 16 | Q.   They happen from time to time. |
| 17 | A.   Yes. |
| 18 | Q.   Is there anything else that you recall about |
| 19 | why Ms. Kluth was transferred from Patrol to |
| 20 | Detentions that we haven't talked about? |
| 21 | A.   Not at this moment. |
| 22 | Q.   Okay.  So you -- you said Jim Jensen was |
| 23 | terminated? |
| 24 | A.   Yes. |
| 25 | Q.   Do you know why? |

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit Y

David Walcher
August 26, 2022                                                                 295

1          CERTIFICATE OF OATH FOR WITNESS
2
3
4
5    STATE OF COLORADO
6    COUNTY OF DENVER
7
8              I, Jessica Wharton, Notary Public, State of
9    Colorado Certified Court Reporter, certify that David
10   Walcher personally appeared before me and was duly
11   sworn on August 26th 2022.
12
13
14             SIGNED this 13th day of September 2022.
15
16
17
18
19   _____
     Jessica Wharton CER No. 20144020274
20   Notary Public, State of Colorado
     Commission Expires: July 08, 2026
21
22
23
24
25
     SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit Y

U.S. LEGAL SUPPORT, INC
713-653-7100

```
 1                    CERTIFICATE OF REPORTER

 2

 3    STATE OF COLORADO

 4    COUNTY OF DENVER

 5

 6        I, Jessica Wharton, Reporter, do hereby certify

 7    that I was authorized to and did electronically report

 8    the deposition of DAVID WALCHER; that the DAVID

 9    WALCHER was duly sworn on the date indicated; that the

10    questions and answers thereto were reduced to

11    typewriting under my direction; that a review of the

12    transcript was requested; and that the foregoing is a

13    true and accurate electronic recording of the

14    proceedings.

15        I FURTHER CERTIFY that I am not a relative,

16    employee, or attorney, or counsel of any of the

17    parties, nor am I a relative or employee of any of the

18    parties' attorneys or counsel connected with the

19    action, nor am I financially interested in the action.

20        DATED this 13th day of September, 2022.

21

22             [signature]

23        _____
          Jessica Wharton, Reporter
24

25
```

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit Y

```
 1            CERTIFICATE OF TRANSCRIPTIONIST

 2

 3      I, WENDY K. SAWYER, do hereby certify that I

 4   transcribed the electronic recording produced by

 5   Jessica Wharton, Reporter, of the deposition of DAVID

 6   WALCHER; and that the foregoing transcript is a true

 7   transcript of said electronic recording.

 8

 9      I FURTHER CERTIFY that I am not a relative,

10   employee, attorney, or counsel of any of the parties,

11   nor am I a relative or employee of any of the parties'

12   attorneys or counsel connected with the action, nor am

13   I financially interested in the action.

14

15            DATED this 13th day of September, 2022.

16

17

18

19   _____
        WENDY K. SAWYER, CDLT

20

21

22

23

24

25
```

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit Y

U.S. LEGAL SUPPORT, INC
713-653-7100

| | |
|---|---|
| 1 | E R R A T A   S H E E T |
| 2 | Witness: DAVID WALCHER |
|   | RE: Holly Kluth vs. TONY SPURLOCK |
| 3 | Date of Proceeding: August 26, 2022 |
|   | U.S. Legal Support Reference No.: 6192370 |

PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM

Page / Line / Change / Reason

| Page | Line | Change | Reason |
|---|---|---|---|
| 39 | 2 | INTERNAL | NOT INTERVAL |
| 48 | 20 | AT JEFFERSON | MAYBE I MIS-SPOKE |
| 87 | 20 | INVESTIGATION IS | NOT INVESTIGATION'S |
| 95 | 10 | COMMENDATIONS? | ATTORNEY'S QUESTION |
| 12 | 17 | POLICE STAFF AND COMMAND | INAUDIBLE |
| 12 | 18 | LEEDS | CORRECT ACRONYM |
| 101 | 25 | NOT | INSTEAD OF "NO" |
| 64 | 1 | OR | NOT CAPITALIZED? |
| 64 | 14 | OR LIEUTENANT | ADD "OR" |
| 32 | 7 | ADD FORENSIC | Between METROPOLITAN & CRIME |
| 101 | 25 | GENERALLY THAT'S TRUE | MAYBE I MIS-SPOKE |

Under penalties of perjury, I declare that I have read the foregoing transcript and that the facts stated in it are true.

_[signature]_                    10-6-22
DAVID WALCHER                    Date

(RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
Sworn and subscribed to before me this 6TH day of OCTOBER, 2022.

_[signature]_                    _[signature]_
NOTARY PUBLIC                    DAVID WALCHER
                                 DAVID WALCHER

JULIE F. BROWNE
Notary Public
State of Colorado
Notary ID # 20214019458
My Commission Expires 05-18-2025

```
 1              E R R A T A   S H E E T

 2   Witness: DAVID WALCHER
     RE: Holly Kluth vs. TONY SPURLOCK
 3   Date of Proceeding: August 26, 2022
     U.S. Legal Support Reference No.: 6192370
 4

 5      PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
           REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7   Page / Line /    Change      / Reason

 8   102 / 21  / IN MOST CASES    / ADD "CASES"

 9   108 / 17-18/ TO GET ADVICE   / NOT GET A DEVICE

10   161 / 24  / DESCRIBE?        / VS. ASCRIBE (ATTORNEY'S Question)

11   167 / 16  / LAURA LEARY      / (INAUDIBLE)

12   168 / 16  / MARGARITE-DCW (LAURA LEARY) / MARGARITE?

13   169 / 3   / LAURA LEARY      / MARGARITE?

14   169 / 23  / DUFFY            / NOT DUFFEY

15   173 / 6   / STAFF            / NOT STYLE

16   180 / 13  / BIG JOB?         / ATTORNEY'S QUESTION

17   190 / 4   / APPROVE          / NOT PROVE

18   190 / 7   / PERSONNEL        / NOT PERSONAL
```

Under penalties of perjury, I declare that I have
read the foregoing transcript and that the facts
stated in it are true.

[Signature]                              10-6-22
DAVID WALCHER                            Date

(RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
Sworn and subscribed to before me this 6th day of
OCTOBER 6, 2022.

[Signature]                              [Signature]
NOTARY PUBLIC                            DAVID WALCHER
                                         DAVID C. WALCHER

JULIE F. BROWNE
Notary Public
State of Colorado
Notary ID # 20214019458
My Commission Expires 05-18-2025

```
 1              E R R A T A   S H E E T

 2   Witness: DAVID WALCHER
     RE: Holly Kluth vs. TONY SPURLOCK
 3   Date of Proceeding: August 26, 2022
     U.S. Legal Support Reference No.: 6192370
 4

 5      PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
          REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7   Page / Line /     Change      / Reason
 8    195 / 9  /    DUFFY          /  NOT DUFFEY
 9    196 / 12 /    DUFFY          /  NOT DUFFEY
10    196 / 22 /    DUFFY          /  NOT DUFFEY
11    196 / 24 /    DUFFY          /  NOT DUFFEY
12    197 / 5  / AND HOUR OF DAY / NOT OUR DAY
13    197 / 13 /    DUFFY          /  NOT DUFFEY
14    198 / 7  /    DUFFY          /  NOT DUFFEY
15    199 / 3  /    DUFFY          /  NOT DUFFEY
16    199 / 9  /    DUFFY          /  NOT DUFFEY
17    202 / 5  /    DUFFY          /  NOT DUFFEY
18    211 / 7  /    DUFFY          /  NOT DUFFEY
     Under penalties of perjury, I declare that I have
19   read the foregoing transcript and that the facts
     stated in it are true.
20   [signature]                    10-6-22
21   DAVID WALCHER                    Date

22   (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
     Sworn and subscribed to before me this 6th day of
23   OCTOBER            , 20 22 .

24   [signature]                    [signature]
25   NOTARY PUBLIC                  DAVID WALCHER
                                    DAVID C. WALCHER
```

JULIE F. BROWNE
Notary Public
State of Colorado
Notary ID # 20214019458
My Commission Expires 05-18-2025

```
 1              E R R A T A   S H E E T

 2    Witness: DAVID WALCHER
      RE: Holly Kluth vs. TONY SPURLOCK
 3    Date of Proceeding: August 26, 2022
      U.S. Legal Support Reference No.: 6192370
 4

 5    PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
         REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7    Page / Line /      Change        / Reason

 8    218 / 21 /    DUFFY        /    NOT  DUFFEY
                                                    MAYBE I
 9    221 / 1  /    LIEUTENANTS  /  NOT CAPTAIN    MIS-SPOKE

10    221 / 23 /    DUFFY        /    NOT  DUFFEY

11    222 / 18 /    THEIR        /    NOT  THERE
                                                  (ATTORNEY'S
12    229 / 24 /    UNDERSHERIFF /  NOT SHERIFF    QUESTION)

13    236 / 7  /    DUFFY        /    NOT  DUFFEY

14    236 / 10 /    DUFFY        /    NOT  DUFFEY

15    236 / 12 /    DUFFY        /    NOT  DUFFEY

16    236 / 17 /    DUFFY        /    NOT  DUFFEY

17    240 / 3  /    DUFFY        /    NOT  DUFFEY

18    242 / 8  /    DUFFY        /    NOT  DUFFEY
      Under penalties of perjury, I declare that I have
19    read the foregoing transcript and that the facts
      stated in it are true.
20
                                        10-6-22
21    DAVID WALCHER                       Date

22    (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
      Sworn and subscribed to before me this 6th day of
23    OCTOBER         , 20 22.

24

25    NOTARY PUBLIC              DAVID WALCHER
                                 DAVID WALCHER
```

JULIE F. BROWNE
Notary Public
State of Colorado
Notary ID #20214019458
My Commission Expires 05-18-2025

```
 1              E R R A T A   S H E E T

 2    Witness: DAVID WALCHER
      RE: Holly Kluth vs. TONY SPURLOCK
 3    Date of Proceeding: August 26, 2022
      U.S. Legal Support Reference No.: 6192370
 4

 5     PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
          REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7    Page / Line /    Change      / Reason

 8    242 / 21 /       Duffy       / NOT DUFFEY

 9    243 / 21 / OPERATIONAL       / MAYBE I MIS-SPOKE

10    245 / 20 /       IA          / NOT IE

11    246 /  4 /       DUFFY x2    / NOT DUFFY x 2

12    246 / 12 /       DUFFY       / NOT DUFFY

13    246[249] / 15 /  DUFFY       /    "

14    249 / 16 /       DUFFY       /    "

15    249 / 17 /       DUFFY       /    "

16    249 / 23 /       DUFFY       /    "

17    250 /  2 /       DUFFY       /    "

18    250 / 11 /       DUFFY       /    "

      Under penalties of perjury, I declare that I have
19    read the foregoing transcript and that the facts
      stated in it are true.
20
                                     10-6-22
21    DAVID WALCHER                   Date

22    (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
      Sworn and subscribed to before me this 6th day of
23    OCTOBER      , 2022.

24
      NOTARY PUBLIC                   DAVID WALCHER
25                                    DAVID WALCHER
```

JULIE F. BROWNE
Notary Public
State of Colorado
Notary ID # 20214019458
My Commission Expires 05-18-2025

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit Y

U.S. LEGAL SUPPORT, INC
713-653-7100

```
 1                    E R R A T A   S H E E T

 2    Witness: DAVID WALCHER
      RE: Holly Kluth vs. TONY SPURLOCK
 3    Date of Proceeding: August 26, 2022
      U.S. Legal Support Reference No.: 6192370
 4

 5      PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
           REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7    Page  / Line /     Change       / Reason

 8    250 / 21 /       DUFFY        /   NOT DUFFEY

 9    250 / 22 /       DUFFY        /   NOT DUFFEY

10    252 / 10 /       DUFFY        /   "

11    252 / 18 /       DUFFY        /   "

12    254 / 21 /       DUFFY        /   "

13    258 / 20 /       DUFFY        /   "

14    258 / 21 /       DUFFY        /   "

15    259 / 1 /        DUFFY        /   "

16    261 / 6 /        DUFFY        /   "

17    261 / 12 /       DUFFY        /   "

18    261 / 16 /       DUFFY        /   "
      Under penalties of perjury, I declare that I have
19    read the foregoing transcript and that the facts
      stated in it are true.
20
                                          10-6-22
21    DAVID WALCHER                       Date

22    (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
      Sworn and subscribed to before me this 6TH day of
23    OCTOBER          , 20 22.

24
      NOTARY PUBLIC                       DAVID WALCHER
25
                                          DAVID WALCHER
```

JULIE F. BROWNE
Notary Public
State of Colorado
Notary ID # 20214019458
My Commission Expires 05-18-2025

```
 1                    E R R A T A   S H E E T

 2    Witness: DAVID WALCHER
      RE: Holly Kluth vs. TONY SPURLOCK
 3    Date of Proceeding: August 26, 2022
      U.S. Legal Support Reference No.: 6192370
 4


 5      PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
           REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7    Page  / Line  /    Change      / Reason

 8    261  / 20 /   BRONNER    /   NOT BRAWNER

 9    262  / 4  /   DUFFY      /   NOT DUFFEY

10    262  / 23 /   DUFFY      /    "

11    262  / 25 /   DUFFY      /    "

12    263  / 15 /   DUFFY      /    "

13    269  / 17 /   DUFFY      /    "

14    270  / 8  /   DUFFY      /    "

15    291  / 12 /   DARREN     /   NOT DARRIN

16    292  / 21 /   DARREN     /    "

17    293  / 15 /   DARREN     /    "

18    294  / 1  /   DARREN     /    "

      Under penalties of perjury, I declare that I have
19    read the foregoing transcript and that the facts
      stated in it are true.
20
                                      10-6-22
21    DAVID WALCHER                     Date

22    (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
      Sworn and subscribed to before me this 6TH day of
23    OCTOBER            , 2022.

24
                                   DAVID WALCHER
25    NOTARY PUBLIC                DAVID WALCHER
```

JULIE F. BROWNE
Notary Public
State of Colorado
Notary ID #20214019458
My Commission Expires 05-18-2025

```
 1              E R R A T A   S H E E T

 2     Witness: DAVID WALCHER
       RE: Holly Kluth vs. TONY SPURLOCK
 3     Date of Proceeding: August 26, 2022
       U.S. Legal Support Reference No.: 6192370
 4

 5       PLEASE MAKE ANY CORRECTIONS/CHANGES BELOW AND NOTE THE
            REASON FOR SAME, THEN SIGN AND DATE AT BOTTOM
 6

 7     Page / Line /     Change       / Reason
                     UNTIL MS. Kluth
 8     293/ 6-7/   WAS DEMOTED.    /   I MIS-SPOKE

 9     ____/____/_____/_____

10     ____/____/_____/_____

11     ____/____/_____/_____

12     ____/____/_____/_____

13     ____/____/_____/_____

14     ____/____/_____/_____

15     ____/____/_____/_____

16     ____/____/_____/_____

17     ____/____/_____/_____

18     ____/____/_____/_____
       Under penalties of perjury, I declare that I have
19     read the foregoing transcript and that the facts
       stated in it are true.
20     [signature]                    10-6-22
21     DAVID WALCHER                      Date

22     (RESERVED FOR EXECUTION OF TRANSCRIPT REVIEW)
       Sworn and subscribed to before me this 6TH day of
23     OCTOBER       , 2022.

24     [signature]                   [signature]
25     NOTARY PUBLIC                 DAVID WALCHER
                                     DAVID WALCHER
```

JULIE F. BROWNE
Notary Public
State of Colorado
Notary ID 20214019458
My Commission Expires 05-18-2025