

# PERSONNEL ACTION FORM

Department of Human Resources

**Effective Date:** 3/1/21

## EMPLOYEE INFORMATION

| Field | Value |
|---|---|
| Employee Number: | 5038 |
| Gender: | Female ☒ |
| Last Name: | NICHOLSON-KLUTH |
| First Name & MI: | HOLLY |
| Address: | |
| Home Phone: | |
| Alternate Phone: | |
| City: | |
| State/Zip: | |
| Resident County: | |

## ACTION

- ☐ New Hire
- ☐ Promotion
- ☐ Classification
- ☐ Separation
- ☐ Re-Hire
- ☐ Demotion
- ☐ Annual Review
- ☒ Transfer/Division Change
- ☐ Bonus $
- ☐ Other:

## POSITION CONTROL

| Field | Value |
|---|---|
| Employee Replaced: | TIM MOORE |
| Position Control ID Number: | |
| New Position: ☐ | |
| Year Approved: | |
| From: | P2111 |
| To: | P1594 |

## ACTION INFORMATION

| | FROM | TO | PERFORMANCE REVIEW |
|---|---|---|---|
| Position Title: | CAPTAIN | CAPTAIN | Current Position Date: |
| Job Type / Pay Grade: | 4010E/E401 | 4010E/E401 | Performance Rating: |
| Division / Home B.U.: | 22100 | 21500 | % Salary Increase: % |
| Pay Type: | ☐ Salaried ☐ Hourly | ☐ Salaried ☐ Hourly | Next Review Date: |
| Hourly Pay: | $ | $ | Next Review Type: ANNUAL |
| Monthly Pay: | $ | $ | **ADDITIONAL INFO:** |
| Annual Pay: | $ | $ | Tool Allowance: |
| Compa Ratio/Tier Level | | | FLSA: ☐ Exempt ☐ Non-Exempt |
| TimeTracker Role: | ☐ Employee ☐ Approver | ☐ Employee ☐ Approver | ☐ CDL License |
| Supervisor Name: | DUFFY | JOHNSON | ☐ CJIS Fingerprinting |
| Supervisor Emp. #: | 5051 | 8721 | Benefits Accrual: |
| FTE & Hours per week: | FTE:     Hrs/Wk: | FTE:     Hrs/Wk: | ☐ Regular   ☐ Essential |
| Employment Status: | ☐ Regular ☐ Temporary | ☐ Regular ☐ Temporary | ☐ Limited Benefits ☐ None |
| | ☐ Full-Time ☐ Part-Time | ☐ Full-Time ☐ Part-Time | |

## SEPARATION

Reason: ☐ Voluntary  ☐ Retirement  ☐ Other
☐ Involuntary (Attach Documentation)

Last Check: ☐ Pick Up  ☐ Direct Deposit
☐ Mail (Address Change?)

Last Day Worked:
Personal Email for Final Pay Stub:
Pay Through Date:
Benefits End Date:

## COMMENTS/SPECIAL INSTRUCTIONS

## APPROVALS - Department

| | | HUMAN RESOURCES | |
|---|---|---|---|
| Supervisor: | Date: | HR: | Date: |
| Director / EO: *[signature]* | Date: 02/26/21 | HRIS: | Date: |

SPURLOCK Reply in Support of Motion for Summary Judgment, Exhibit Z
DCSO 001880