**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-3417-NYW-MEH

HOLLY KLUTH,

      Plaintiff,

v.

TONY SPURLOCK, individually, and
DARREN WEEKLY, in his official capacity as Douglas County Sheriff,

      Defendants.

_____

### JOINT MOTION FOR TELEPHONIC STATUS CONFERENCE
_____

      Plaintiff Holly Kluth and Defendants Tony Spurlock in his individual capacity and Darren Weekly in his official capacity as Douglas County Sheriff, by and through their counsel, submit this Joint Motion for Telephonic Status Conference and as grounds state as follows:

      1.    This case has been set for an eight-day jury trial beginning May 13, 2024. [Doc. No. 45].

      2.    Defendants' counsel recently learned that Douglas County Sheriff Darren Weekly will be attending the FBI National Academy in Quantico, Virginia from April 1, 2024 until sometime in mid-June 2024.

      3.    Defendants anticipate calling Sheriff Weekly to testify at trial and, consequently, would like to reset the trial dates.

4. While Plaintiff generally opposes any significant delay in the case, Plaintiff would like to discuss potential alternative dates, as well as other possible ways to address Sheriff Weekly's absence.

5. Instead of moving to continue the May 13, 2024 trial without knowledge of potential new trial dates, the parties believe it is more efficient to set a status conference with the Court to discuss Sheriff Weekly's absence, the Court's calendar and potential new trial dates.

WHEREFORE, Plaintiff Holly Kluth and Defendants Tony Spurlock in his individual capacity and Darren Weekly in his official capacity as Douglas County Sheriff respectfully request that the Court enter an order setting a status conference in this matter.

Dated this 13th day of December, 2023.

Respectfully submitted,

*s/ Felipe Bohnet-Gomez*
Matthew J. Cron
Felipe Bohnet-Gomez
Siddhartha H. Rathod
Rathod Mohamedbhai LLC
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400
fbg@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com

*Attorneys for Plaintiff*

Respectfully submitted,

*s/ William T. O'Connell, III*
William T. O'Connell, III
Saugat K. Thapa
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 900
Denver, CO 80290
303-830-1212
woconnell@warllc.com
sthapa@warllc.com

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 13, 2023, a true and correct copy of the above and foregoing **JOINT MOTION FOR TELEPHONIC STATUS CONFERENCE** was electronically filed with the Clerk of Court using the CM/ECF system and/or sent via e-mail to the following e-mail addresses:

Felipe Bohnet-Gomez, Esq.
Matthew J. Cron, Esq.
Siddhartha H. Rathod, Esq.
**RATHOD MOHAMEDBHAI LLC**
2701 Lawrence Street, Suite 100
Denver, CO  80205
*fbg@rmlawyers.com*
*mc@rmlawyers.com*
*sr@rmlawyers.com*

Attorneys for Plaintiff

                                           *s/ Barbara McCall*
                                           Barbara McCall, Legal Assistant