IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Civil Action: 21-cv-03417-NYW-SBP | Date: December 20, 2023 |
|---|---|
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| HOLLY KLUTH, | Felipe Bohnet-Gomez |
| Plaintiff, | |
| v. | |
| TONY SPURLOCK, individually, and DARREN WEEKLY, in his official capacity as Douglas County Sheriff, | William O'Connell |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**1:32 p.m.        Court in session.**

Appearances of counsel.

Discussion regarding the Joint Motion for Telephonic Status Conference [Doc. 50] and the availability of Sheriff Weekly to testify in person at trial. Plaintiff opposes a long delay with respect to the trial.

The Parties have not engaged in any settlement discussions thus far.

**ORDERED:** The Parties shall mediate this case. If the Parties would like a settlement conference before Magistrate Judge Prose, they shall file a motion under D.C.COLO.LCivR 16.6, or the Parties may proceed through private mediation. No later than February 2, 2024, the Parties shall schedule mediation and file a Joint Status Report with respect to their ADR efforts.

**ORDERED:**  The eight-day Jury Trial set to commence May 13, 2024 is vacated and reset to commence July 15, 2024 at 8:30 a.m. before Judge Nina Y. Wang in Courtroom A-502.  Each trial day thereafter will commence at 9:00 a.m.

**ORDERED:**  The Final Pretrial/Trial Preparation Conference set for March 7, 2024 is vacated and reset for May 22, 2024 at 2:00 p.m. before Judge Nina Y. Wang in Courtroom A-502.  The Court will issue an Amended Trial Preparation Order setting further deadlines.

**1:45 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:     0:13