**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG**

Case No. _1:21-cv-03417-NYW-SBP_____          Date: _May 15, 2024_____

Case Title: _Holly Kluth v. Tony Spurlock et. al. _____

**DEFENDANTS' WITNESS LIST**

|  | WITNESS/ DESCRIPTION OF TESTIMONY | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|---|
|  | **Will Call Witnesses** |  |
| 1. | **Tony Spurlock** Former DCSO Sheriff Spurlock is expected to testify regarding the claims and defenses in this action, including but not limited to his qualifications, duties, rights, and experience as a law enforcement officer and Douglas County Sheriff; DCSO policies and procedures; Plaintiff's employment with DCSO, internal affairs investigations concerning Plaintiff, her disciplinary violations, and her termination; and any other related and relevant matters. | 2.5 hours |
| 2. | **Phil Domenico** Captain Domenico was previously the Lt. of Internal Affairs with DCSO. He is expected to testify regarding his qualifications, duties, and experience as a law enforcement officer and as Lt. of Internal Affairs; certain DCSO policies and procedures; Guardian Tracker system and file access, retention, and deletion; Plaintiff's employment with DCSO; DCSO internal affairs investigations in 20IA-025 and 21IA-024; the criminal investigation related to 21IA-024; and any other related and relevant matters. | 2 hours |
| 3. | **Kevin Duffy** Chief Duffy was Plaintiff's supervisor for a period. He is expected to testify regarding Plaintiff's | 2 hours |

1

|  | employment with DCSO, including but not limited to her job performance and duties; his interactions and communications with Plaintiff and others at DCSO; DCSO policies and procedures; and other related and relevant matters. |  |
|---|---|---|
|  | **May Call Witnesses** |  |
| 4. | **Darren Weekly**<br>Sheriff Weekly is the current Sheriff of Douglas County. He may testify regarding his employment experience at DCSO, his working relationship with Plaintiff and Defendant Spurlock, his campaign for Douglas County Sheriff and eventual election in November 2022, his experience as Douglas County Sheriff since assuming office in January 2023 and the operations of DCSO, including its hiring and employment practices and any other related and relevant matters. | 1 hour |
| 5. | **Robert McMahan**<br>Mr. McMahan was formerly the Chief of Professional Standards at DCSO and Plaintiff's subordinate. He may testify regarding his employment with DCSO; Plaintiff's employment with DCSO; his interactions, communications, and work relationship with Plaintiff; Plaintiff's order to delete her personnel records from DCSO's Guardian Tracker system; the Guardian Tracker system and file access, retention, and deletion; his involvement in internal affairs investigation 21IA-024 and related criminal investigation; and other related and relevant matters. | 1.5 hours |
| 6. | **Holly Kluth**<br>Ms. Kluth is the Plaintiff in this action. She is expected to testify regarding matter related to her claims, the defenses, and other related and relevant matters. | 30 minutes |
| 7. | **Steve Johnson**<br>Former DCSO Detentions Services Chief. He was Plaintiff's supervisor for a certain period of time. He may testify regarding Plaintiff's employment with DCSO, her job performance and duties; his interactions and communications with her and | 1 hour |

2

| | | |
|---|---|---|
| | others at DCSO; certain DCSO policies and procedures; and other related and relevant matters. | |
| 8. | **Lynn Johnson**<br>Mr. Johnson is a former Deputy Chief of the Arvada Police Department and the outside investigator for internal affairs investigation 20IA-025. He may testify regarding 20IA-025 and related matters, including but not limited to his investigation, interviews, and findings; his interactions and communications with Plaintiff and other DCSO members; and other related and relevant matters. | 1 hour |
| 9. | **Chris Felton**<br>Commander Felton (Jefferson County Sheriff's Office) was involved in conducting the criminal investigation related to the deletion of Plaintiff's personnel records and he may testify regarding the same and other related and relevant matters, including but not limited to his interviews, interactions, communications, review of DCSO policies and procedures, findings, and conclusion. | 1 hour |
| 10. | **Mitch Puraty**<br>Sergeant Puraty (Jefferson County Sheriff's Office) was involved in conducting the criminal investigation related to the deletion of Plaintiff's personnel records and he may testify regarding the same and other related and relevant matters, including but not limited to his interviews, interactions, communications, review of DCSO policies and procedures, findings, and conclusion. | 1 hour |
| 11. | **Dave Walcher**<br>DCSO Undersheriff. He may testify regarding Plaintiff's employment with DCSO; his interactions and communications with Plaintiff and others at DCSO; and his communications with former Sheriff Spurlock regarding Plaintiff and Plaintiff's job performance. | 1.5 hour |
| 12. | **Tommy Barrella**<br>DCSO Lieutenant. He may testify regarding Plaintiff's employment at DCSO; her June 2021 records request; events and circumstances related | 30 minutes |

3

|  |  |  |
|---|---|---|
|  | to internal affairs investigation 21IA-024 and the related criminal investigation; statements he made for internal investigation 21IA-024; and other related and relevant matters. |  |
| 13. | **Kathleen Moreland**<br>DCSO Administrative Assistant. She may testify regarding events and circumstances related to internal affairs investigation 21IA-024 and the related criminal investigation; the Guardian Tracker system and document access, filing, and retention; Plaintiff's personnel file; and other related and relevant matters. | 30 minutes |
| 14. | **Laurie Anderson**<br>DCSO Lieutenant. She may testify regarding events and circumstances related to internal affairs investigation 21IA-024 and the related criminal investigation; the Guardian Tracker system and document access, filing, and retention; and other related and relevant matters. | 30 minutes |
| 15. | **Mike Joachim**<br>DCSO Internal Affairs Sergeant. He may testify regarding events and circumstances related to internal affairs investigation 21IA-024 and the related criminal investigation; the Guardian Tracker system and document access, filing, and retention; and other related and relevant matters. | 30 minutes |
| 16. | **Susan Castellano**<br>DCSO Administrative Assistant. She may testify regarding events and circumstances related to internal affairs investigation 21IA-024 and the related criminal investigation; the Guardian Tracker system and document access, filing, and retention; and other related and relevant matters. | 30 minutes |
| 17. | **Anthony Arutunov**<br>DCSO Internal Affairs Sergeant. He may testify regarding events and circumstances related to internal affairs investigation 21IA-024 and the related criminal investigation; the Guardian Tracker system and document access, filing, and retention; and other related and relevant matters. | 30 minutes |

| | | |
|---|---|---|
| 18. | **Michelle Trujillo**<br>DCSO CJRA Support Specialist. She may testify regarding Plaintiff's June 2021 records request. | 15 minutes |
| 19. | **Laura Leary**<br>Douglas County Human Resources Director. She may testify regarding Plaintiff's employment at the DCSO; her attendance at Plaintiff's termination meeting; Douglas County human resources, employment and compensation policies and practices. | 30 minutes |
| 20. | **Jason Kennedy**<br>DCSO Captain of Professional Standards. He may testify regarding Plaintiff's employment at DCSO; his interactions and communications with her; DCSO policies and procedures; his attendance at Plaintiff's termination meeting; and other related and relevant matters. | 30 minutes |
| 21. | **Andrea Bradbury**<br>DCSO VA Coordinator. She may testify regarding Plaintiff's employment at DCSO and statements she made for internal affairs investigation 20IA-025. | 30 minutes |
| 22. | **Shannon Jensen**<br>DCSO Deputy (School Resource Officer). She may testify regarding Plaintiff's employment at DCSO and statements she made for internal affairs investigation 20IA-025. | 30 minutes |