# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3417-NYW-SBP

HOLLY KLUTH,

    Plaintiff,

v.

TONY SPURLOCK, in his individual capacity, and
DARREN WEEKLY, in his official capacity,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Holly Kluth and Defendants Tony Spurlock and Darren Weekly, in his official capacity, pursuant to the D.C.COLO.LCivR 40.2(b) and Civ. Practice Standard 16.6(c) hereby give notice that they have reached an enforceable settlement agreement fully resolving all claims in this matter.

Respectfully submitted,

| | |
|---|---|
| *s/ Felipe Bohnet-Gomez* | *s/ William T. O'Connell, III* |
| Felipe Bohnet-Gomez | William T. O'Connell, III |
| Matthew Cron | Saugat K. Thapa |
| RATHOD \| MOHAMEDBHAI LLC | Wells, Anderson & Race, LLC |
| 2701 Lawrence Street, Suite 100 | 1700 Broadway, Suite 1020 |
| Denver, CO 80205 | Denver, CO 80290 |
| (303) 578-4400 | (303) 830-1212 |
| fbg@rmlawyers.com | woconnell@warllc.com |
| mc@rmlawyers.com | sthapa@warllc.com |
| | |
| | */s/ Timothy M. Kratz* |
| | Timothy M. Kratz |
| | Evan H. Smithers |
| | Fisher & Phillips LLP |
| | 1125 17TH St., Suite 2400 |

                                                    Denver, CO 80202
                                                    Telephone: (303 218-3650
                                                    tkratz@fisherphillips.com
                                                    esmithers@fisherphillips.com

*Attorneys for Plaintiff*                             *Attorneys for Defendants*